RECVP 10 DEC 8 13:20 USDC-ORM

Denise & Kenneth Cook
300 Newt Gulch Road
Wilderville OR 97543

## UNITED STATES DISTRICT COURT
## District Court Of Oregon

| | |
|---|---|
| **Denise** & Kenneth **Cook**<br><br>Plaintiff,<br><br>vs.<br><br>**HSBC Beneficial**<br><br>Defendant | Case # 1:10CV3121-PA<br><br>**ORDER ON NO**<br><br>**ANSWER DEFAULT**<br><br>Date: 12/08/2010 |

### ORDER ON ENTRY OF DEFAULT

After considering plaintiff's request for entry of default against defendant, proof of service, the affidavits, and other evidence on file, the clerk

_____ DENIES the request.

_____ FINDS that the record supports entry of default and ORDERS the clerk to enter default.

SIGNED on _____, 2010___.

_____
CLERK, U.S. DISTRICT COURT

APPROVED & ENTRY REQUESTED:

_____
{*Name of attorney submitting order*}

PETITION FOR NO ANSWER DEFAULT                                                      4 of 7