Denise and Kenneth Cook
theshopgp@gmail.com
300 Newt Gulch Rd
Wilderville, OR 97543
541-761-0165

FILED'11 FEB 4 10:16USDC-ORM

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DENISE and KENNETH COOK,** | ) Case No. 10-cv-3121-PA |
| Plaintiffs, | ) NOTICE of REJECTION of the NOTICE of APPEARANCE, Objection. |
| v. | ) Request for Sanctions. |
| **BENEFICIAL,** | ) |
| **HSBC MORTGAGE CORPORATION,** | ) |
| Defendants. | ) |

Plaintiffs gives NOTICE to this Honorable Court we reject the "Notice Of Appearance" filed Jan 31, 2011 by David A. Weibel for the following reasons, singularly or in combination, that:

1. The rules provide that the Defendants Answer not merely give notice for purposes constituting appearance, which alone is insufficient continuing the default to appear;

2. A Notice of Appearance is not authorized, serves no purpose, and causes confusion in the case at this time causing valuable time be diverted to address it evidencing harassment and delay;

3. Even if such a notice were useful the notice is unsupported by evidence such as:
   a), delegation of the authority created by Resolution,
   b), power of attorney, or
   c), a Resolution of the principle of delegation for the purpose of defending,
   d), this particular suit;

4. Moreover, these deficiencies seem systemic also as to the defaulting defendant not being able to support its lawful right to lawfully act against us. We feel this notice is evidence of a pattern of activity these Enterprises use to defraud people of their property. And for that limited purpose we would conditionally accept it as evidence of wrong doing intending wrongfully;

5. Additionally, the notice makes no showing in the record the one purporting representation is authorized to practice in this federal district;

6. Further and most importantly, the notice is not an answer to the complaint, curing the default, despite the expressed non-waiver stated in it's unproven and unauthorized content being prejudicial surprise intending to further harming us;

7. The Certificate of Service only certifies as to the notice being sent not to the legitimacy of it or its contents or that it is not frivolous, despite the signature on the notice purporting to certify otherwise;

8. We request this court order sanctions or what ever this court deems just against the attorney signing the Notice of Appearance, not responding reasonably, or properly, and causing delay and extra work or expense to counter the surprise prejudice it creates, such as the filing of this objection in rejection of the unauthorized frivolous notice.

Dated this 3rd day of Feb, 2011.

_Denise Cook_
Denise Cook.

_Kenneth Cook_
Kenneth Cook.

## CERTIFICATE OF SERVICE

We certify having caused to be delivered by deposit with the United States Post Office mailing a copy of the foregoing **NOTICE of REJECTION of the NOTICE of APPEARANCE, Objection** sent to:

David A. Weibel
Bishop, White, Marshall & Weibel, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101-1803

HSBC Mortgage Corporation
2929 Walden Ave
Depew, NY 14043

Signed this 3rd day of February, 2011.

_Denise Cook_
Denise Cook.

_Kenneth Cook_
Kenneth Cook.