FILED'11 FEB 23 11:27USDC-ORM

# Exhibit 2
## True Copy

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **August 27, 2010**

---

Commission file number **1-8198**

# HSBC FINANCE CORPORATION
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **86-1052062** |
| (State of incorporation) | (IRS Employer Identification Number) |
| **26525 N. Riverwoods Boulevard**<br>**Mettawa, Illinois** | **60045** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code **(224) 544-2000**

**Not Applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 8.01. Other Events.**

As reported in the Quarterly Report on Form 10-Q for the period ended June 30, 2010, HSBC Finance Corporation ("HSBC Finance") agreed in principle in July 2010 to sell the remainder of its auto finance receivables portfolio. On August 27, 2010, HSBC Finance completed the sale to Santander Consumer USA Inc. ("Santander"). The transaction consisted of the sale of auto finance receivables with an outstanding principal balance of approximately $2.6 billion and other related assets for approximately $2.56 billion, including the transfer of approximately $432 million of indebtedness secured by auto finance receivables, resulting in net cash proceeds to HSBC Finance of approximately $2.1 billion. HSBC Finance will recognize a pre-tax loss of approximately $50 million in the third quarter of 2010 relating to this transaction.

In connection with the sale, HSBC Finance transferred and assigned to Santander, and Santander assumed and agreed to perform, the obligations of HSBC Finance as "Servicer" under the Sale and Servicing Agreements in effect with respect to HSBC Finance's outstanding securitization transactions, known as HSBC Automotive Trust (USA) 2006-1, HSBC Automotive Trust (USA) 2006-2, HSBC Automotive Trust (USA) 2006-3, HSBC Automotive Trust (USA) 2007-1 (collectively, the "Securitization Trusts").

Holders of the notes issued by the Securitization Trusts are directed to santanderconsumer.com/investors/hsbc-hat.aspx for more information regarding Santander and its servicing portfolio and practices.

2

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

HSBC FINANCE CORPORATION
(Registrant)

By:  /s/ Mick Forde
Senior Vice President, General Counsel -
Treasury and Assistant Secretary

Dated:  September 2, 2010

3

# Exhibit 3
## True Copy

**OREGON SECRETARY OF STATE**
▷ **Corporation Division**

HOME

business information center | business name search | oregon business guide
referral list | business registry/renewal | forms/fees | notary public
uniform commercial code | uniform commercial code search | documents & data services

## Business Name Search

| New Search | Printer Friendly | | Business Entity Data | | | 02-21-2011 09:42 |
|---|---|---|---|---|---|---|

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 004846-26 | FBC | ACT | DELAWARE | 11-01-1950 | 11-01-2011 | |
| **Entity Name** | BENEFICIAL OREGON INC. | | | | | |
| **Foreign Name** | | | | | | |

| New Search | Printer Friendly | | Associated Names | |
|---|---|---|---|---|

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| **Addr 1** | 26525 N RIVERWOODS BLVD | | | |
| **Addr 2** | | | | |
| **CSZ** | METTAWA | IL | 60045 | **Country** UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT REGISTERED AGENT | | | | Start Date | | Resign Date | |
|---|---|---|---|---|---|---|---|---|
| **Of Record** | 003292-27 C T CORPORATION SYSTEM | | | | | | | |
| **Addr 1** | 388 STATE ST STE 420 | | | | | | | |
| **Addr 2** | | | | | | | | |
| **CSZ** | SALEM | OR | 97301 | 3581 | **Country** UNITED STATES OF AMERICA | | | |

| Type | MAL MAILING ADDRESS | | | |
|---|---|---|---|---|
| **Addr 1** | 26525 N RIVERWOODS BLVD | | | |
| **Addr 2** | | | | |
| **CSZ** | METTAWA | IL | 60045 | **Country** UNITED STATES OF AMERICA |

| Type | PRE PRESIDENT | | | | Resign Date | |
|---|---|---|---|---|---|---|
| **Name** | KATHRYN | | MADISON | | | |
| **Addr 1** | 26525 N RIVERWOODS BLVD | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | METTAWA | IL | 60045 | **Country** UNITED STATES OF AMERICA | |

| Type | SEC SECRETARY | | | | Resign Date | |
|---|---|---|---|---|---|---|
| **Name** | LORETTA | R | ABRAMS | | | |

| Addr 1 | 26525 N RIVERWOODS BLVD | | | | | |
|---|---|---|---|---|---|---|
| Addr 2 | | | | | | |
| CSZ | METTAWA | IL | 60045 | | Country | UNITED STATES OF AMERICA |

New Search     Printer Friendly     Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| BENEFICIAL OREGON INC. | EN | CUR | 10-18-1984 | |
| BENEFICIAL FINANCE CO. OF OREGON | EN | PRE | 11-08-1954 | 10-18-1984 |
| CONSUMERS CREDIT COMPANY OF PORTLAND | EN | PRE | 11-01-1950 | 11-08-1954 |

Please read before ordering Copies.

