FILED'11 MAR 2 15:06USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DENISE AND KENNETH COOK,

    Plaintiffs,

v.

BENEFICIAL HSBC MORT. CORP,
SHAPIRO & SUTHERLAND, LLC,
a Washington State LLC,

    Defendants.

Civ. No. 10-3121-PA

**PRELIMINARY INJUNCTION**

**PANNER, J.**

    As noted at the March 2 hearing, I conclude the circumstances justify a continuation of the preliminary injunction I issued on February 8, 2011 (#17). Therefore, defendant, and its officers, agents, etc..., and other persons in active concert or participation with defendant, who receive actual notice of this order, continue to be restrained from evicting plaintiffs from the following property: 300 Newt Gulch Road, Wilderville, Oregon, 97543 from this day until May 11, 2011, at 5:00 p.m.

1 - ORDER

Trial is set for May 10, 2011 at 9:00 a.m. Defendant to file a motion for summary judgment by March 8, 2011. Plaintiff's response due by April 1, 2011.

Within 10 days, defendant shall submit a chain of title for the Promissory Note and Deed of Trust at issue. This chain of title should include all transfers/assignments/etc of any interest, including the beneficial interest, in the note and the deed. Defendant shall also submit information regarding the present location of the original note. Defendant shall obtain possession of the original note and produce it upon the court's request.

IT IS SO ORDERED.

DATED this ___2___ day of March, 2011.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER