1 | Kelly D. Sutherland, OSB #87357
  | ksutherland@logs.com
2 | SHAPIRO & SUTHERLAND, LLC
  | 5501 N.E. 109th Court, Suite N
3 | Vancouver, WA  98662
  | Telephone: (360) 260-2253
4 | Facsimile : (360) 260-2285
5 | Attorneys for Shapiro & Sutherland, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| DENISE and KENNETH COOK, | ) |
| | ) |
| Plaintiffs, | ) Case No. 10-cv-3121-PA |
| | ) |
| vs. | ) NOTICE OF APPEARANCE |
| | ) |
| BENEFICIAL OREGON, INC. and | ) |
| SHAPIO & SUTHERLAND, LLC | ) |
| | ) |
| | ) |
| Defendants. | ) |

TO: THE CLERK OF THE COURT; AND

TO: DENISE COOK and KENNETH COOK, Plaintiffs, AND

TO: David B. Weibel, of Bishop, White, Marshall & Weibel, P.S.

　　　PLEASE TAKE NOTICE that Kelly D. Sutherland hereby appears in the above-entitled action as attorney for Shapiro & Sutherland, LLC, without waiving the defenses of:

　　　1. Lack of Jurisdiction over the Subject Matter;
　　　2. Lack of Jurisdiction over the Person;
　　　3. Improper Venue;
　　　4. Insufficiency of Process;

1 - NOTICE OF APPEARANCE
REQUEST FOR SPECIAL NOTICE

*SHAPIRO & SUTHERLAND, LLC*
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662
Telephone:(360) 260-2253

5. Insufficiency of Service of Process;
6. Failure to State a Claim upon which Relief may be Granted; and
7. Failure to Join a Party.

PLEASE ALSO TAKE NOTICE that all further papers and pleadings directed to Shapiro & Sutherland, LLC, except original process, should be served upon the undersigned at the address shown above.

DATED this 7th day of March, 2011.

  /s/ Kelly D. Sutherland
Kelly D. Sutherland
OSB #87357
SHAPIRO & SUTHERLAND, LLC
Attorneys for Shapiro & Sutherland, LLC

2 - NOTICE OF APPEARANCE
REQUEST FOR SPECIAL NOTICE

*SHAPIRO & SUTHERLAND, LLC*
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662
Telephone:(360) 260-2253

# DECLARATION OF SERVICE

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States of America that on March 7, 2011, I served an exact and complete copy of the Notice of Appearance on the following parties by depositing it, or causing it to be deposited, in the U.S. Post Office at Vancouver, Washington, in a sealed envelope with postage paid, addressed to each of the respective parties' last-known address (unless otherwise noted):

Denise M. & Kenneth L. Cook
300 Newt Gulch Road
Wilderville, OR 97543

David A. Weibel        (By Facsimile)
Bishop, White, Marshall & Weibel, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101-1803


  /s/Kelly D. Sutherland
Kelly D. Sutherland
Shapiro & Sutherland, LLC

S&S NO: 10-104921

3 - NOTICE OF APPEARANCE
REQUEST FOR SPECIAL NOTICE

*SHAPIRO & SUTHERLAND, LLC*
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662
Telephone:(360) 260-2253