# EXHIBIT C

**SETTLEMENT STATEMENT (HUD-1A)**
Optional Form for Transactions without Sellers
U.S. Department of Housing and Urban Development

Settlement Date: 03/08/2007

Name and Address of Lender:
BENEFICIAL OREGON INC.
1345 CENTER DRIVE
SUITE D
MEDFORD, OR 97501

Name and Address of Borrower(s):
DENISE M. COOK
KENNETH L. COOK
300 NEWT GULCH RD
WILDERVILLE, OR 97543

Settlement Agent:
I.R.E. Processing

Property Location:
300 NEWT GULCH RD
WILDERVILLE, OR 97543

Place of Settlement:
LENDERS ADDRESS AS LISTED ABOVE

Loan Number: _____

| | SETTLEMENT CHARGES | | |
|---|---|---|---|
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | 8.00% | $10,636.02 |
| 801. | Loan Origination Fee/Points: | | |
| 802. | Loan Discount Fee/Points: | | $135.00 |
| 803. | Appraisal Fee To: I.R.E. Processing | | |
| 804. | Credit Report | | |
| 805. | Inspection Fee | | |
| 806. | Mortgage Insurance Application Fee | | |
| 807. | Mortgage Broker Fee | | $200.00 |
| 808. | Document Preparation Fee: | | $50.00 |
| 809. | Tax Service Fee: FIDELITY | | |
| 810. | Flood Certification Fee: | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. | Interest from | | |
| 902. | Mortgage Insurance Premium | | |
| 903. | Hazard Insurance Premium | | |
| 1000. | RESERVES DEPOSITED WITH LENDER | | |
| 1001. | Hazard Insurance: | months @ $ per month | |
| 1002. | Mortgage Insurance: | months @ $ per month | |
| 1003. | City Property Tax: | months @ $ per month | |
| 1004. | County Property Tax: | months @ $ per month | |
| 1005. | Annual Assessments: | months @ $ per month | |
| 1100. | TITLE CHARGES | | $135.00 |
| 1101. | Settlement or Closing Fee ("Escrow Fee") To: I.R.E. Processing | | |
| 1102. | Abstract or Title Search To: | | |
| 1103. | Title Examination To: | | |
| 1104. | Title Insurance Binder To: | | |
| 1105. | Document Preparation To: | | |
| 1106. | Notary Fees To: | | |
| 1107. | Attorneys' Fees To: (Includes Above Item Numbers) | | |
| 1108. | Title Insurance To: TICOR TITLE (Includes Above Item Numbers) | | $586.63 |
| 1109. | Lender's Coverage: | | |
| 1110. | Owner's Coverage: | | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. | Recording Fees: TICOR TITLE Mortgage/Deed of Trust | Release N/A | $60.00 |
| 1202. | City/County Tax/Stamps: | | |
| 1203. | State Tax/Stamps: | | |
| 1204. | | | |
| 1205. | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. | Survey To: | | |
| 1302. | Pest Inspection To: | | |
| 1303. | Architectural/Engineering Services To: | | |
| 1304. | Building Permit To: | | $11,691.65 |
| 1400. | TOTAL SETTLEMENT CHARGES | | |
| 1500. | DISBURSEMENTS TO OTHERS | | $536.00 |
| 1501. | CAP 1 BANK | | $273.00 |
| 1502. | FBT PREMIE | | $243.00 |
| 1503. | GEMB/JCP | | $147,354.34 |
| 1504. | HOMEQ | | $585.00 |
| 1505. | HSBC NV | | |

03/08/2007 13:50

Page 1 of 2

0216LE13



C22D01DEBS - 95 - H09 - 8 - 000 - 0216LE - Z - 1 - 0 ** COOK * ORIGINAL

**SETTLEMENT STATEMENT (HUD-1A)**
Optional Form for Transactions without Sellers
U.S. Department of Housing and Urban Development

| | | |
|---|---|---|
| | | $1,022.00 |
| 1506. | HSBC NV | $555.00 |
| 1507. | HSBC/GOTTS | $713.00 |
| 1508. | MATCO FINC | $372.00 |
| 1509. | BOANB/FBUG | $10,208.00 |
| 1510. | WELLSFAFI | $35,676.50 |
| 1511. | 68171100579028M | $197,945.94 |
| 1512. | TOTAL DISBURSED: | |
| N1513 | NET SETTLEMENT | $210,720.35 |
| 1600. | LOAN AMOUNT: | $0.00 |
| 1601. | Plus Cash/Check From Borrower: | $11,991.65 |
| 1602. | Minus Total Settlement Charges: (Line 1400) | $197,945.94 |
| 1603. | Minus Total Disbursement To Others: (Line 1512) | $779.76 |
| 1604. | Equals Disbursement To Borrower: (After Expiration Of Any Applicable Rescission Period Required By Law) | |

Borrower(s) Signature(s):

Borrower: _____ Date: 3-8-07
DENISE M. COOK

Borrower: _____ Date: 3-8-07
KENNETH L. COOK

**Notice Regarding Loan Settlement Statement**

The actual disbursement amounts, as stated on this Settlement Statement given at the time of funding, may reflect changes due to updated payoff figures or the subsequent voluntary purchase of ancillary products provided at the time of funding.

