# EXHIBIT D

DATE 2/10/2011
PAGE 1
LOAN NUMBER [redacted]74

MORTGAGOR MAILING ADDRESS
DENISE M COOK
KENNETH L COOK
300 NEWT GULCH RD

WILDERVILLE OR 97543-9067
PROPERTY ADDRESS
300 NEWT GULCH RD

WILDERVILLE OR 97543-9067

| PAYMENT INFORMATION | | ORIGINAL INFORMATION | | YEAR-TO-DATE | |
|---|---|---|---|---|---|
| P&I PAYMENT | 1,627.74 | ORIG BAL | 210,720.35 | INT PAID | 0.00 |
| ESCROW | 0.00 | ORIGINAL RATE | 8.550 | NEG AMORT | 0.00 |
| OPTIONAL INS | 0.00 | LOAN TERM | 360 | TAX PAID | 0.00 |
| BUYDOWN | 0.00 | FIRST DUE DATE | 04/13/07 | INT ON ESCROW | 0.00 |
| | | | | UNCOLLECTED BALANCES | |
| ASSISTANCE AMT | 0.00 | LOAN TYPE | CONV | | |
| ANCILLARY | 30.04 | CURRENT RATE | 8.550 | NSF FEES | 50.00 |
| TOTAL PAYMENT | 1,657.78 | | | LATE CHARGES | 696.61 |
| UNAPL FUNDS | 0.00 | NEXT DUE DATE | 12/13/09 | FEES | 7,836.48 |
| | | PAID TO DATE | 11/13/09 | INTEREST | 0.00 |
| | | | | TOTALS | 8,583.09 |

DETAIL BY TRANSACTION

| EFF DATE<br>PD TO DT | TOTAL AMT<br>UNAPPLIED AMT | PRIN AMT<br>INT AMT | ESCROW AMT<br>OPT AMT | FEE AMT<br>LT CHG | DESCRIPTION<br>PRIN BAL AFT |
|---|---|---|---|---|---|
| 02/08/11 | 2247.88 | 0.00 | 0.00 | 2247.88 | FEE BILLED |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/28/11 | 12.50 | 0.00 | 0.00 | 12.50 | FEE BILLED |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/26/11 | 125.00 | 0.00 | 0.00 | 125.00 | FEE BILLED |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/17/11 | 244.62 | 0.00 | 0.00 | 244.62 | ESC DEPOSIT |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/17/11 | 44.68 | 0.00 | 0.00 | 44.68 | ESC DEPOSIT |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/17/11 | 5.70 | 0.00 | 0.00 | 5.70 | ESC DEPOSIT |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/12/11 | 0.00 | 60536.57 | 0.00 | 0.00 | W/O BALANCE |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | 146016.00 |
| 01/12/11 | 0.00 | 0.00 | 0.00 | 0.00 | ADJUSTMENT |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | 206552.57 |
| 01/12/11 | 0.00 | 0.00 | 0.00 | 0.00 | ADJUSTMENT |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | 206552.57 |
| 01/03/11 | 12.50 | 0.00 | 0.00 | 12.50 | FEE BILLED |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | 206552.57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/06/10 | 100.00 | 0.00 | 0.00 | 100.00 | FEE BILLED | |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206552.57 |
| 11/03/10 | 12.50 | 0.00 | 0.00 | 12.50 | FEE BILLED | |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206552.57 |
| 10/11/10 | 1415.09 | 0.00 | 0.00 | 1415.09 | FEE BILLED | |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206552.57 |
| 09/22/10 | 12.50 | 0.00 | 0.00 | 12.50 | FEE BILLED | |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206552.57 |
| 08/17/10 | 12.50 | 0.00 | 0.00 | 12.50 | FEE BILLED | |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206552.57 |
| 07/19/10 | 605.00 | 0.00 | 0.00 | 605.00 | FEE BILLED | |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206552.57 |
