David A. Weibel, OSB# 082316
dweibel@bwmlegal.com
Bishop, White, Marshall & Weibel, P.S.
720 Olive Way, Suite 1201
Seattle, WA  98101-1803
Telephone – 206/622-5306
Facsimile – 206/622-0354

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DENISE COOK and KENNETH COOK<br><br>                      Plaintiffs,<br><br>   v.<br><br>BENEFICIAL OREGON INC., a Delaware Corporation; SHAPIRO & SUTHERLAND, LLC, a Washington State LLC<br><br>                      Defendants. | Case No. 10-cv-03121-PA<br><br>CERTIFICATE OF SERVICE |

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States of America that on this 8th day of March, 2011, I caused to be delivered a copy of the following: (1) Defendant Beneficial's Motion for Summary Judgment (2) Defendant Beneficial's Memorandum in Support of Motion for Summary Judgment (3) Concise Statement of Facts by Defendant Beneficial Oregon Inc. and (4) Declaration of Phyllis Johnston in Support of Defendant's Motion for Summary Judgment with attached exhibits  to the following in the manner indicated:

| | |
|---|---|
| Denise Cook & Kenneth Cook<br>300 Newt Gulch Road<br>Wilderville OR 97543 | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[X] By Federal Express<br>[ ] By Facsimile |

CERTIFICATE OF SERVICE - 1

Kelly D. Sutherland           [ ] By United States Mail
Shapiro & Sutherland          [X] By CM/ECF
5501 NE 109th Ct Suite N      [ ] By Federal Express
Vancouver, WA 98662           [ ] By Facsimile
ksutherland@logs.com

Signed this 8th day of March, 2011, at Seattle, Washington.

/s/ Jackie Lough
Jackie Lough

CERTIFICATE OF SERVICE - 2