Kelly D. Sutherland, OSB #87357
ksutherland@logs.com
SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662
Telephone: (360) 260-2253
Facsimile: (360) 260-2285
Attorneys for Shapiro & Sutherland, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENISE and KENNETH COOK, | ) |
| | ) |
| Plaintiffs, | ) Case No. 10-cv-3121-PA |
| | ) |
| vs. | ) MOTION FOR SUMMARY |
| | ) JUDGMENT OF DEFENDANT |
| | ) SHAPIRO & SUTHERLAND, LLC |
| BENEFICIAL OREGON, INC. and | ) |
| SHAPIO & SUTHERLAND, LLC | ) ORAL ARUGMENT REQUESTED |
| | ) |
| | ) |
| Defendants. | ) |

Pursuant to FRCP Rule 56, defendant Shapiro & Sutherland joins defendant Beneficial Oregon, Inc.'s Motion for Summary Judgment filed (Dkt #26) and moves the court for an order granting summary judgment.  This motion is supported by the Concise Statement of Facts (Dkt #), Memorandum of Laws, Defendant Beneficial Oregon Inc.'s Memorandum of Law (Dkt #28) Declarations of Kelly Sutherland, Phyllis Johnston (Dkt #29) and Richard Magatelli.

1 – MOTION FOR SUMMARY JUDGMENT

*SHAPIRO & SUTHERLAND, LLC*
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662
Telephone:(360) 260-2253

Defendant also certifies that the good faith attempt to resolve the matters addressed in this Motion with opposing parties was made as required under Local Rule 7.1, but without success.

Dated this 8th day of March, 2011.

/s/ Kelly D. Sutherland
Kelly D. Sutherland, OSB #87357
Attorneys for Shapiro & Sutherland, LLC
SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662