Kelly D. Sutherland, OSB #87357
ksutherland@logs.com
SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
Telephone: (360) 260-2253
Facsimile: (360) 260-2285
Attorneys for Shapiro & Sutherland, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DENISE and KENNETH COOK,

    Plaintiffs,

vs.

BENEFICIAL OREGON, INC. and
SHAPIO & SUTHERLAND, LLC

    Defendants.

Case No. 10-cv-3121-PA

DECLARATION OF RICHARD MAGATELLI IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Richard Magatelli, am an Oregon resident, over the age of 18, and a party to this action, and under penalty of perjury, state as follows:

1. I was retained to appear as agent for the Successor Trustee, Kelly D. Sutherland for the Trustee's Sale with respect to that trust deed made by Kenneth L. Cook and Denise M. Cook, as grantor to Regional Trustee Services, as trustee, in favor of Beneficial Oregon Inc., as beneficiary, dated March 8, 2007, recorded March 12, 2007, in the mortgage records of Josephine County, Oregon, as Instrument No. 2007-004995. The Trustee's Sale was originally scheduled to be held at the hour of 11:00 AM PT, in accordance with the standard time established by ORS 187.110 on December 2, 2010, at the following place: at the main entrance of the Josephine County Courthouse, located at 500 N.W. 6th Street, in the City of

DECLARATION OF RICHARD MAGATELLI IN SUPPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT -1

SHAPIRO & SUTHERLAND, LLC
KELLY D. SUTHERLAND
5501 NE 109th Court, Suite N
Vancouver, Washington 98662
Telephone (360)260-2253
Facsimile (360) 260-285
ksutherland@logs.com

Grants Pass, County of Josephine, State of Oregon. On December 2, 2010, I personally appeared and announced, as agent for the Successor Trustee, Kelly D. Sutherland, by public proclamation that the Trustee's Sale was continued to December 17, 2010 at 11:00 AM at the same location. A true copy of the Postponement of Trustee's Sale is attached as Exhibit "A" and by this reference incorporated herein.

2. On December 17, 2010 at 11:00 AM, I personally appeared and announced, as agent for the Successor Trustee, Kelly D. Sutherland, by public proclamation that Trustee's Sale was scheduled to be held at the hour of 11:00 AM PT, in accordance with the standard time established by ORS 187.110 on December 17, 2010, at the following place: at the main entrance of the Josephine County Courthouse, located at 500 N.W. 6th Street, in the City of Grants Pass, County of Josephine, State of Oregon as continued to January 5, 2011 at 11:00 AM at the same location. A true copy of the Postponement of Trustee's Sale is attached as Exhibit "B" and by this reference incorporated herein.

3. On January 5, 2011 at the hour of 11:00 AM PT, at the main entrance of the Josephine County Courthouse, located at 500 N.W. 6th Street, in the City of Grants Pass, County of Josephine, State of Oregon, I personally appeared, as the agent for the Successor Trustee, Kelly D. Sutherland, and conducted the subject Trustee's Sale. At the Trustee's Sale, Beneficial Oregon, Inc. was the successful bidder with a credit bid of $146,015.99. A true copy of the Trustee's Sale script and sale results is attached as Exhibit "C".

DATED this 7th day of March, 2011

*/s/ Richard Magatelli*
Richard Magatelli

DECLARATION OF RICHARD MAGATELLI IN SUPPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT -2

SHAPIRO & SUTHERLAND, LLC
KELLY D. SUTHERLAND
5501 NE 109th Court, Suite N
Vancouver, Washington 98662
Telephone (360)260-2253
Facsimile (360) 260-285
ksutherland@logs.com