Dec. 1. 2010  1:08PM    Nationwide Process Service, Inc.                    No. 2857    P. 4

Case Name:   **COOK**, Kenneth & Denise
T.S. No.:       **10-104921**
A.S.A.P.#:     3675820
County:         **JOSEPHINE** - Grants Pass, Front Entrance, Courthouse

# POSTPONEMENT OF TRUSTEE'S SALE

Date:  Thursday, December 2, 2010 at 11:00 A.M.

IN THE MATTER OF:       Kenneth L. Cook and Denise M. Cook

The Trustee's Sale scheduled at this time is postponed to _12-17-10_ at 11:00 A.M.

The Trustee's Sale made reference to the Trust Deed wherein Kenneth L. Cook and Denise M. Cook, as Grantor and Beneficial Oregon Inc., is the current beneficiary, covering the property commonly known as:

**300 NEWT GULCH ROAD**
**WILDERVILLE OR 97543**

and having a legal description of:

See Attached Legal Description

Again, this foreclosure sale is being postponed to _12-17-10_ at 11:00 A.M.

---

I, _RICHARD MEATELLI_ , certify that I am over the age of eighteen years and not the beneficiary or its successor in interest named in the subject Deed of Trust. I further certify that I read the above Postponement of Trustee's Sale script in its entirety at the prescribed time and place.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

DATED:   December 2, 2010 at _1/50_ O'clock _A_ .M.

_[signature]_
Agent for Shapiro & Sutherland, LLC.                    (238610)

_Exhibit A_



Beginning at the West quarter corner of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon; thence North 89°36'45" East 2664.34 feet to the center of said Section; thence North 0°51'20" East 334.25 feet to the point of beginning; thence South 89°36'45" West 1332.17 feet to the West line of the East half of the Northwest quarter of said Section; thence North 00°49'30" East 500.46 feet; thence North 89°36'45" East 1332.17 feet to the North-South centerline of said Section; thence South 00°51'20" West 500.46 feet along said centerline to the true point of beginning. EXCEPTING THEREFROM any portion lying within the boundaries of a parcel of land in the Northwest quarter of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon, described as follows: beginning at the center point of said Section 9 and running North 0°21' East along the North-South centerline of said Section, 334.25 feet to the point of beginning; thence North 0°21' East along the North-South centerline of said Section, 1002.75 feet to the South line of the North half of the Northwest quarter of said Section; thence along said South line of the North half of the Northwest quarter, South 89°37' West 572.20 feet to the approximate centerline of the public roadway; thence along said public roadway centerline, South 22°39' East 1095.35 feet; thence North 89°37' East 188.05 feet to the North-South centerline of said Section 9 to the true point of beginning.

**COMMONLY KNOWN AS:** 300 Newt Gulch Road, Wilderville, OR 97543