Case Name:  COOK, Kenneth & Denise
T.S. No.:   10-104921
A.S.A.P.#:  3675820
County:     JOSEPHINE - Grants Pass, Front Entrance, Courthouse
Trustee:    Shapiro & Sutherland, LLC.

## Trustee's Sale

*Recvt no one present*

Date: Wednesday, January 5, 2011 at 11:00 A.M.

IN THE MATTER OF: Kenneth L. Cook and Denise M. Cook

This is a sale of the property commonly known as:   300 NEWT GULCH ROAD
                                                    WILDERVILLE OR 97543

to satisfy a non-judicial foreclosure of a Deed of Trust in which Kenneth L. Cook and Denise M. Cook, as Grantor to Regional Trustee Services, in favor of Beneficial Oregon Inc., as Beneficiary, dated 3/8/2007, recorded 3/12/2007, in official records of Josephine County, Oregon as instrument No. 2007-004995.

The property being sold has a legal description of:

See Attached Legal Description

The property is sold on an as-is basis, without representations or warranties of any nature, express or implied.

All bids must be net bids to the trustee and the purchaser at this sale must pay all costs of transfer, including title insurance, taxes and recording fees.

The beneficiary has submitted a written bid in the amount of $146,015.99. This is the minimum bid.

The successful bidder must immediately pay the final bid amount in cash or certified funds. A certified, official or cashier's check must be payable either to *Shapiro & Sutherland, LLC.* or payable to yourself individually. If payable to yourself, you must endorse the certified, official or cashier's check over to the trustee in my presence following the sale. Please note that no additional time will be granted to secure additional funds. You must have the bid amount with you or on your person at the time of making your bid.

The trustee will not issue the trustee's deed to the successful bidder until the trustee has:

A. Confirmed that beneficiary or its agents before the trustee's sale made no representations to grantor that the trustee's sale would be postponed or discontinued;

B. Confirmed that the subject loan was not satisfied or reinstated before the sale;

During the period between the sale and the trustee's decision whether to issue the trustee's deed, the high bid received by the trustee cannot be withdrawn. Please note that the act of bidding constitutes the bidder's acceptance of these terms of sale.

**BEFORE** I open the bidding, with the minimum bid of $146,015.99 for the property commonly known as 300 Newt Gulch Road, Wilderville OR 97543, I need to qualify, **IN ADVANCE**, any interested bidders.

*Exhibit "C"*

*(Qualify Bidders)*

- *(Announce the names of all interested parties, if any, who have been qualified to bid and request that anyone interested whose name or entity has not been announced needs to come forward immediately to be qualified; that otherwise, their bid will not be entertained)*

I now open the bidding with the minimum credit bid, on behalf of Beneficial Oregon Inc., in the amount of $ _146,015.99_

Are there any other bids?

I have a bid of $ _146,015.99_
Going once, going twice, going three times.

Sold to _Beneficiary_ for $ _146,015.99_

In the event this foreclosure has been stayed by bankruptcy an amended notice must be issued. If there are any interested parties present, who would like to be notified in such event, I will be happy to take your name and address.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, _Richard M Agatellif_, certify that I am over the age of eighteen years and not the beneficiary or its successor in interest named in the subject Deed of Trust. I further certify that I read the above Trustee's Sale script in its entirety at the prescribed time and place.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

DATED:  January 5, 2011 at _11:00_ O'clock _A_. M.

_____
Agent for Shapiro & Sutherland, LLC.        *(251582)*

Beginning at the West quarter corner of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon; thence North 89°36'45" East 2664.34 feet to the center of said Section; thence North 0°51'20" East 334.25 feet to the point of beginning; thence South 89°36'45" West 1332.17 feet to the West line of the East half of the Northwest quarter of said Section; thence North 00°49'30" East 500.46 feet; thence North 89°36'45" East 1332.17 feet to the North-South centerline of said Section; thence South 00°51'20" West 500.46 feet along said centerline to the true point of beginning. EXCEPTING THEREFROM any portion lying within the boundaries of a parcel of land in the Northwest quarter of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon, described as follows: beginning at the center point of said Section 9 and running North 0°21' East along the North-South centerline of said Section, 334.25 feet to the point of beginning; thence North 0°21' East along the North-South centerline of said Section, 1002.75 feet to the South line of the North half of the Northwest quarter of said Section; thence along said South line of the North half of the Northwest quarter, South 89°37' West 572.20 feet to the approximate centerline of the public roadway; thence along said public roadway centerline, South 22°39' East 1095.35 feet; thence North 89°37' East 188.05 feet to the North-South centerline of said Section 9 to the true point of beginning.

**COMMONLY KNOWN AS:** 300 Newt Gulch Road, Wilderville, OR 97543