1  Kelly D. Sutherland, OSB #87357
   ksutherland@logs.com
2  SHAPIRO & SUTHERLAND, LLC
   5501 N.E. 109th Court, Suite N
3  Vancouver, WA  98662
   Telephone: (360) 260-2253
4  Facsimile : (360) 260-2285
   Attorneys for Shapiro & Sutherland, LLC
5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE COUNTY OF JACKSON

10  DENISE and KENNETH COOK,            )
                                        )
11              Plaintiffs,             )   Case No. 10-cv-3121-PA
                                        )
12       vs.                            )   DECLARATION OF KELLY D.
                                        )   SUTHERLAND ON DEFENDANT'S
13  BENEFICIAL OREGON, INC. and         )   MOTION FOR SUMMARY
    SHAPIO & SUTHERLAND, LLC            )   JUDGMENT
14                                      )
                Defendants.             )
15  _____

16       I, Kelly D. Sutherland, am over the age of 18, under penalty of perjury, state as follows:

17       1.      I am a licensed Oregon attorney and Managing Partner in the Law Firm of

18  Defendant Shapiro & Sutherland, LLC, and in the normal course of my business I create and

19  maintain records for loans for which I am appointed trustee or successor trustee.  I am required

20
    to be and I am familiar with the manner in which those records are created and/or maintained.
21

22       2.      I am the Successor Trustee with respect to subject trust deed made by Kenneth L.

23  Cook and Denise M. Cook, as grantor to Regional Trustee Services, as trustee, in favor of Beneficial

24  Oregon Inc., as beneficiary, dated March 8, 2007, recorded March 12, 2007, in the mortgage records of

25

26

DECLARATION OF KELLY D. SUTHERLAND ON          SHAPIRO & SUTHERLAND, LLC
DEFENDANT'S MOTION FOR SUMMARY                  KELLY D. SUTHERLAND
JUDGMENT -1                                     5501 NE 109th Court, Suite N
                                                Vancouver, Washington 98662
                                                Telephone (360)260-2253
                                                Facsimile (360) 260-285
                                                ksutherland@logs.com

1    Josephine County, Oregon, as Instrument No. 2007-004995, as covering the following described real

2    property:

3    Beginning at the West quarter corner of Section 9, Township 37 South, Range 7 West of the
     Willamette Meridian, Josephine County, Oregon; thence North 89°36'45" East 2664.34 feet to the
4    center of said Section; thence North 0°51'20" East 334.25 feet to the point of beginning; thence
     South 89°36'45" West 1332.17 feet to the West line of the East half of the Northwest quarter of said
5    Section; thence North 00°49'30" East 500.46 feet; thence North 89°36'45" East 1332.17 feet to the
6    North-South centerline of said Section; thence South 00°51'20" West 500.46 feet along said
     centerline to the true point of beginning. EXCEPTING THEREFROM any portion lying within the
7    boundaries of a parcel of land in the Northwest quarter of Section 9, Township 37 South, Range 7
     West of the Willamette Meridian, Josephine County, Oregon, described as follows: beginning at the
8    center point of said Section 9 and running North 0°21' East along the North-South centerline of said
     Section, 334.25 feet to the point of beginning; thence North 0°21' East along the North-South
9    centerline of said Section, 1002.75 feet to the South line of the North half of the Northwest quarter of
     said Section; thence along said South line of the North half of the Northwest quarter, South 89°37'
10   West 572.20 feet to the approximate centerline of the public roadway; thence along said public
     roadway centerline, South 22°39' East 1095.35 feet; thence North 89°37' East 188.05 feet to the
11   North-South centerline of said Section 9 to the true point of beginning.

12

          And property commonly known as 300 Newt Gulch Road, Wilderville, OR 97543

13

   (the "Property").

14

15        3.      Kenneth L. Cook and Denise M. Cook, the grantors of the Deed of Trust,

16   breached the terms of the Note and Deed of Trust by their failure to make the monthly payments

17   on the Note and Deed of Trust. Therefore, the Note and Deed of Trust were in default. As a

18   result, our office was asked to conduct a non-judicial foreclosure of the Trust Deed.

