After Recording Return to:
Shapiro & Sutherland, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
S&S #10-104921

JOSEPHINE COUNTY OFFICIAL RECORDS
ART HARVEY, COUNTY CLERK
**2010-009268**
MTG-STR
Cnt=1 Pgs=1 Stn=1 JEDWARDS 07/27/2010 12:43 PM
$5.00 $11.00 $15.00 $8.00 $5.00    Total:$44.00



00253912201000092680010014

I, Art Harvey, County Clerk, certify that the within document was received and duly recorded in the official records of Josephine County.

## SUBSTITUTION OF TRUSTEE

WHEREAS, the undersigned desires to substitute a new Trustee under the Following described Trust Deed in the place and stead of the present Trustee thereunder, and

WHEREAS, Kenneth L. Cook and Denise M. Cook, was the original grantor, Beneficial Oregon Inc. was the original beneficiary, and Regional Trustee Services was the original trustee, and the trust deed is dated March 8, 2007, and was recorded March 12, 2007, Instrument No. 2007-004995, in the official records of Josephine County, Oregon and

WHEREAS, the undersigned is the present Beneficiary under the Trust Deed.

NOW, THEREFORE, the undersigned hereby substitutes KELLY D. SUTHERLAND, SHAPIRO & SUTHERLAND, LLC, 5501 N.E. 109th Court, Suite N, Vancouver, WA 98662, as Trustee under said Trust Deed.

Date: 7/20/10

Beneficial Oregon Inc.

NAME Maria Vadney
TITLE VP

STATE OF Florida ) SS.
COUNTY OF Hillsborough )

On this 20 day of July, 2010, before me the undersigned a Notary Public appeared Maria Vadney, personally known to me or proved to me on the basis of satisfactory evidence to be the VP of Beneficial Oregon Inc., the corporation that executed the within instrument, also known to me to be the person who executed the within instrument on behalf of the corporation therein named, and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my official seal, the date first hereinabove written.

Donna Halez
Notary Public for State indicated above
My commission expires: 5/17/2014

[Notary Seal: DONNA HALERZ, MY COMMISSION EXPIRES May 17, 2014, #DD 992612, NOTARY PUBLIC, STATE OF FLORIDA]

Exhibit "A"