New Search     Printer Friendly     Summary History

| Image Date | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 10-26-2010 | ANNUAL REPORT PAYMENT | 10-26-2010 | | SYS | | |
| 10-20-2009 | ANNUAL REPORT PAYMENT | 10-20-2009 | | SYS | | |
| 11-19-2008 | AMENDMENT TO ANNUAL REPORT | 11-19-2008 | | FI | | |
| 10-27-2008 | ANNUAL REPORT | 10-27-2008 | | FI | | |
| 11-02-2007 | ANNUAL REPORT PAYMENT | 11-02-2007 | | SYS | | |
| 11-06-2006 | ANNUAL REPORT | 11-06-2006 | | FI | | |
| 11-03-2006 | NOTICE LATE ANNUAL | 11-03-2006 | | SYS | | |
| 10-24-2005 | ANNUAL REPORT PAYMENT | 10-24-2005 | | SYS | | |
| 11-03-2004 | AMENDMENT TO ANNUAL REPORT | 11-03-2004 | | FI | | |
| 10-29-2004 | ANNUAL REPORT PAYMENT | 10-29-2004 | | SYS | | |
| 10-27-2003 | ANNUAL REPORT PAYMENT | 10-27-2003 | | SYS | | |
| 10-08-2002 | ANNUAL REPORT PAYMENT | 10-08-2002 | | SYS | | |
| 10-23-2001 | ANNUAL REPORT PAYMENT | 10-23-2001 | | SYS | | |
| 06-08-2001 | CHANGE OF REGISTERED AGENT/ADDRESS | 06-08-2001 | | FI | | |
| 10-13-2000 | STRAIGHT RENEWAL | 10-13-2000 | | FI | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11-17-1999 | CHANGED RENEWAL | 11-17-1999 | | FI | | |
| 11-12-1999 | STRAIGHT RENEWAL | 11-04-1999 | | FI | | |
| 11-04-1998 | CHANGED RENEWAL | 11-04-1998 | | FI | | |
| 11-04-1998 | STRAIGHT RENEWAL | 10-23-1998 | | FI | | |
| 10-29-1997 | STRAIGHT RENEWAL | 10-20-1997 | | FI | | |
| 10-30-1996 | STRAIGHT RENEWAL | 10-22-1996 | | FI | | |
| 11-08-1995 | STRAIGHT RENEWAL | 11-08-1995 | | FI | | |
| 11-03-1994 | AMENDED RENEWAL | 10-31-1994 | | FI | | |
| 11-12-1993 | STRAIGHT RENEWAL | 11-02-1993 | | FI | | |
| 11-03-1992 | STRAIGHT RENEWAL | 10-30-1992 | | FI | | |
| 10-30-1991 | AMENDED RENEWAL | 10-28-1991 | | FI | | |
| 10-31-1990 | STRAIGHT RENEWAL | 10-29-1990 | | FI | | |
| 10-25-1989 | AMENDED RENEWAL | 10-23-1989 | | FI | | |
| 11-02-1988 | STRAIGHT RENEWAL | 10-31-1988 | | FI | | |
| 10-30-1987 | STRAIGHT RENEWAL | 10-30-1987 | | FI | | |
| 10-31-1986 | AMENDED RENEWAL | 10-28-1986 | | FI | | |
| 12-11-1985 | AMENDED RENEWAL | 12-09-1985 | | FI | | |
| 11-26-1984 | STRAIGHT RENEWAL | 11-19-1984 | | FI | | |
| 11-26-1984 | ENTITY NAME CHANGE | 10-18-1984 | | FI | | |
| 11-26-1984 | ENTITY NAME CHANGE | 11-03-1954 | | FI | | |

About Us | Announcements | Laws & Rules | Feedback
Site Map | Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@state.or.us

© 2011  Oregon Secretary of State.  All Rights Reserved.



# Exhibit 4
## True Copy

# HSBC ⟨X⟩ The world's local bank

# HSBC Finance Corporation

## Board of Directors

- **Niall S. K. Booker**
  Chairman of the Board

- **Robert K. Herdman**
  Former Chief Accountant
  U.S. Securities and Exchange Commission

- **George A. Lorch**
  Former Chairman and Chief Executive Officer
  Armstrong World Industries, Inc.