| 07/07/10 | 12.50 | 0.00 | 0.00 | 12.50 | FEE BILLED | |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206552.57 |
| 06/01/10 | 100.00 | 0.00 | 0.00 | 100.00 | FEE BILLED | |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206552.57 |
| 05/28/10 | 2745.63 | 0.00 | 0.00 | 2745.63 | FEE BILLED | |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206552.57 |
| 05/21/10 | 0.00 | 0.58 | 0.00 | 0.00 | ADDL PRIN | |
| 11/09 | -0.58 | 0.00 | 0.00 | 0.00 | | 206552.57 |
| 05/21/10 | -0.58 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 11/09 | -0.58 | 0.00 | 0.00 | 0.00 | | 206552.57 |
| 05/13/10 | 12.50 | 0.00 | 0.00 | 12.50 | FEE BILLED | |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206552.57 |
| 04/16/10 | 100.84 | 0.00 | 0.00 | 100.84 | FEE PAID | |
| 11/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206552.57 |
| 04/16/10 | 0.58 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 11/09 | 0.58 | 0.00 | 0.00 | 0.00 | | 206553.15 |
| 04/16/10 | 0.58 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 11/09 | 0.58 | 0.00 | 0.00 | 0.00 | | 206553.15 |
| 04/16/10 | 1186.68 | 282.35 | 0.00 | 0.00 | PAYMENT | |
| 11/09 | -0.58 | 904.91 | 0.00 | 0.00 | | 206553.15 |
| 04/16/10 | -0.58 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 11/09 | -0.58 | 0.00 | 0.00 | 0.00 | | 206553.15 |
| 04/01/10 | 0.00 | 0.00 | 0.00 | 0.00 | ADJUSTMENT | |
| 10/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206835.50 |
| 04/01/10 | 0.00 | 0.00 | 0.00 | 0.00 | ADJUSTMENT | |
| 10/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206835.50 |
| 02/08/10 | 12.50 | 0.00 | 0.00 | 12.50 | FEE BILLED | |
| 10/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206835.50 |
| 02/04/10 | 100.84 | 0.00 | 0.00 | 100.84 | FEE PAID | |
| 10/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206835.50 |
| 02/04/10 | 0.58 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 10/09 | 0.58 | 0.00 | 0.00 | 0.00 | | 206835.50 |
| 02/04/10 | 0.58 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 10/09 | 0.58 | 0.00 | 0.00 | 0.00 | | 206835.50 |
| 02/04/10 | 1158.21 | 281.12 | 0.00 | 0.00 | PAYMENT | |
| 10/09 | -29.05 | 906.14 | 0.00 | 0.00 | | 206835.50 |
| 02/04/10 | -29.05 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 10/09 | -29.05 | 0.00 | 0.00 | 0.00 | | 206835.50 |
| 01/14/10 | 12.50 | 0.00 | 0.00 | 12.50 | FEE BILLED | |
| 09/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206835.50 |
| 12/11/09 | 50.42 | 0.00 | 0.00 | 50.42 | FEE PAID | |
| 09/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 206835.50 |
| 12/11/09 | 29.05 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 09/09 | 29.05 | 0.00 | 0.00 | 0.00 | | 207116.62 |
| 12/11/09 | 29.05 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/09 | 29.05 | 0.00 | 0.00 | 0.00 | | 207116.62 |
| 12/11/09 | 820.53 | 150.96 | 0.00 | 0.00 | PAYMENT | |
| 09/09 | -807.21 | 1476.78 | 0.00 | 0.00 | | 207116.62 |
| 12/11/09 | -807.21 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 09/09 | -807.21 | 0.00 | 0.00 | 0.00 | | 207116.62 |