19

20        4      I was appointed Successor Trustee by Beneficial Oregon, Inc. A true copy of

21   the recorded Substitution of Trustee is attached as Exhibit "A" and by this reference

22   incorporated herein.

23       5. At the request of the beneficiary I recorded a Notice of Default and Intent to Sell,

24   establishing the Trustee's Sale date for December 2, 2010. A true copy of that recorded

25   instrument is attached as Exhibit "B" and by this reference incorporated herein.

26

DECLARATION OF KELLY D. SUTHERLAND ON
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT -2

SHAPIRO & SUTHERLAND, LLC
KELLY D. SUTHERLAND
5501 NE 109th Court, Suite N
Vancouver, Washington 98662
Telephone (360)260-2253
Facsimile (360) 260-285
ksutherland@logs.com

6. As detailed in the Trustee's Affidavit as to Compliance to ORS 86.737, I served the "Danger Notice" required under ORS 86.737 to the Plaintiffs and occupant, by certified mail, return receipt requested, and first class mail on July 28, 2010. A true and accurate copy of the Trustee's Affidavit of Compliance is included in the Affidavit Package is attached hereto as Exhibit "C."

6. As detailed in the Affidavit of Mailing of Notice of Sale, pursuant to ORS 86.740(1)(a), I served the Notice of Sale to Plaintiffs by certified mail, return receipt requested, and first class mail on July 30, 2010. A true and accurate copy of the Affidavit of Mailing is included in the Affidavit Package is attached hereto as Exhibit "C."

7. As detailed in the Affidavit of Mailing and Affidavit of Posting, pursuant to ORS 86.750, process servers, acting on behalf of the Successor Trustee, attempted to personally serve the Occupants twice, posting the Notice of Sale at the Property once on July 31, 2010 and personally served Keneth Cook on August 3, 2010. A true and accurate copy of the Affidavit of Service is included in the Affidavit Package is attached hereto as Exhibit "C."

8. As authorized by ORS 86.755(2), I postponed the Trustee's Sale scheduled for December 2, 2010 to December 17, 2010. Said sale was postponed by public proclamation by my authorized agent. The Trustee's sale scheduled for December 17, 2010 was postponed by public proclamation by my authorized agent to January 5, 2011. True and accurate copies of the Certificate of Postponement for each sale are attached hereto as Exhibit "D".

9. On January 5, 2011, the Trustee's Sale was held and Beneficial Oregon, Inc. was the successful bidder with a credit bid of $146,015.99. On January 11, 2011, our office delivered the Trustee's Deed conveying the Property to Beneficial Oregon, Inc. True and

DECLARATION OF KELLY D. SUTHERLAND ON
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT -3

SHAPIRO & SUTHERLAND, LLC
KELLY D. SUTHERLAND
5501 NE 109th Court, Suite N
Vancouver, Washington 98662
Telephone (360)260-2253
Facsimile (360) 260-285
ksutherland@logs.com

1    accurate copies the Certificate of Sale at Public Auction and the recorded Trustee's Deed are

2    attached hereto as Exhibit "E" and "F".

3        I have substantial experience in the conduct of non-judicial foreclosures of residential

4    real property in Oregon, and the foreclosure and sale were in all respects conducted in

5    

6    accordance with Oregon law.

7        **I hereby declare that the above statement is true to the best of my knowledge**

8    **and belief, and that I understand it is made for use as evidence in court and is subject to**

9    **penalty of perjury.**

10       DATED this 5th day of March, 2011

11

12

13                          Kelly D. Sutherland, OSB 873575

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF KELLY D. SUTHERLAND ON
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT -4

SHAPIRO & SUTHERLAND, LLC
KELLY D. SUTHERLAND
5501 NE 109th Court, Suite N
Vancouver, Washington 98662
Telephone (360)260-2253
Facsimile (360) 260-285
ksutherland@logs.com