- **Samuel Minzberg**
  Partner
  Davies Ward Phillips & Vineberg LLP

- **Beatriz R. Perez**
  Senior Vice President Integrated Marketing
  Coca-Cola North America

- **Larree M. Renda**
  Executive Vice President
  Safeway Inc.

## Senior Management

- **Patrick J. Burke**
  Chief Executive Officer

- **Andrew C. Armishaw**
  Senior Executive Vice President and Chief Technology and Services Officer

- **Susan E. Artmann**
  Executive Vice President, Taxpayer Financial Services

- **Jon N. Couture**
  Senior Executive Vice President - Human Resources

- **Patrick A. Cozza**
  Senior Executive Vice President - Insurance

- **Eric K. Ferren**
  Executive Vice President and Chief Accounting Officer

- **Mark C. Gunton**
  Senior Executive Vice President, Chief Risk Officer

- **Brian D. Hughes**
  Executive Vice President and Head of Card and Retail Services

- **William H. Kesler**
  Executive Vice President and Treasurer

- **Loren C. Klug**
  Executive Vice President - Strategy & Analysis Corporate

- **Eric L. Larson**
  Senior Executive Vice President and Chief Compliance Officer

- **Kathryn Madison**
  Executive Vice President and Chief Servicing Officer, Consumer and
  Mortgage Lending

- **Satyabama Ravi**
  Executive Vice President and Chief Auditor

- **Michael A. Reeves**
  Executive Vice President and Chief Financial Officer

- **Patrick D. Schwartz**
  Executive Vice President, General Counsel and Corporate Secretary

- **Lisa M. Sodeika**

# Exhibit 4
## True Copy

**HSBC** ⟪X⟫  The world's local bank

## HSBC Finance Corporation

### Board of Directors

▫ **Niall S. K. Booker**
Chairman of the Board

◦ **Robert K. Herdman**
Former Chief Accountant
U.S. Securities and Exchange Commission

▫ **George A. Lorch**
Former Chairman and Chief Executive Officer
Armstrong World Industries, Inc.

▫ **Samuel Minzberg**
Partner
Davies Ward Phillips & Vineberg LLP

▫ **Beatriz R. Perez**
Senior Vice President Integrated Marketing
Coca-Cola North America

▫ **Larree M. Renda**
Executive Vice President
Safeway Inc.

### Senior Management

▫ **Patrick J. Burke**
Chief Executive Officer

▫ **Andrew C. Armishaw**
Senior Executive Vice President and Chief Technology and Services Officer

▫ **Susan E. Artmann**
Executive Vice President, Taxpayer Financial Services

▫ **Jon N. Couture**
Senior Executive Vice President - Human Resources

▫ **Patrick A. Cozza**
Senior Executive Vice President - Insurance

▫ **Eric K. Ferren**
Executive Vice President and Chief Accounting Officer

▫ **Mark C. Gunton**
Senior Executive Vice President, Chief Risk Officer

▫ **Brian D. Hughes**
Executive Vice President and Head of Card and Retail Services

▫ **William H. Kesler**
Executive Vice President and Treasurer

▫ **Loren C. Klug**
Executive Vice President - Strategy & Analysis Corporate

▫ **Eric L. Larson**
Senior Executive Vice President and Chief Compliance Officer

▫ **Kathryn Madison**
Executive Vice President and Chief Servicing Officer, Consumer and
Mortgage Lending

▫ **Satyabama Ravi**
Executive Vice President and Chief Auditor

▫ **Michael A. Reeves**
Executive Vice President and Chief Financial Officer

▫ **Patrick D. Schwartz**
Executive Vice President, General Counsel and Corporate Secretary

▫ **Lisa M. Sodeika**

# Exhibit 5
## True Copy



SERVICES        PROGRAMS        PRESS        PUBLICATIONS        DEPARTMENTS        CONTACT

## CORPORATION FILE DETAIL REPORT

| Entity Name | HSBC HOME EQUITY LOAN CORPORATION I | File Number | | 57863668 |
|---|---|---|---|---|
| Status | ACTIVE | | | |
| Entity Type | CORPORATION | Type of Corp | | FOREIGN BCA |
| Qualification Date (Foreign) | 06/20/1994 | State | | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | | 06/20/1994 |
| Agent Street Address | 208 SO LASALLE ST. SUITE 814 | President Name & Address | | KATHRYN MADISON 26525 N RIVERWOODS BLVD METTAWA 60045 |
| Agent City | CHICAGO | Secretary Name & Address | | M. FORDE SAME |
| Agent Zip | 60604 | Duration Date | | PERPETUAL |
| Annual Report Filing Date | 05/20/2010 | For Year | | 2010 |
| Old Corp Name | 08/26/2005 - HFC REVOLVING CORPORATION | | | |

**Return to the Search Screen**        **Purchase Certificate of Good Standing**

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# Exhibit 6
## True Copy

After Recording Return to:
Shapiro & Sutherland, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
S&S #10-104921

JOSEPHINE COUNTY OFFICIAL RECORDS
ART HARVEY, COUNTY CLERK **2010-009268**
MTG-STR
Cnt=1 Pgs=1 Stn=1 JEDWARDS 07/27/2010 12:43 PM
$5.00 $11.00 $15.00 $8.00 $5.00          Total:$44.00


0025391220100009268001 0014

I, Art Harvey, County Clerk, certify that the within document
was received and duly recorded in the official records of
Josephine County.