| 12/11/09 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 09/09 | 0.00 | 0.00 | 0.00 | -41.02 | | 0.00 |
| 12/01/09 | 81.38 | 0.00 | 0.00 | 0.00 | STD LATE CHG | |
| 08/09 | 0.00 | 0.00 | 0.00 | 81.38 | | 0.00 |
| 10/28/09 | 12.50 | 0.00 | 0.00 | 12.50 | FEE BILLED | |
| 08/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 08/27/09 | 0.00 | 0.00 | 0.00 | 0.00 | ADJUSTMENT | |
| 08/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 207267.58 |
| 08/21/09 | 0.00 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 03/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 207267.58 |
| 08/21/09 | -806.47 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 03/09 | -806.47 | 0.00 | 0.00 | 0.00 | | 207267.58 |
| 08/21/09 | 806.47 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 03/09 | 806.47 | 0.00 | 0.00 | 0.00 | | 207267.58 |
| 08/21/09 | -443.53 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 03/09 | -443.53 | 0.00 | 0.00 | 0.00 | | 207267.58 |
| 08/21/09 | -443.53 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 03/09 | -443.53 | 0.00 | 0.00 | 0.00 | | 207267.58 |
| 08/21/09 | 5.00 | 0.00 | 0.00 | 5.00 | FEE PAID | |
| 03/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 207267.58 |
| 08/21/09 | 45.42 | 0.00 | 0.00 | 45.42 | FEE PAID | |
| 03/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 207267.58 |
| 08/21/09 | 1627.74 | 149.89 | 0.00 | 0.00 | PAYMENT | |
| 03/09 | 0.00 | 1477.85 | 0.00 | 0.00 | | 207267.58 |
| 08/21/09 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 03/09 | 0.00 | 0.00 | 0.00 | -81.35 | | 0.00 |
| 08/17/09 | 605.00 | 0.00 | 0.00 | 605.00 | FEE BILLED | |
| 02/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 08/07/09 | 1250.00 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 02/09 | 1250.00 | 0.00 | 0.00 | 0.00 | | 207417.47 |
| 08/07/09 | 1250.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 02/09 | 1250.00 | 0.00 | 0.00 | 0.00 | | 207417.47 |
| 06/29/09 | 0.00 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 02/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 207417.47 |
| 06/29/09 | 50.42 | 0.00 | 0.00 | 50.42 | FEE PAID | |
| 02/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 207417.47 |
| 06/29/09 | 1184.21 | 275.55 | 0.00 | 0.00 | PAYMENT | |
| 02/09 | 0.00 | 908.66 | 0.00 | 0.00 | | 207417.47 |
| 06/24/09 | 25.00 | 0.00 | 0.00 | 25.00 | FEE BILLED | |
| 01/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 207417.47 |
| 06/23/09 | 0.00 | 0.00 | 0.00 | 0.00 | ADJUSTMENT | |
| 02/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 207417.47 |
| 06/22/09 | 0.00 | 0.00 | 0.00 | 0.00 | ADJUSTMENT | |
| 06/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 207417.47 |
| 06/15/09 | 1184.21 | 275.55 | 0.00 | 0.00 | PAYMENT | |
| 02/09 | 0.00 | 908.66 | 0.00 | 0.00 | | 207417.47 |
| 06/02/09 | 12.50 | 0.00 | 0.00 | 12.50 | FEE BILLED | |
| 01/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 207417.47 |
| 04/28/09 | 100.84 | 0.00 | 0.00 | 100.84 | FEE PAID | |
| 01/09 | 0.00 | 0.00 | 0.00 | 0.00 | | 207417.47 |