## SUBSTITUTION OF TRUSTEE

WHEREAS, the undersigned desires to substitute a new Trustee under the Following described Trust Deed in the place and stead of the present Trustee thereunder, and

WHEREAS, Kenneth L. Cook and Denise M. Cook, was the original grantor, Beneficial Oregon Inc. was the original beneficiary, and Regional Trustee Services was the original trustee, and the trust deed is dated March 8, 2007, and was recorded March 12, 2007, Instrument No. 2007-004995, in the official records of Josephine County, Oregon and

WHEREAS, the undersigned is the present Beneficiary under the Trust Deed.

NOW, THEREFORE, the undersigned hereby substitutes KELLY D. SUTHERLAND, SHAPIRO & SUTHERLAND, LLC, 5501 N.E. 109th Court, Suite N, Vancouver, WA 98662, as Trustee under said Trust Deed.

Date: _____7/20/10_____          Beneficial Oregon Inc.


_Maria Vadney_
NAME   Maria Vadney
TITLE  VP

STATE OF _Florida_          )
                           ) SS.
COUNTY OF _Hillsborough_    )

On this _20_ day of _July_ , 2010, before me the undersigned a Notary Public appeared _Maria Vadney_ personally known to me or proved to me on the basis of satisfactory evidence to be the _VP_ of Beneficial Oregon Inc., the corporation that executed the within instrument, also known to me to be the person who executed the within instrument on behalf of the corporation therein named, and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the date first hereinabove written.

_Notary Public for State indicated above_
My commission expires: _5/17/2014_

DONNA HALERZ
MY COMMISSION EXPIRES
May 17, 2014
#DD 959812
NOTARY PUBLIC, STATE OF FLORIDA

2010-009268

# Exhibit 8
## True Copy

AFTER RECORDING RETURN TO:
Shapiro & Sutherland, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
10-104921



JOSEPHINE COUNTY OFFICIAL RECORDS
ART HARVEY, COUNTY CLERK **2010-009269**

MTG-DES
Cnt=1 Pgs=2 Stn=1 JEDWARDS 07/27/2010 12:43 PM
$10.00 $11.00 $15.00 $8.00 $5.00          Total:$49.00

002539132010000092690020028

I, Art Harvey, County Clerk, certify that the within document
was received and duly recorded in the official records of
Josephine County.

# NOTICE OF DEFAULT AND ELECTION TO SELL    

A default has occurred under the terms of a trust deed made by Kenneth L. Cook and Denise M. Cook, as grantor to Regional Trustee Services, as trustee, in favor of Beneficial Oregon Inc., as beneficiary, dated March 8, 2007, recorded March 12, 2007, in the mortgage records of Josephine County, Oregon, as Instrument No. 2007-004995, as covering the following described real property:

Beginning at the West quarter corner of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon; thence North 89°36'45" East 2664.34 feet to the center of said Section; thence North 0°51'20" East 334.25 feet to the point of beginning; thence South 89°36'45" West 1332.17 feet to the West line of the East half of the Northwest quarter of said Section; thence North 00°49'30" East 500.46 feet; thence North 89°36'45" East 1332.17 feet to the North-South centerline of said Section; thence South 00°51'20" West 500.46 feet along said centerline to the true point of beginning. EXCEPTING THEREFROM any portion lying within the boundaries of a parcel of land in the Northwest quarter of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon, described as follows: beginning at the center point of said Section 9 and running North 0°21' East along the North-South centerline of said Section, 334.25 feet to the point of beginning; thence North 0°21' East along the North-South centerline of said Section, 1002.75 feet to the South line of the North half of the Northwest quarter of said Section; thence along said South line of the North half of the Northwest quarter, South 89°37' West 572.20 feet to the approximate centerline of the public roadway; thence along said public roadway centerline, South 22°39' East 1095.35 feet; thence North 89°37' East 188.05 feet to the North-South centerline of said Section 9 to the true point of beginning.