| 04/28/09 | 0.74 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 01/09 | 0.74 | 0.00 | 0.00 | 0.00 | | 207693.02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/28/09 | 0.74 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 01/09 | 0.74 | 0.00 | 0.00 | 0.00 | | 207693.02 |
| 04/28/09 | 1184.21 | 274.35 | 0.00 | 0.00 | PAYMENT | |
| 01/09 | 0.00 | 909.86 | 0.00 | 0.00 | | 207693.02 |
| 04/28/09 | 46.21 | 273.16 | 0.00 | 0.00 | PAYMENT | |
| 12/08 | -1138.00 | 911.05 | 0.00 | 0.00 | | 207967.37 |
| 04/28/09 | -1138.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 12/08 | -1138.00 | 0.00 | 0.00 | 0.00 | | 207967.37 |
| 03/17/09 | 1138.00 | 0.00 | 0.00 | 0.00 | SGL RCT POST | |
| 11/08 | 1138.00 | 0.00 | 0.00 | 0.00 | | 208240.53 |
| 03/17/09 | 1138.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 11/08 | 1138.00 | 0.00 | 0.00 | 0.00 | | 208240.53 |
| 03/04/09 | 0.00 | 0.00 | 0.00 | 0.00 | ADJUSTMENT | |
| 11/08 | 0.00 | 0.00 | 0.00 | 0.00 | | 208240.53 |
| 03/04/09 | 0.00 | 0.00 | 0.00 | 0.00 | ADJUSTMENT | |
| 11/08 | 0.00 | 0.00 | 0.00 | 0.00 | | 208240.53 |
| 12/12/08 | 50.42 | 0.00 | 0.00 | 50.42 | FEE PAID | |
| 11/08 | 0.00 | 0.00 | 0.00 | 0.00 | | 208240.53 |
| 12/12/08 | 1579.58 | 143.01 | 0.00 | 0.00 | PAYMENT | |
| 11/08 | -160.77 | 1484.73 | 0.00 | 112.61 | | 208240.53 |
| 12/12/08 | -160.77 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 11/08 | -160.77 | 0.00 | 0.00 | 0.00 | | 208240.53 |
| 12/12/08 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 11/08 | 0.00 | 0.00 | 0.00 | 39.27 | | 0.00 |
| 11/26/08 | 50.42 | 0.00 | 0.00 | 50.42 | FEE PAID | |
| 10/08 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 11/26/08 | 160.77 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 10/08 | 160.77 | 0.00 | 0.00 | 0.00 | | 208383.54 |
| 11/26/08 | 160.77 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 10/08 | 160.77 | 0.00 | 0.00 | 0.00 | | 208383.54 |
| 11/26/08 | 1415.81 | 142.00 | 0.00 | 0.00 | PAYMENT | |
| 10/08 | -211.93 | 1485.74 | 0.00 | 0.00 | | 208383.54 |
| 11/26/08 | -211.93 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 10/08 | -211.93 | 0.00 | 0.00 | 0.00 | | 208383.54 |
| 11/26/08 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 10/08 | 0.00 | 0.00 | 0.00 | -81.38 | | 0.00 |
| 11/17/08 | -660.00 | 0.00 | 0.00 | 0.00 | SGL RCPT REV | |
| 09/08 | -660.00 | 0.00 | 0.00 | 0.00 | | 208525.54 |
| 11/17/08 | -660.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 09/08 | -660.00 | 0.00 | 0.00 | 0.00 | | 208525.54 |
| 11/04/08 | 660.00 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 09/08 | 660.00 | 0.00 | 0.00 | 0.00 | | 208525.54 |
| 11/04/08 | 660.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 09/08 | 660.00 | 0.00 | 0.00 | 0.00 | | 208525.54 |
| 11/04/08 | -1000.00 | 0.00 | 0.00 | 0.00 | SGL RCPT REV | |
| 09/08 | -1000.00 | 0.00 | 0.00 | 0.00 | | 208525.54 |
| 11/04/08 | -1000.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 09/08 | -1000.00 | 0.00 | 0.00 | 0.00 | | 208525.54 |