**COMMONLY KNOWN AS:** 300 Newt Gulch Road, Wilderville, OR 97543

Kelly D. Sutherland, Successor Trustee, hereby certifies that no action has been instituted to recover the debt, or any part thereof, now remaining secured by the said trust deed, or, if such action has been instituted, such action has been dismissed except as permitted by ORS 86.735(4).

There is a default by the grantor or other person owing an obligation, the performance of which is secured by said trust deed, or by their successor in interest, with respect to provisions therein which authorize sale in the event of default of such provision; the default for which foreclosure is made is grantor's failure to pay when due the following sums:

Monthly payments in the sum of $1,627.74, from December 13, 2009, together with all costs, disbursements, and/or fees incurred or paid by the beneficiary and/or trustee, their employees, agents or assigns.

By reason of said default, the beneficiary has declared all sums owing on the obligation that the trust deed secures immediately due and payable, said sums being the following, to-wit:



$206,552.57, together with interest thereon at the rate of 8.55% per annum from November 13, 2009, together with all costs, disbursements, and/or fees incurred or paid by the beneficiary and/or trustee, their employees, agents or assigns.

Notice hereby is given that the beneficiary and trustee, by reason of said default, have elected and do hereby elect to foreclosure said trust deed by advertisement and sale pursuant to ORS 86.705 to 86.795, and to cause to be sold at public auction to the highest bidder for cash the execution by him of the trust deed, together with any interest the grantor or his successors in interest acquired after the execution of the trust deed, to satisfy the obligations secured by said trust deed and the expenses of the sale, including the compensations of the trustee as provided by law, and the reasonable fees of trustee's attorneys.

Said sale will be held at the hour of 11:00 AM PT, in accordance with the standard time established by ORS 187.110 on December 2, 2010, at the following place: at the main entrance of the Josephine County Courthouse, located at 500 N.W. 6th Street, in the City of Grants Pass, County of Josephine, State of Oregon, which is the hour, date and place last set for said sale.

Notice is further given to any person named in ORS 86.753 that the right exists, at any time that is not later than five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the trust deed reinstated by paying to the beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing any other default complained of herein that is capable of being cured by tendering the performance required under the obligation or trust deed, and in addition to paying said sums or tendering the performance necessary to cure the default by paying all costs and expenses actually incurred in enforcing the obligation and trust deed, together with trustee's fees and attorney fees not exceeding the amounts provided by said ORS 86.753.

In construing this notice, the masculine gender includes the feminine and the neuter, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said trust deed, and the words "trustee" and beneficiary" include their respective successors in interest, if any.

The Fair Debt Collection Practice Act requires that we state the following: This is an attempt to collect a debt, and any information obtained will be used for that purpose. If a discharge has been obtained by any party through bankruptcy proceedings: This shall not be construed to be an attempt to collect the outstanding indebtedness or hold you personally liable for the debt.

Dated: _____ 9·26·2010          By: _____

**KELLY D. SUTHERLAND**
Successor Trustee

STATE OF WASHINGTON    )
                       ) SS.
COUNTY OF CLARK        )

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2010, by Kelly D. Sutherland, Successor Trustee.

_____
Notary Public for Washington
My commission expires: _____

**MELISSA MARIE COX**
**NOTARY PUBLIC**
**STATE OF WASHINGTON**
**COMMISSION EXPIRES**
**OCTOBER 29, 2012**

# Exhibit 10
## True Copy

After Recording Return to:
SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
10-104921

JOSEPHINE COUNTY OFFICIAL RECORDS
ART HARVEY, COUNTY CLERK **2011-000455**
DED-TSD
Cnt=1 Pgs=4 Stn=1 JEDWARDS 01/12/2011 02:42 PM
$20.00 $11.00 $15.00 $8.00 $5.00          Total:$59.00

002639792011100004550040045

I, Art Harvey, County Clerk, certify that the within document
was received and duly recorded in the official records of
Josephine County.

# TRUSTEE'S DEED

THIS INDENTURE, Made this 11th day of January, 2011, between Kelly D. Sutherland,
hereinafter called trustee, and Beneficial Oregon, Inc., hereinafter called the second party;

## WITNESSETH:

RECITALS:  Kenneth L. Cook and Denise M. Cook, as grantor, executed and delivered to
Regional Trustee Services, as trustee, for the benefit of Beneficial Oregon, Inc., as beneficiary, a
certain trust deed dated March 8, 2007, duly recorded on March 12, 2007, in the mortgage
records of Josephine County, Oregon, as Instrument No. 2007-004995. In said trust deed the real
property therein and hereinafter described was conveyed by said grantor to said trustee to secure,
among other things, the performance of certain obligations of the grantor to the said beneficiary.
The said grantor thereafter defaulted in his performance of the obligations secured by said trust
deed as stated in the notice of default hereinafter mentioned and such default still existed at the
time of the sale hereinafter described.