| 10/31/08 | 1211.93 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 09/08 | 1211.93 | 0.00 | 0.00 | 0.00 | | 208525.54 |
| 10/31/08 | 1211.93 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 09/08 | 1211.93 | 0.00 | 0.00 | 0.00 | | 208525.54 |
| 10/31/08 | 443.07 | 140.99 | 0.00 | 0.00 | PAYMENT | |
| 09/08 | -1184.67 | 1486.75 | 0.00 | 0.00 | | 208525.54 |
| 10/31/08 | -1184.67 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 09/08 | -1184.67 | 0.00 | 0.00 | 0.00 | | 208525.54 |
| 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/08 | 0.00 | 0.00 | 0.00 | -81.38 | | 0.00 |
| 10/24/08 | 1000.00 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 08/08 | 1000.00 | 0.00 | 0.00 | 0.00 | | 208666.53 |
| 10/24/08 | 1000.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 08/08 | 1000.00 | 0.00 | 0.00 | 0.00 | | 208666.53 |
| 09/30/08 | 184.67 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 08/08 | 184.67 | 0.00 | 0.00 | 0.00 | | 208666.53 |
| 09/30/08 | 184.67 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 08/08 | 184.67 | 0.00 | 0.00 | 0.00 | | 208666.53 |
| 09/30/08 | 1443.07 | 139.99 | 0.00 | 0.00 | PAYMENT | |
| 08/08 | -184.67 | 1487.75 | 0.00 | 0.00 | | 208666.53 |
| 09/30/08 | -184.67 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 08/08 | -184.67 | 0.00 | 0.00 | 0.00 | | 208666.53 |
| 09/30/08 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 08/08 | 0.00 | 0.00 | 0.00 | -72.15 | | 0.00 |
| 09/08/08 | 605.00 | 0.00 | 0.00 | 605.00 | FEE BILLED | |
| 07/08 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 08/15/08 | 184.67 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 07/08 | 184.67 | 0.00 | 0.00 | 0.00 | | 208806.52 |
| 08/15/08 | 184.67 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 07/08 | 184.67 | 0.00 | 0.00 | 0.00 | | 208806.52 |
| 08/15/08 | 1627.74 | 139.00 | 0.00 | 0.00 | PAYMENT | |
| 07/08 | 0.00 | 1488.74 | 0.00 | 0.00 | | 208806.52 |
| 08/15/08 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 07/08 | 0.00 | 0.00 | 0.00 | -57.15 | | 0.00 |
| 08/15/08 | -1812.41 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 06/08 | -1812.41 | 0.00 | 0.00 | 0.00 | | 208945.52 |
| 08/15/08 | -1812.41 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 06/08 | -1812.41 | 0.00 | 0.00 | 0.00 | | 208945.52 |
| 08/15/08 | 0.00 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 06/08 | 0.00 | 0.00 | 0.00 | 0.00 | | 208945.52 |
| 08/15/08 | -1327.74 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 06/08 | -1327.74 | 0.00 | 0.00 | 0.00 | | 208945.52 |
| 08/15/08 | 1327.74 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 06/08 | 1327.74 | 0.00 | 0.00 | 0.00 | | 208945.52 |
| 08/15/08 | 1127.74 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 06/08 | 1127.74 | 0.00 | 0.00 | 0.00 | | 208945.52 |
| 08/15/08 | 1127.74 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 06/08 | 1127.74 | 0.00 | 0.00 | 0.00 | | 208945.52 |
| 08/12/08 | 200.00 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 06/08 | 200.00 | 0.00 | 0.00 | 0.00 | | 208945.52 |