By reason of said default, the owner and holder of the obligations secured by said trust
deed, being the beneficiary therein named, or his successor in interest, declared all sums so
secured immediately due and owing; a notice of default, containing an election to sell the said
real property and to foreclose said trust deed by advertisement and sale to satisfy grantor's said
obligations was recorded in the mortgage records of said county on July 27, 2010, as Instrument
No. 2010-009269 thereof.

SEND FUTURE TAX STATEMENTS TO:          CONSIDERATION AMOUNT:$146,015.99
HSBC Consumer Lending Mortgage Servicing
ATTN:  REO Department
636 Grand Regency Blvd.
Brandon, Florida 33509

2

After the recording of said notice of default, as aforesaid, the undersigned trustee gave notice of the time for and place of sale of said real property as fixed by him and as required by law; copies of the Trustee's Notice of Sale were served pursuant to ORCP 7D(2) and 7D(3) or mailed by both first class and certified mail with return receipt requested, to the last known address of the persons or their legal representative, if any, named in ORS 86.740(1) and (2)(a), at least 120 days before the date the property was sold, and the Trustee's Notice of Sale was mailed by first class and certified mail with return receipt requested, to the last-known address of the guardian, conservator or administrator or executor of any person named in ORS 86.740(1), promptly after the trustee received knowledge of the disability, insanity or death of any such persons; the Notice of Sale was served upon occupants of the property described in the trust deed in the manner in which a summons is served pursuant to ORCP 7D(2) and 7d(3) at least 120 days before the date the property was sold, pursuant to 86.750(1). If the foreclosure proceedings were stayed and released from the stay, copies of an Amended Notice of Sale in the form required by ORS 86.755(6) were mailed by registered or certified mail to the last-known address of those persons listed in ORS 86.740 and 86.750(1) and to the address provided by each person who was present at the time and place set for the sale which was stayed within 30 days after the release from the stay. Further, the trustee published a copy of said notice of sale in a newspaper of general circulation in each county in which the said real property is situated, once a week for four successive weeks; the last publication of said notice occurred more than twenty days prior to the date of such sale. The mailing, service and publication of said notice of sale are shown by one or more affidavits or proofs, together with the said notice of default and election to sell and the trustee's notice of sale, being now referred to and incorporated in and made a part of this trustee's deed as fully as if set out herein verbatim. The undersigned trustee has no actual notice of any person, other then the persons named in said affidavits and proofs as having or claiming a lien on or interest in said described real property, entitled to notice pursuant to ORS 86.740(1)(b) or (1)(c). The Trustee hereby certifies that any valid requests for information under ORS 86.757 have been responded to within the time allowed by statute. The Trustee also hereby certifies that all statutory requirements of ORS 86.737 were complied with in a timely manner.

Pursuant to said notice of sale, the undersigned trustee on January 5, 2011, at the hour of 11:00 AM PT, of said day, in accord with the standard of time established by ORS 187.110 (which was the day and hour to which said sale was postponed as permitted by ORS 86.775(2) (which was the day and hour set in the amended Notice of Sale) and at the place so fixed for sale, as aforesaid, in full accordance with the laws of the state of Oregon and pursuant to the powers conferred upon him by said trust deed, sold real property in one parcel at public auction to the said second party for the sum of $146,015.99, he being the highest and best bidder at such sale and said sum being the highest and best sum bid for said property. The true and actual consideration paid for this transfer is the sum of $146,015.99.

NOW THEREFORE, in consideration of the said sum so paid by the second party in cash, the receipt whereof is acknowledged, and by the authority vested in said trustee by the laws of the State of Oregon and by said trust deed, the trustee does hereby convey unto the second party all interest which the grantor has or had the power to convey at the time of grantor's execution of said trust deed, together with any interest the said grantor or his successors in interest acquired after the execution of said trust deed in and to the following described real property, to-wit:

*3*

See complete Legal Description attached hereto as Exhibit "A"

Commonly known as: 300 Newt Gulch Road, Wilderville, OR 97543

TO HAVE AND TO HOLD the same unto the second party, his heirs, successors-in-interest and assigns forever.

In construing this instrument and whenever the context so requires, the masculine gender includes the feminine and the neuter and the singular includes the plural; the word grantor includes any successor in interest to the grantor as well as each and all other persons owing an obligation, the performance of which is secured by said trust deed; the word "trustee" includes any successor trustee, the word "beneficiary" includes any successor in interest of the beneficiary first named above, and the word "person" includes corporation and any other legal or commercial entity.