| 08/12/08 | 200.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 06/08 | 200.00 | 0.00 | 0.00 | 0.00 | | 208945.52 |
| 07/08/08 | 300.00 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 06/08 | 300.00 | 0.00 | 0.00 | 0.00 | | 208945.52 |
| 07/08/08 | 300.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 06/08 | 300.00 | 0.00 | 0.00 | 0.00 | | 208945.52 |
| 06/19/08 | 0.00 | 0.00 | 0.00 | 0.00 | ADJUSTMENT | |
| 06/08 | 0.00 | 0.00 | 0.00 | 0.00 | | 208945.52 |
| 06/03/08 | 1627.74 | 138.02 | 0.00 | 0.00 | PAYMENT | |
| 04/08 | 0.00 | 1489.72 | 0.00 | 0.00 | | 208945.52 |
| 06/03/08 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 04/08 | 0.00 | 0.00 | 0.00 | -81.38 | | 0.00 |
| 05/28/08 | -1627.14 | 0.00 | 0.00 | 0.00 | SGL RCPT REV | |
| 03/08 | -1627.14 | 0.00 | 0.00 | 0.00 | | 209083.54 |
| 05/28/08 | -1627.14 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 03/08 | -1627.14 | 0.00 | 0.00 | 0.00 | | 209083.54 |

| | | | | | |
|---|---|---|---|---|---|
| 05/28/08 | 1811.81 | 0.00 | 0.00 | 0.00 | SGL RCT POST |
| 03/08 | 1811.81 | 0.00 | 0.00 | 0.00 | 209083.54 |
| 05/28/08 | 1811.81 | 0.00 | 0.00 | 0.00 | UNAPPLIED |
| 03/08 | 1811.81 | 0.00 | 0.00 | 0.00 | 209083.54 |
| 05/28/08 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT |
| 03/08 | 0.00 | 0.00 | 0.00 | 81.38 | 0.00 |
| 05/28/08 | -184.07 | 0.00 | 0.00 | 0.00 | SGL RCPT REV |
| 04/08 | -184.07 | 0.00 | 0.00 | 0.00 | 208945.52 |
| 05/28/08 | -184.07 | 0.00 | 0.00 | 0.00 | UNAPPLIED |
| 04/08 | -184.07 | 0.00 | 0.00 | 0.00 | 208945.52 |
| 05/23/08 | 184.07 | 0.00 | 0.00 | 0.00 | MISC RECEIPT |
| 04/08 | 184.07 | 0.00 | 0.00 | 0.00 | 208945.52 |
| 05/23/08 | 184.07 | 0.00 | 0.00 | 0.00 | UNAPPLIED |
| 04/08 | 184.07 | 0.00 | 0.00 | 0.00 | 208945.52 |
| 05/23/08 | 1627.74 | 138.02 | 0.00 | 0.00 | PAYMENT |
| 04/08 | 0.00 | 1489.72 | 0.00 | 0.00 | 208945.52 |
| 05/23/08 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT |
| 04/08 | 0.00 | 0.00 | 0.00 | -81.38 | 0.00 |
| 05/23/08 | -1811.81 | 0.00 | 0.00 | 0.00 | MISC RECEIPT |
| 03/08 | -1811.81 | 0.00 | 0.00 | 0.00 | 209083.54 |
| 05/23/08 | -308.77 | 0.00 | 0.00 | 0.00 | UNAPPLIED |
| 03/08 | -308.77 | 0.00 | 0.00 | 0.00 | 209083.54 |
| 05/23/08 | -1503.04 | 0.00 | 0.00 | 0.00 | UNAPPLIED |
| 03/08 | -1503.04 | 0.00 | 0.00 | 0.00 | 209083.54 |
| 05/23/08 | 308.77 | 0.00 | 0.00 | 0.00 | MISC RECEIPT |
| 03/08 | 308.77 | 0.00 | 0.00 | 0.00 | 209083.54 |
| 05/23/08 | 308.77 | 0.00 | 0.00 | 0.00 | UNAPPLIED |
| 03/08 | 308.77 | 0.00 | 0.00 | 0.00 | 209083.54 |
| 05/22/08 | 1503.04 | 0.00 | 0.00 | 0.00 | MISC RECEIPT |
| 03/08 | 1503.04 | 0.00 | 0.00 | 0.00 | 209083.54 |
| 05/22/08 | 1503.04 | 0.00 | 0.00 | 0.00 | UNAPPLIED |
| 03/08 | 1503.04 | 0.00 | 0.00 | 0.00 | 209083.54 |
| 05/22/08 | 1627.74 | 137.04 | 0.00 | 0.00 | PAYMENT |
| 03/08 | 0.00 | 1490.70 | 0.00 | 0.00 | 209083.54 |
| 05/22/08 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT |
| 03/08 | 0.00 | 0.00 | 0.00 | -81.38 | 0.00 |
| 05/22/08 | -3130.78 | 0.00 | 0.00 | 0.00 | SGL RCPT REV |
| 02/08 | -3130.78 | 0.00 | 0.00 | 0.00 | 209220.58 |