                                        KELLY D. SUTHERLAND,
                                        Successor Trustee

                                   By:

This instrument will not allow use of the property described in this instrument in violation of applicable land use laws and regulations. Before signing or accepting this instrument, the person acquiring fee title to the property should check with the appropriate city or county planning department to verify approved uses.

STATE OF WASHINGTON          )
                             ) SS.
County of Clark              )

The foregoing instrument was acknowledged before me this 11ᵗʰ day of January, 2011, by Kelly D. Sutherland, Successor Trustee.

Notary Public for Washington,
My Commission Expires: 4|19|2013

GENEVIEVE LARSON
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
APRIL 19. 2013

2011-000455



**EXHIBIT "A"**

BEGINNING AT THE WEST QUARTER CORNER OF SECTION 9, TOWNSHIP 37 SOUTH, RANGE 7 WEST OF THE WILLAMETTE MERIDIAN, JOSEPHINE COUNTY, OREGON; THENCE NORTH 89°36'45" EAST 2664.34 FEET TO THE CENTER OF SAID SECTION; THENCE 0D51'20" EAST 334.25 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 89°36'45" WEST 1332.17 FEET TO THE WEST LINE OF THE EAST HALF OF THE NORTHWEST QUARTER OF SAID SECTION; THENCE NORTH 00°49'30" EAST 500.46 FEET; THENCE NORTH 89°36'45" EAST 1332.17 FEET TO THE NORTH-SOUTH CENTERLINE OF SAID SECTION; THENCE SOUTH 00°51'20" WEST 500.46 FEET ALONG SAID CENTERLINE TO THE TRUE POINT OF BEGINNING. EXCEPTING THEREFROM ANY PORTION LYING WITHIN THE BOUNDARIES OF A PARCEL OF LAND IN THE NORTHWEST QUARTER OF SECTION 9, TOWNSHIP 37 SOUTH, RANGE 7 WEST OF THE WILLAMETTE MERIDIAN, JOSEPHINE COUNTY, OREGON, DESCRIBED AS FOLLOWS: BEGINNING AT THE CENTER POINT OF SAID SECTION 9 AND RUNNING NORTH 0°21' EAST ALONG THE NORTH-SOUTH CENTERLINE OF SAID SECTION, 334.25 FEET TO THE POINT OF BEGINNING; THENCE NORTH 0°21' EAST ALONG THE NORTH-SOUTH CENTERLINE OF SAID SECTION, 1002.75 FEET TO THE SOUTH LINE OF THE NORTH HALF OF THE NORTHWEST QUARTER OF SAID SECTION; THENCE ALONG SAID SOUTH LINE OF THE NORTH HALF OF THE NORTHWEST QUARTER, SOUTH 89°37' WEST 572.20 FEET TO THE APPROXIMATE CENTERLINE OF THE PUBLIC ROADWAY; THENCE ALONG SAID PUBLIC ROADWAY CENTERLINE, SOUTH 22°39' EAST 1095.35 FEET; THENCE NORTH 89°37' EAST 188.05 FEET TO THE NORTH-SOUTH CENTERLINE OF SAID SECTION 9 TO THE TRUE POINT OF BEGINNING.

# Exhibit 11
## True Copy

# RCO

## ROUTH CRABTREE OLSEN, P.S.

Cordellia Norcross
*Paralegal*
Telephone: (425) 440-6540

13555 SE 36th St., Suite 300
Bellevue, WA 98006

Telephone: 425.458.2121
Fax: 425.458.2131
www.rcolegal.com

January 18, 2011

**BY FIRST CLASS U.S. MAIL:**
Denise M. Cook
300 Newt Gulch Road
Wilderville, OR 97543

Re:    Property Address:  300 Newt Gulch Road, Wilderville, OR  97543
       Our file: 7269.62774

Dear Mrs. Cook:

This letter is to advise you that the above referenced property was sold at a trustee's foreclosure sale on January 12, 2011.

The law provides that you must vacate this property within 10 days of the foreclosure sale date.  If you have failed to vacate within that time, an unlawful detainer will be commenced against you in court.  Should you have any questions, please contact us.