| 05/22/08 | -1627.14 | 0.00 | 0.00 | 0.00 | UNAPPLIED |
| 02/08 | -1627.14 | 0.00 | 0.00 | 0.00 | 209220.58 |
| 05/22/08 | -1503.64 | 0.00 | 0.00 | 0.00 | UNAPPLIED |
| 02/08 | -1503.64 | 0.00 | 0.00 | 0.00 | 209220.58 |
| 05/19/08 | 1627.14 | 0.00 | 0.00 | 0.00 | MISC RECEIPT |
| 02/08 | 1627.14 | 0.00 | 0.00 | 0.00 | 209220.58 |
| 05/19/08 | 1627.14 | 0.00 | 0.00 | 0.00 | UNAPPLIED |
| 02/08 | 1627.14 | 0.00 | 0.00 | 0.00 | 209220.58 |
| 05/12/08 | 25.00 | 0.00 | 0.00 | 25.00 | FEE BILLED |
| 02/08 | 0.00 | 0.00 | 0.00 | 0.00 | 209220.58 |
| 05/12/08 | 1487.74 | 0.00 | 0.00 | 0.00 | UNAPPLIED |
| 02/08 | 1487.74 | 0.00 | 0.00 | 0.00 | 209220.58 |
| 05/12/08 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT |
| 02/08 | 0.00 | 0.00 | 0.00 | 68.70 | 0.00 |
| 04/30/08 | 140.00 | 137.04 | 0.00 | 0.00 | PAYMENT |
| 03/08 | -1487.74 | 1490.70 | 0.00 | 0.00 | 209083.54 |
| 04/30/08 | -1487.74 | 0.00 | 0.00 | 0.00 | UNAPPLIED |
| 03/08 | -1487.74 | 0.00 | 0.00 | 0.00 | 209083.54 |
| 04/30/08 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT |

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/08 | 0.00 | 0.00 | 0.00 | -68.70 | | 0.00 |
| 04/15/08 | 1250.00 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 02/08 | 1250.00 | 0.00 | 0.00 | 0.00 | | 209220.58 |
| 04/15/08 | 1250.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 02/08 | 1250.00 | 0.00 | 0.00 | 0.00 | | 209220.58 |
| 04/03/08 | -250.00 | 0.00 | 0.00 | 0.00 | SGL RCPT REV | |
| 02/08 | -250.00 | 0.00 | 0.00 | 0.00 | | 209220.58 |
| 04/03/08 | -250.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 02/08 | -250.00 | 0.00 | 0.00 | 0.00 | | 209220.58 |
| 03/25/08 | 250.00 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 02/08 | 250.00 | 0.00 | 0.00 | 0.00 | | 209220.58 |
| 03/25/08 | 250.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 02/08 | 250.00 | 0.00 | 0.00 | 0.00 | | 209220.58 |
| 03/21/08 | 1500.00 | 136.07 | 0.00 | 0.00 | PAYMENT | |
| 02/08 | -127.74 | 1491.67 | 0.00 | 0.00 | | 209220.58 |
| 03/21/08 | -127.74 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 02/08 | -127.74 | 0.00 | 0.00 | 0.00 | | 209220.58 |
| 03/21/08 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 02/08 | 0.00 | 0.00 | 0.00 | -77.31 | | 0.00 |
| 03/15/08 | 300.00 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 01/08 | 300.00 | 0.00 | 0.00 | 0.00 | | 209356.65 |
| 03/15/08 | 300.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 01/08 | 300.00 | 0.00 | 0.00 | 0.00 | | 209356.65 |
| 02/13/08 | 81.38 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 01/08 | 81.38 | 0.00 | 0.00 | 0.00 | | 209356.65 |
| 02/13/08 | 81.38 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 01/08 | 81.38 | 0.00 | 0.00 | 0.00 | | 209356.65 |
| 02/13/08 | 1627.74 | 135.11 | 0.00 | 0.00 | PAYMENT | |
| 01/08 | 0.00 | 1492.63 | 0.00 | 0.00 | | 209356.65 |
| 02/13/08 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 01/08 | 0.00 | 0.00 | 0.00 | -81.38 | | 0.00 |
| 01/10/08 | 1709.12 | 134.16 | 0.00 | 0.00 | PAYMENT | |