Sincerely,

ROUTH CRABTREE OLSEN, PS

By

Janaya L. Carter, Attorney for Owner

# Exhibit 12
## True Copy

*(left margin, vertical)* Original-Planning Dept.  Canary-Environmental Health Dept.  Pink-Building/Safety Dept.  Goldenrod-Applicant

*(right margin, vertical)* TOWNSHIP __37__ RANGE __7__ SECTION __9__ TAX LOT __1201__ ADDRESS __300 Newt Gulch Rd__

FEE $ __37-7-9__ TL __1201__

## JOSEPHINE COUNTY DEVELOPMENT PERMIT

☐ Urban Growth Boundary _____   ☑ County   ☐ Previous Permit No. _____

☐ Subdivision   ☐ Major Partition _____ Block ____ Lot ____
☐ Minor Partition: Date _____

| YES | NO | |
|---|---|---|
| ☐ | ☑ | Flood Hazard   Flood Elevation _____ feet. (If yes, building site elevation may be required prior to issuance of Building Permit.) |
| ☐ | ☑ | Is proposed structure within the Flood Hazard Area. |
| ☐ | ☑ | Scenic Waterway (If yes, requires permit from Dept. of Transportation.) |
| ☐ | ☑ | Requires Watermaster review or approval. |
| ☑ | ☐ | Other: _X_ 50' fuel required __ Airport Overlay __ Erosion Control |
| ☐ | ☑ | UGB surfaced driveway required. |
| ☐ | | House No. _300_ to be clearly visible from a dedicated right-of-way. |
| ☐ | ☐ | Stream Setback: 50 ft. from Class I banks and 25 ft. from Class II banks. |

PROPERTY OWNER: __Richard Flowers__ PHONE: _____
MAILING ADDRESS: __300 Newt Gulch Rd__

| DEVELOPMENT | EXISTING | | PROPOSED | |
|---|---|---|---|---|
| Vacant Land: ☐ Yes ☑ No | | | | |
| Conventional Residence | ☑ _1000_ | _2_ Br | ☐ | __ Br |
| Manufactured Housing | ☐ _____ | Br *☑ | _28 x 60_ | _4_ Br |
| Multi-Family | ☐ _____ | Units | ☐ _____ | Units |
| Commercial | ☐ _____ | | ☐ _____ | |
| Industrial | ☐ _____ | | ☐ _____ | |
| Agriculture Bldg. | ☐ _____ | | ☐ _____ | |
| Addition to Existing Bldg. | ☐ | | ☐ _____ | |
| Home Occupation | ☐ _____ | | ☐ _____ | |
| Garage | ☐ | | ☐ _____ | |
| Other | ☑ _shed_ | | ☐ _____ | |

Proposed Building Height: _____
SITE REVIEW REQUIREMENTS MADE A PART OF THIS DEVELOPMENT PERMIT: _____

NOTES: _* Health condition - 2nd residence to be removed at duration of health condition_

Zoning Classification __RR.5__ Property Acreage __0/2.12__
SETBACKS FROM PROPERTY AND STREET:
Front: _30_ Ft.; Center Line _60_ Ft.; Sides _10_ Ft.; Rear _25_ Ft.
Additional Setback Notes _____

ACCESS: ☐ Easement, Private Road, or Court Declared Public Road
☐ Non-maintained County Road
☐ Maintained County Road.  Obtain road approach permit from County Public Works Department.
☐ State Highway.  Obtain road approach permit from State Highway Department.

ADDITIONAL PERMITS: ALL STRUCTURES APPROVED BY THIS PERMIT MUST ALSO BE CLEARED WITH THE ENVIRONMENTAL HEALTH AND BUILDING/SAFETY DEPARTMENTS.

**INCORRECT INFORMATION PROVIDED BY THE APPLICANT MAY INVALIDATE THIS PERMIT.**

Signature _____  ☑ Owner  ☐ Contractor License # _____

APPROVED BY _____  DATE __3-9-89__  PERMIT # __89-137__

THIS PERMIT VALID FOR ONE YEAR.  THE USES AUTHORIZED BY THIS PERMIT MUST BE COMMENCED OR BE UNDER CONSTRUCTION WITHIN ONE YEAR.
THIS PERMIT EXPIRES __3-9-90__

This document is certified to be a true copy of the original in records of the Josephine County Planning Office
Name: Valerie Martorano
Title: Planner
Date: 2/22/2011

REV 6/1/88

## Cedarwood Family Practice

Mark A. Rondeau, M.D.
Physician & Surgeon
FP Board Certified

124 N.W. Midland Avenue, Suite J
Grants Pass, OR  97526
(541)476-8859

Jeri Pairish-Lack, MN, FNP
Stacey Romney, MN, FNP-C
Carol Thomas, MSN, FNP-C

February 1, 2011

RE:  Richard "Lee" Flowers

To Whom It May Concern:

Lee has hydrocephaly with an associated developmental disability.  This is a permanent condition which is not expected to improve.  He requires continual caregiver supervision.  This care is currently provided by Lee's mother, and she at times needs assistance in his care supervision.

Please take these factors into account when making determinations as to approved living situations and medical hardship needs.

With the approval of Lee's family, please feel free to contact me if you have further questions.

Sincerely,

Mark A. Rondeau, M.D.

MAR/rk