| 12/07 | 0.00 | 1493.58 | 0.00 | 81.38 | | 209491.76 |
| 12/01/07 | 1790.50 | 133.21 | 0.00 | 0.00 | PAYMENT | |
| 11/07 | 0.00 | 1494.53 | 0.00 | 162.76 | | 209625.92 |
| 12/01/07 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 11/07 | 0.00 | 0.00 | 0.00 | 81.38 | | 0.00 |
| 10/29/07 | 1627.74 | 132.26 | 0.00 | 0.00 | PAYMENT | |
| 10/07 | 0.00 | 1495.48 | 0.00 | 0.00 | | 209759.13 |
| 10/29/07 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 10/07 | 0.00 | 0.00 | 0.00 | -81.38 | | 0.00 |
| 10/08/07 | 0.00 | 0.88 | 0.00 | 0.00 | ADDL PRIN | |
| 09/07 | -0.88 | 0.00 | 0.00 | 0.00 | | 209891.39 |
| 10/08/07 | -0.88 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 09/07 | -0.88 | 0.00 | 0.00 | 0.00 | | 209891.39 |
| 10/08/07 | 870.00 | 131.32 | 0.00 | 0.00 | PAYMENT | |
| 09/07 | -799.12 | 1496.42 | 0.00 | 41.38 | | 209892.27 |
| 10/08/07 | -799.12 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 09/07 | -799.12 | 0.00 | 0.00 | 0.00 | | 209892.27 |
| 09/25/07 | 800.00 | 0.00 | 0.00 | 0.00 | MISC RECEIPT | |
| 08/07 | 800.00 | 0.00 | 0.00 | 0.00 | | 210023.59 |
| 09/25/07 | 800.00 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 08/07 | 800.00 | 0.00 | 0.00 | 0.00 | | 210023.59 |
| 08/30/07 | 1709.12 | 130.39 | 0.00 | 0.00 | PAYMENT | |
| 08/07 | 0.00 | 1497.35 | 0.00 | 81.38 | | 210023.59 |
| 08/09/07 | 25.00 | 0.00 | 0.00 | 25.00 | FEE PAID | |
| 07/07 | 0.00 | 0.00 | 0.00 | 0.00 | | 210023.59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/09/07 | 0.00 | 55.50 | 0.00 | 0.00 | ADDL PRIN | |
| 07/07 | -55.50 | 0.00 | 0.00 | 0.00 | | 210153.98 |
| 08/09/07 | -55.50 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 07/07 | -55.50 | 0.00 | 0.00 | 0.00 | | 210153.98 |
| 08/09/07 | 1736.85 | 129.08 | 0.00 | 0.00 | PAYMENT | |
| 07/07 | 0.00 | 1498.66 | 0.00 | 109.11 | | 210209.48 |
| 08/09/07 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 07/07 | 0.00 | 0.00 | 0.00 | 30.50 | | 0.00 |
| 07/13/07 | 55.50 | 0.00 | 0.00 | 0.00 | SGL RCT POST | |
| 06/07 | 55.50 | 0.00 | 0.00 | 0.00 | | 210338.56 |
| 07/13/07 | 55.50 | 0.00 | 0.00 | 0.00 | UNAPPLIED | |
| 06/07 | 55.50 | 0.00 | 0.00 | 0.00 | | 210338.56 |
| 07/12/07 | 1760.00 | 128.16 | 0.00 | 0.00 | PAYMENT | |
| 06/07 | 0.00 | 1499.58 | 0.00 | 132.26 | | 210338.56 |
| 07/12/07 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 06/07 | 0.00 | 0.00 | 0.00 | 50.88 | | 0.00 |
| 06/18/07 | 1627.74 | 127.26 | 0.00 | 0.00 | PAYMENT | |
| 05/07 | 0.00 | 1500.48 | 0.00 | 0.00 | | 210466.72 |
| 06/18/07 | 0.00 | 0.00 | 0.00 | 0.00 | LCHG/UNC INT | |
| 05/07 | 0.00 | 0.00 | 0.00 | -81.38 | | 0.00 |
| 06/08/07 | 25.00 | 0.00 | 0.00 | 25.00 | FEE BILLED | |
| 04/07 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 05/25/07 | 1627.74 | 127.26 | 0.00 | 0.00 | PAYMENT | |
| 05/07 | 0.00 | 1500.48 | 0.00 | 0.00 | | 210466.72 |
| 04/17/07 | 1627.74 | 126.36 | 0.00 | 0.00 | PAYMENT | |
| 04/07 | 0.00 | 1501.38 | 0.00 | 0.00 | | 210593.98 |
| 04/17/07 | 0.00 | 0.01 | 0.00 | 0.00 | ADJUSTMENT | |
| 03/07 | 0.00 | 0.00 | 0.00 | 0.00 | | 210720.34 |