AFTER RECORDING RETURN TO:
Shapiro & Sutherland, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
10-104921



JOSEPHINE COUNTY OFFICIAL RECORDS
ART HARVEY, COUNTY CLERK  **2010-016491**
MTG-AMN
Cnt=1 Pgs=39 Stn=2 RHENKELS 12/15/2010 03:15 PM
$195.00 $11.00 $15.00 $8.00 $5.00        Total:$234.00

0026256320100016491 0390392

I, Art Harvey, County Clerk, certify that the within document
was received and duly recorded in the official records of
Josephine County.

## OREGON
## AFFIDAVIT OF MAILING OF NOTICE OF SALE

I, Kelly D. Sutherland, say and certify that:
I was and now am a resident of the State of Oregon, a competent person over the age of eighteen
years and not the beneficiary or the successor in interest named in the Trust Deed described in
the attached Notice of Sale.

I have given notice of sale of the real property described in the attached Notice of Sale by
mailing a copy of the notice by registered or certified mail, return receipt requested, and first
class mail to each of the following named persons at their last known addresses, to-wit:

Denise M. Cook
300 Newt Gulch Road
Wilderville, OR 97543

Denise M. Cook
139 Runny Meade Ests.
O'Fallon, MO 63366

Kenneth L. Cook
300 Newt Gulch Road
Wilderville, OR 97543

Kenneth L. Cook
139 Runny Meade Ests.
O'Fallon, MO 63366

The persons mailed to include the grantor in the trust deed, any successor in interest to the
grantor whose interest appears of record or whose interest the trustee or the beneficiary has
actual notice and any person requesting notice as provided in ORS 86.785 and all junior lien
holders as provided in ORS 86.740.

Each of the notices so mailed was certified to be a true copy of the original Notice of Sale by
Kelly D. Sutherland, Shapiro & Sutherland, LLC, the trustee named in said notice; each copy
was mailed in a sealed envelope, with postage prepaid, and was deposited by me in the United
States post office at Vancouver, Washington, on July 30, 2010. Each notice was mailed after the
date that the Notice of Default and Election to Sell described in said Notice of Sale was recorded
which was at least 120 days before the day of the trustee sale.

Exhibit "C"

As used herein, the singular includes the plural, trustee includes successor trustee, and person includes corporation and any other legal or commercial entity.

_____
Kelly D. Sutherland

State of Washington )
)
County of Clark )

On this 14 day of December, in the year 2010, before me the undersigned, a Notary Public in and for said County and State, personally appeared Kelly D. Sutherland personally known to me to be the person whose name is subscribed to this instrument and acknowledged that he executed.

Witness my hand and official seal

_____
Notary Public
My Commission Expires: 10/29/12

MELISSA MARIE COR__
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
OCTOBER 29, 2012

3

AFTER RECORDING RETURN TO:
Shapiro & Sutherland, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
10-104921


OREGON
AFFIDAVIT OF MAILING OF NOTICE OF SALE


I, Kelly D. Sutherland, say and certify that:
I was and now am a resident of the State of Oregon, a competent person over the age of eighteen years and not the beneficiary or the successor in interest named in the Trust Deed described in the attached Notice of Sale.

I have given notice of sale of the real property described in the attached Notice of Sale by mailing a copy of the notice by registered or certified mail, return receipt requested, and first class mail to each of the following named persons at their last known addresses, to-wit:

| | | |
|---|---|---|
| Capital One Bank<br>4851 Cox Road<br>Glen Allen, VA 23060 | Southern Oregon Credit<br>Service, Inc.<br>R/A: Linda Collins<br>841 Stewart Avenue, Ste 11<br>Medford, OR 97501 | Derrick E. McGavic, Esq.<br>Law Offices of Derrick E.<br>McGavic<br>1666 West 12th Avenue<br>Eugene, OR 97440 |
| Southern Oregon Credit<br>Service<br>P.O. Box 4070<br>Medford, OR 97501 | Southern Oregon Credit<br>Service<br>C/O Matthew Sutton<br>205 Crater Lake Ave<br>Medford, OR 97504 | Derrick E. McGavic, Esq.<br>Law Offices of Derrick E.<br>McGavic<br>P.O. Box 10163<br>Eugene, OR 97440 |
| Southern Oregon Credit<br>Service, Inc.<br>841 Stewart Avenue, Ste #11<br>Medford, OR 97501 | | |


The persons mailed to include the grantor in the trust deed, any successor in interest to the grantor whose interest appears of record or whose interest the trustee or the beneficiary has actual notice and any person requesting notice as provided in ORS 86.785 and all junior lien holders as provided in ORS 86.740.

4

Each of the notices so mailed was certified to be a true copy of the original Notice of Sale by Kelly D. Sutherland, Shapiro & Sutherland, LLC, the trustee named in said notice; each copy was mailed in a sealed envelope, with postage prepaid, and was deposited by me in the United States post office at Vancouver, Washington, on August 2, 2010.  Each notice was mailed after the date that the Notice of Default and Election to Sell described in said Notice of Sale was recorded which was at least 120 days before the day of the trustee sale.

As used herein, the singular includes the plural, trustee includes successor trustee, and person includes corporation and any other legal or commercial entity.

Kelly D. Sutherland

State of Washington        )
                           )
County of Clark            )

On this 14 day of December, in the year 2010, before me the undersigned, a Notary Public in and for said County and State, personally appeared Kelly D. Sutherland personally known to me to be the person whose name is subscribed to this instrument and acknowledged that he executed.

Witness my hand and official seal

Notary Public
My Commission Expires: 10/29/12

MELISSA MARIE COX
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
OCTOBER 29, 2012

5

10-104921

# TRUSTEE'S NOTICE OF SALE

A default has occurred under the terms of a trust deed made by Kenneth L. Cook and Denise M. Cook, as grantor to Regional Trustee Services, as Trustee, in favor of Beneficial Oregon Inc., as Beneficiary, dated March 8, 2007, recorded March 12, 2007, in the mortgage records of Josephine County, Oregon, as Instrument No. 2007-004995, as covering the following described real property:

Beginning at the West quarter corner of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon; thence North 89°36'45" East 2664.34 feet to the center of said Section; thence North 0°51'20" East 334.25 feet to the point of beginning; thence South 89°36'45" West 1332.17 feet to the West line of the East half of the Northwest quarter of said Section; thence North 00°49'30" East 500.46 feet; thence North 89°36'45" East 1332.17 feet to the North-South centerline of said Section; thence South 00°51'20" West 500.46 feet along said centerline to the true point of beginning. EXCEPTING THEREFROM any portion lying within the boundaries of a parcel of land in the Northwest quarter of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon, described as follows: beginning at the center point of said Section 9 and running North 0°21' East along the North-South centerline of said Section, 334.25 feet to the point of beginning; thence North 0°21' East along the North-South centerline of said Section, 1002.75 feet to the South line of the North half of the Northwest quarter of said Section; thence along said South line of the North half of the Northwest quarter, South 89°37' West 572.20 feet to the approximate centerline of the public roadway; thence along said public roadway centerline, South 22°39' East 1095.35 feet; thence North 89°37' East 188.05 feet to the North-South centerline of said Section 9 to the true point of beginning.

**COMMONLY KNOWN AS:** 300 Newt Gulch Road, Wilderville, OR 97543

Both the beneficiary and the trustee have elected to sell the said real property to satisfy the obligations secured by said trust deed and a notice of default has been recorded pursuant to Oregon Revised Statutes 86.735(3); the default for which the foreclosure is made is grantor's failure to pay when due the following sums:

Monthly payments in the sum of $1,627.74, from December 13, 2009, together with all costs, disbursements, and/or fees incurred or paid by the beneficiary and/or trustee, their employees, agents or assigns.

By reason of said default the beneficiary has declared all sums owing on the obligation that the trust deed secures immediately due and payable, said sum being the following, to-wit:

$206,552.57, together with interest thereon at the rate of 8.55% per annum from November 13, 2009, together with all costs, disbursements, and/or fees incurred or paid by the beneficiary and/or trustee, their employees, agents or assigns.

WHEREFORE, notice hereby is given that the undersigned trustee will on December 2, 2010, at the hour of 11:00 AM PT, in accord with the standard time established by ORS 187.110, at the main entrance of the Josephine County Courthouse, located at 500 N.W. 6th Street, in the City of Grants Pass, County of Josephine, State of Oregon, sell at public auction to the highest bidder for cash the interest in the said described real property which the grantor has or had power to convey at the time of the execution of said trust deed, together with any interest which the grantor or his successors in interest acquired after



the execution of said trust deed, to satisfy the foregoing obligations thereby secured and the costs and expenses of sale, including a reasonable charge by the trustee. Notice is further given to any person named in ORS 86.753 that the right exists, at any time that is not later than five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the trust deed reinstated by paying to the beneficiary the entire amount due (other than such portion of the principal as would not then be due had no default occurred) and by curing any other default complained of herein that is capable of being cured by tendering the performance required under the obligations or trust deed, and in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and trust deed, together with trustee's fees and attorney's fees not exceeding the amounts provided by said ORS 86.753.

In construing this notice, the masculine gender includes the feminine and the neuter, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said trust deed, and the words "trustee" and "beneficiary" include their respective successors in interest, if any.

Also, please be advised that pursuant to the terms stated on the Deed of Trust and Note, the beneficiary is allowed to conduct property inspections while property is in default. This shall serve as notice that the beneficiary shall be conducting property inspections on the said referenced property.

**********************************************************************

### NOTICE TO RESIDENTIAL TENANTS

The property in which you are living is in foreclosure. A foreclosure sale is scheduled for December 2, 2010. Unless the lender who is foreclosing on this property is paid, the foreclosure will go through and someone new will own this property. The following information applies to you only if you occupy and rent this property as a residential dwelling under a legitimate rental agreement. The information does not apply to you if you own this property or if you are not a residential tenant. If the foreclosure goes through, the business or individual who buys this property at the foreclosure sale has the right to require you to move out. The buyer must first give you an eviction notice in writing that specifies the date by which you must move out. The buyer may not give you this notice until after the foreclosure sale happens. If you do not leave before the move-out date, the buyer can have the sheriff remove you from the property after a court hearing. You will receive notice of the court hearing.

### FEDERAL LAW REQUIRES YOU TO BE NOTIFIED

IF YOU ARE OCCUPYING AND RENTING THIS PROPERTY AS A RESIDENTIAL DWELLING UNDER A LEGITIMATE RENTAL AGREEMENT, FEDERAL LAW REQUIRES THE BUYER TO GIVE YOU NOTICE IN WRITING A CERTAIN NUMBER OF DAYS BEFORE THE BUYER CAN REQUIRE YOU TO MOVE OUT. THE FEDERAL LAW THAT REQUIRES THE BUYER TO GIVE YOU THIS NOTICE IS EFFECTIVE UNTIL DECEMBER 31, 2012.

Under federal law, the buyer must give you at least 90 days' notice in writing before requiring you to move out. If you are renting this property under a fixed-term lease (for example, a six- month or one-year lease), you may stay until the end of your lease term. If the buyer wants to move in and use this property as the buyer's primary residence, the buyer can give you written notice and require you to move out after 90 days, even if you have a fixed-term lease with more than 90 days left.

### STATE LAW NOTIFICATION REQUIREMENTS

IF THE FEDERAL LAW DOES NOT APPLY, STATE LAW STILL REQUIRES THE BUYER TO GIVE YOU NOTICE IN WRITING BEFORE REQUIRING YOU TO MOVE OUT IF YOU ARE OCCUPYING AND RENTING THE PROPERTY AS A TENANT IN GOOD FAITH. EVEN IF THE FEDERAL LAW REQUIREMENT IS NO LONGER EFFECTIVE AFTER DECEMBER 31, 2012, THE REQUIREMENT UNDER STATE LAW STILL APPLIES TO YOUR SITUATION.

Under state law, if you have a fixed-term lease (for example, a six-month or one-year lease), the buyer must give you at least 60 days' notice in writing before requiring you to move out. If the buyer wants to move in and use this property as the buyer's primary residence, the buyer can give you written notice and require you to move out after 30 days, even if you have a fixed-term lease with more than 30 days left. If you are renting under a month-to-month or week-to-week rental agreement, the buyer must give you at least 30 days' notice in writing before requiring you to move out.

IMPORTANT: For the buyer to be required to give you notice under state law, you must prove to the business or individual who is handling the foreclosure sale that you are occupying and renting this property as a residential dwelling under a legitimate rental agreement. The name and address of the business or individual who is handling the foreclosure sale is shown on this notice under the heading 'TRUSTEE.' You must mail or deliver your proof not later than November 2, 2010 (30 days before the date first set for the foreclosure sale). Your proof must be in writing and should be a copy of your rental agreement or lease. If you do not have a written rental agreement or lease, you can provide other proof, such as receipts for rent you paid.

## ABOUT YOUR SECURITY DEPOSIT

Under state law, you may apply your security deposit and any rent you paid in advance against the current rent you owe your landlord. To do this, you must notify your landlord in writing that you want to subtract the amount of your security deposit or prepaid rent from your rent payment. You may do this only for the rent you owe your current landlord. If you do this, you must do so before the foreclosure sale. The business or individual who buys this property at the foreclosure sale is not responsible to you for any deposit or prepaid rent you paid to your landlord.

## ABOUT YOUR TENANCY AFTER THE FORECLOSURE SALE

The business or individual who buys this property at the foreclosure sale may be willing to allow you to stay as a tenant instead of requiring you to move out. You should contact the buyer to discuss that possibility if you would like to stay. Under state law, if the buyer accepts rent from you, signs a new residential rental agreement with you or does not notify you in writing within 30 days after the date of the foreclosure sale that you must move out, the buyer becomes your new landlord and must maintain the property. Otherwise, the buyer is not your landlord and is not responsible for maintaining the property on your behalf and you must move out by the date the buyer specifies in a notice to you.

YOU SHOULD CONTINUE TO PAY RENT TO YOUR LANDLORD UNTIL THE PROPERTY IS SOLD TO ANOTHER BUSINESS OR INDIVIDUAL OR UNTIL A COURT OR A LENDER TELLS YOU OTHERWISE. IF YOU DO NOT PAY RENT, YOU CAN BE EVICTED. AS EXPLAINED ABOVE, YOU MAY BE ABLE TO APPLY A DEPOSIT YOU MADE OR PREPAID RENT YOU PAID AGAINST YOUR CURRENT RENT OBLIGATION. BE SURE TO KEEP PROOF OF ANY PAYMENTS YOU MAKE AND OF ANY NOTICE YOU GIVE OR RECEIVE CONCERNING THE APPLICATION OF YOUR DEPOSIT OR YOUR PREPAID RENT.



IT IS UNLAWFUL FOR ANY PERSON TO TRY TO FORCE YOU TO LEAVE YOUR HOME WITHOUT FIRST GOING TO COURT TO EVICT YOU. FOR MORE INFORMATION ABOUT YOUR RIGHTS, YOU MAY WISH TO CONSULT A LAWYER.

If you believe you need legal assistance, contact the Oregon State Bar and ask for the lawyer referral service. Contact information for the Oregon State Bar is included with this notice. If you do not have enough money to pay a lawyer and are otherwise eligible, you may be able to receive legal assistance for free. Information about whom to contact for free legal assistance is included with this notice.

OREGON STATE BAR, 16037 S.W. Upper Boones Ferry Road, Tigard, Oregon 97224, Phone (503) 620-0222, Toll-free 1-800-452-8260 Website:   http://www.osbar.org

Directory of Legal Aid Programs:   http://www.oregonlawhelp.org

*******************************************************************************

The Fair Debt Collection Practice Act requires that we state the following: This is an attempt to collect a debt, and any information obtained will be used for that purpose. If a discharge has been obtained by any party through bankruptcy proceedings:   This shall not be construed to be an attempt to collect the outstanding indebtedness or hold you personally liable for the debt.

Dated:   7/29/2010                                    By

                                                **KELLY D. SUTHERLAND**
                                                Successor Trustee
                                                SHAPIRO & SUTHERLAND, LLC
       5501 N.E. 109th Court, Suite N
       Vancouver, WA  98662
       www.shapiroattorneys.com/wa
       Telephone: (360) 260-2253
       Toll-free:  1-800-970-5647
       S&S 10-104921

      I, the undersigned certify that the foregoing instrument is a complete and exact copy of the original Trustee's Notice of Sale

10104921 / COOK
ASAP# 3675820

**SHAPOR**

# AFFIDAVIT OF SERVICE

STATE OF OREGON
County of Jackson                    ss.

I, June Perez, hereby certify and swear that at all times herein mentioned I was and now am a competent person 18 years of age or older and a resident of the state wherein the service hereinafter set forth was made; that I am not the beneficiary or trustee named in the original trustee's Notice of Sale attached hereto, not the successor of either, nor an officer, director, employee of or attorney for the beneficiary, trustee, or successor of either, corporate or otherwise.

I made service of the attached original Trustee's Notice of Sale upon the individuals and/or entities named below, by delivering a copy of the aforementioned documents, upon an **OCCUPANT** at the following **"Property Address"**:

**300 Newt Gulch Road**
**Wilderville, OR 97543**

By delivering such copy, personally and in person to **Keneth Cook**, at the above Property Address on August 03, 2010 at 3:05 PM.

On 07/31/2010 at 6:20 PM, I attempted personal service at the Property Address. I received no answer at the front door and no one appeared to be home. At that time, I POSTED such true copy conspicuously on the front door, pursuant to ORS 86.750 (1)(b)(A).

The effective date of service upon an occupant at the Property Address is **07/31/2010** as calculated pursuant to ORS 86.750 (1)(c).

I declare under the penalty of perjury that the above statement is true and correct.


SUBSCRIBED AND SWORN BEFORE ME
this 6th day of August , 20 10
by June Perez.

Notary Public for Oregon

X _June Perez_
June Perez
Nationwide Process Service, Inc.
420 Century Tower
1201 SW 12th Avenue
Portland, OR 97205
(503) 241-0636

OFFICIAL SEAL
BRANDON FENDER
NOTARY PUBLIC-OREGON
COMMISSION NO. 432948
MY COMMISSION EXPIRES SEP 28, 2012

*238549*

10

10-104921

# TRUSTEE'S NOTICE OF SALE

A default has occurred under the terms of a trust deed made by Kenneth L. Cook and Denise M. Cook, as grantor to Regional Trustee Services, as Trustee, in favor of Beneficial Oregon Inc., as Beneficiary, dated March 8, 2007, recorded March 12, 2007, in the mortgage records of Josephine County, Oregon, as Instrument No. 2007-004995, as covering the following described real property:

Beginning at the West quarter corner of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon; thence North 89°36'45" East 2664.34 feet to the center of said Section; thence North 0°51'20" East 334.25 feet to the point of beginning; thence South 89°36'45" West 1332.17 feet to the West line of the East half of the Northwest quarter of said Section; thence North 00°49'30" East 500.46 feet; thence North 89°36'45" East 1332.17 feet to the North-South centerline of said Section; thence South 00°51'20" West 500.46 feet along said centerline to the true point of beginning. EXCEPTING THEREFROM any portion lying within the boundaries of a parcel of land in the Northwest quarter of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon, described as follows: beginning at the center point of said Section 9 and running North 0°21' East along the North-South centerline of said Section, 334.25 feet to the point of beginning; thence North 0°21' East along the North-South centerline of said Section, 1002.75 feet to the South line of the North half of the Northwest quarter of said Section; thence along said South line of the North half of the Northwest quarter, South 89°37' West 572.20 feet to the approximate centerline of the public roadway; thence along said public roadway centerline, South 22°39' East 1095.35 feet; thence North 89°37' East 188.05 feet to the North-South centerline of said Section 9 to the true point of beginning.

**COMMONLY KNOWN AS:** 300 Newt Gulch Road, Wilderville, OR 97543

Both the beneficiary and the trustee have elected to sell the said real property to satisfy the obligations secured by said trust deed and a notice of default has been recorded pursuant to Oregon Revised Statutes 86.735(3); the default for which the foreclosure is made is grantor's failure to pay when due the following sums:

Monthly payments in the sum of $1,627.74, from December 13, 2009, together with all costs, disbursements, and/or fees incurred or paid by the beneficiary and/or trustee, their employees, agents or assigns.

By reason of said default the beneficiary has declared all sums owing on the obligation that the trust deed secures immediately due and payable, said sum being the following, to-wit:

$206,552.57, together with interest thereon at the rate of 8.55% per annum from November 13, 2009, together with all costs, disbursements, and/or fees incurred or paid by the beneficiary and/or trustee, their employees, agents or assigns.

WHEREFORE, notice hereby is given that the undersigned trustee will on December 2, 2010, at the hour of 11:00 AM PT, in accord with the standard time established by ORS 187.110, at the main entrance of the Josephine County Courthouse, located at 500 N.W. 6th Street, in the City of Grants Pass, County of Josephine, State of Oregon, sell at public auction to the highest bidder for cash the interest in the said described real property which the grantor has or had power to convey at the time of the execution of said trust deed, together with any interest which the grantor or his successors in interest acquired after



the execution of said trust deed, to satisfy the foregoing obligations thereby secured and the costs and expenses of sale, including a reasonable charge by the trustee. Notice is further given to any person named in ORS 86.753 that the right exists, at any time that is not later than five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the trust deed reinstated by paying to the beneficiary of the entire amount due (other than such portion of the principal as would not then be due had no default occurred) and by curing any other default complained of herein that is capable of being cured by tendering the performance required under the obligations or trust deed, and in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and trust deed, together with trustee's fees and attorney's fees not exceeding the amounts provided by said ORS 86.753.

In construing this notice, the masculine gender includes the feminine and the neuter, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said trust deed, and the words "trustee" and "beneficiary" include their respective successors in interest, if any.

Also, please be advised that pursuant to the terms stated on the Deed of Trust and Note, the beneficiary is allowed to conduct property inspections while property is in default. This shall serve as notice that the beneficiary shall be conducting property inspections on the said referenced property.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE TO RESIDENTIAL TENANTS

The property in which you are living is in foreclosure. A foreclosure sale is scheduled for December 2, 2010. Unless the lender who is foreclosing on this property is paid, the foreclosure will go through and someone new will own this property. The following information applies to you only if you occupy and rent this property as a residential dwelling under a legitimate rental agreement. The information does not apply to you if you own this property or if you are not a residential tenant. If the foreclosure goes through, the business or individual who buys this property at the foreclosure sale has the right to require you to move out. The buyer must first give you an eviction notice in writing that specifies the date by which you must move out. The buyer may not give you this notice until after the foreclosure sale happens. If you do not leave before the move-out date, the buyer can have the sheriff remove you from the property after a court hearing. You will receive notice of the court hearing.

### FEDERAL LAW REQUIRES YOU TO BE NOTIFIED

IF YOU ARE OCCUPYING AND RENTING THIS PROPERTY AS A RESIDENTIAL DWELLING UNDER A LEGITIMATE RENTAL AGREEMENT, FEDERAL LAW REQUIRES THE BUYER TO GIVE YOU NOTICE IN WRITING A CERTAIN NUMBER OF DAYS BEFORE THE BUYER CAN REQUIRE YOU TO MOVE OUT. THE FEDERAL LAW THAT REQUIRES THE BUYER TO GIVE YOU THIS NOTICE IS EFFECTIVE UNTIL DECEMBER 31, 2012.

Under federal law, the buyer must give you at least 90 days' notice in writing before requiring you to move out. If you are renting this property under a fixed-term lease (for example, a six- month or one-year lease), you may stay until the end of your lease term. If the buyer wants to move in and use this property as the buyer's primary residence, the buyer can give you written notice and require you to move out after 90 days, even if you have a fixed-term lease with more than 90 days left.

### STATE LAW NOTIFICATION REQUIREMENTS



12

IF THE FEDERAL LAW DOES NOT APPLY, STATE LAW STILL REQUIRES THE BUYER TO GIVE YOU NOTICE IN WRITING BEFORE REQUIRING YOU TO MOVE OUT IF YOU ARE OCCUPYING AND RENTING THE PROPERTY AS A TENANT IN GOOD FAITH. EVEN IF THE FEDERAL LAW REQUIREMENT IS NO LONGER EFFECTIVE AFTER DECEMBER 31, 2012, THE REQUIREMENT UNDER STATE LAW STILL APPLIES TO YOUR SITUATION.

Under state law, if you have a fixed-term lease (for example, a six-month or one-year lease), the buyer must give you at least 60 days' notice in writing before requiring you to move out. If the buyer wants to move in and use this property as the buyer's primary residence, the buyer can give you written notice and require you to move out after 30 days, even if you have a fixed-term lease with more than 30 days left. If you are renting under a month-to-month or week-to-week rental agreement, the buyer must give you at least 30 days' notice in writing before requiring you to move out.

IMPORTANT: For the buyer to be required to give you notice under state law, you must prove to the business or individual who is handling the foreclosure sale that you are occupying and renting this property as a residential dwelling under a legitimate rental agreement. The name and address of the business or individual who is handling the foreclosure sale is shown on this notice under the heading 'TRUSTEE.' You must mail or deliver your proof not later than November 2, 2010 (30 days before the date first set for the foreclosure sale). Your proof must be in writing and should be a copy of your rental agreement or lease. If you do not have a written rental agreement or lease, you can provide other proof, such as receipts for rent you paid.

## ABOUT YOUR SECURITY DEPOSIT

Under state law, you may apply your security deposit and any rent you paid in advance against the current rent you owe your landlord. To do this, you must notify your landlord in writing that you want to subtract the amount of your security deposit or prepaid rent from your rent payment. You may do this only for the rent you owe your current landlord. If you do this, you must do so before the foreclosure sale. The business or individual who buys this property at the foreclosure sale is not responsible to you for any deposit or prepaid rent you paid to your landlord.

## ABOUT YOUR TENANCY AFTER THE FORECLOSURE SALE

The business or individual who buys this property at the foreclosure sale may be willing to allow you to stay as a tenant instead of requiring you to move out. You should contact the buyer to discuss that possibility if you would like to stay. Under state law, if the buyer accepts rent from you, signs a new residential rental agreement with you or does not notify you in writing within 30 days after the date of the foreclosure sale that you must move out, the buyer becomes your new landlord and must maintain the property. Otherwise, the buyer is not your landlord and is not responsible for maintaining the property on your behalf and you must move out by the date the buyer specifies in a notice to you.

YOU SHOULD CONTINUE TO PAY RENT TO YOUR LANDLORD UNTIL THE PROPERTY IS SOLD TO ANOTHER BUSINESS OR INDIVIDUAL OR UNTIL A COURT OR A LENDER TELLS YOU OTHERWISE. IF YOU DO NOT PAY RENT, YOU CAN BE EVICTED. AS EXPLAINED ABOVE, YOU MAY BE ABLE TO APPLY A DEPOSIT YOU MADE OR PREPAID RENT YOU PAID AGAINST YOUR CURRENT RENT OBLIGATION. BE SURE TO KEEP PROOF OF ANY PAYMENTS YOU MAKE AND OF ANY NOTICE YOU GIVE OR RECEIVE CONCERNING THE APPLICATION OF YOUR DEPOSIT OR YOUR PREPAID RENT.

13

IT IS UNLAWFUL FOR ANY PERSON TO TRY TO FORCE YOU TO LEAVE YOUR HOME WITHOUT FIRST GOING TO COURT TO EVICT YOU. FOR MORE INFORMATION ABOUT YOUR RIGHTS, YOU MAY WISH TO CONSULT A LAWYER.

If you believe you need legal assistance, contact the Oregon State Bar and ask for the lawyer referral service. Contact information for the Oregon State Bar is included with this notice. If you do not have enough money to pay a lawyer and are otherwise eligible, you may be able to receive legal assistance for free. Information about whom to contact for free legal assistance is included with this notice.

OREGON STATE BAR, 16037 S.W. Upper Boones Ferry Road, Tigard, Oregon 97224, Phone (503) 620-0222, Toll-free 1-800-452-8260 Website:   http://www.osbar.org

Directory of Legal Aid Programs:   http://www.oregonlawhelp.org

*****************************************************************************************

The Fair Debt Collection Practice Act requires that we state the following: This is an attempt to collect a debt, and any information obtained will be used for that purpose. If a discharge has been obtained by any party through bankruptcy proceedings:   This shall not be construed to be an attempt to collect the outstanding indebtedness or hold you personally liable for the debt.

Dated: _____7-29-2010_____          By: _____

                                        **KELLY D. SUTHERLAND**
                                        Successor Trustee
                                        SHAPIRO & SUTHERLAND, LLC
                                        5501 N.E. 109th Court, Suite N
                                        Vancouver, WA  98662
                                        www.shapiroattorneys.com/wa
                                        Telephone: (360) 260-2253
                                        Toll-free:  1-800-970-5647
                                        S&S 10-104921

        I, the undersigned certify that the foregoing instrument is a complete and exact copy of the original Trustee's Notice of Sale

                                        _____

14

Grants Pass

# Daily Courier

P.O. Box 1468, 409 S.E. 7th Street • Grants Pass, Oregon  97528

# AFFIDAVIT OF PUBLICATION

State of Oregon          )
                                      )   ss.
County of Josephine  )

I, Tamara Stuebing, being first duly sworn, depose and say that I am the manager of Courier Publishing Co., printer of the Grants Pass Daily Courier, a newspaper of general circulation, as defined by ORS 193.010 and 193.020; printed and published at Grants Pass, in the aforesaid county and state; that the LEGAL NOTICE, a printed copy of which is herein enclosed, was published in the entire issue of said paper, for four insertions, on the following dates:

**September 8, 2010; September 15, 2010; September 22, 2010; September 29, 2010.**

Subscribed and sworn to before me this twenty-ninth day of September, 2010.

_____

Notary Public of Oregon

My commission expires the thirteenth day of April, 2011.

218119

OFFICIAL SEAL
CHRISTINE CRAINE
NOTARY PUBLIC · OREGON
COMMISSION NO. 413850
MY COMMISSION EXPIRES APRIL 13, 2011



OFFICIAL SEAL
CHRISTINE CRAINE
NOTARY PUBLIC · OREGON
COMMISSION NO. 413850
MY COMMISSION EXPIRES APRIL 13, 2011

15

**LEGAL NOTICE**

### OREGON TRUSTEE'S NOTICE OF SALE
### 10-104921

A default has occurred under the terms of a Trust Deed made by Kenneth L. Cook and Denise M. Cook, as Grantor to Regional Trustee Services, as Trustee, in favor of Beneficial Oregon Inc., as Beneficiary, dated March 8, 2007, recorded March 12, 2007, in the mortgage records of Josephine County, Oregon, as Instrument No. 2007-004995; as covering the following described real property:

Beginning at the West quarter corner of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon; thence North 89°36'45" East 2664.34 feet to the center of said Section; thence North 0°51'20" East 334.25 feet to the point of beginning; thence South 89°36'45" West 1332.17 feet to the West line of the East half of the Northwest quarter of said Section; thence North 00°49'30" East 500.46 feet; thence North 89°36'45" East 1332.17 feet to the North-South centerline of said Section; thence South 00°51'20" West 500.46 feet and said centerline to the true point of beginning. EXCEPTING THEREFROM any portion lying within the boundaries of a parcel of land in the Northwest quarter of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon, described as follows: beginning at the center point of said Section 9 and running North 0°21' East along the North-South centerline of said Section, 334.25 feet to the point of beginning; thence North 0°21' East along the North-South centerline of said Section, 1002.75 feet to the South line of the North half of the Northwest quarter of said Section; thence along said South line of the North half of the Northwest quarter, South 89°37' West 572.20 feet to the approximate centerline of the public roadway; thence along said public roadway centerline, South 22°36' East 1095.35 feet; thence North 89°37' East 188.05 feet to the North-South centerline of said Section 9 to the true point of beginning. COMMONLY KNOWN AS: 300 Newt Gulch Road, Wilderville, OR 97543

Both the Beneficiary and the Trustee have elected to sell the said real property to satisfy the obligations secured by said Trust Deed and a notice of default has been recorded pursuant to Oregon Revised Statutes 86.735(3); the default for which the foreclosure is made is Grantor's failure to pay when due the following sums: Monthly payments in the sum of $1,627.74, from December 13, 2009, together with all costs, disbursements, and/or fees incurred or paid by the Beneficiary and/or Trustee, their employees, agents or assigns. By reason of said default the Beneficiary has declared all sums owing on the obligation that the Trust Deed secures immediately due and payable, said sum being the following, to-wit: $206,562.57, together with interest thereon at the rate of 8.55% per annum from November 13, 2009, together with all costs, disbursements, and/or fees incurred or paid by the Beneficiary and/or Trustee, their employees, agents or assigns.

WHEREFORE, notice hereby is given that the undersigned Trustee will on December 2, 2010, at the hour of 11:00 AM PT, in accord with the standard time established by ORS 187.110, at the main entrance of the Josephine County Courthouse, located at 500 N.W. 6th Street, in the City of Grants Pass, County of Josephine, State of Oregon, sell at public auction to the highest bidder for cash the interest in the said described real property which the Grantor has or had power to convey at the time of the execution of said Trust Deed, together with any interest which the Grantor or his successors in interest acquired after the execution of said Trust Deed, to satisfy the foregoing obligations thereby secured and the costs and expenses of sale, including a reasonable charge by the Trustee.

Notice is further given to any person named in ORS 86.753 that the right exists, at any time that is not later than five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by paying to the Beneficiary of the entire amount due (other than such portion of the principal as would not then be due had no default occurred) and by curing any other default complained of herein that is capable of being cured by tendering the performance required under the obligations or Trust Deed, and in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and Trust Deed, together with Trustee's fees and attorney's fees not exceeding the amounts provided by said ORS 86.753.

In construing this notice, the masculine gender includes the feminine and the neuter, the singular includes the plural, the word "Grantor" includes any successor in interest to the Grantor as well as any other person owing an obligation, the performance of which is secured by said Trust Deed, and the words "Trustee" and "Beneficiary" include their respective successors in interest, if any.

Also, please be advised that pursuant to the terms stated on the Deed of Trust and Note, the Beneficiary is allowed to conduct property inspections while property is in default. This shall serve as notice that the Beneficiary shall be conducting property inspections on the said referenced property.

NOTICE TO RESIDENTIAL TENANTS The property in which you are living is in foreclosure. A foreclosure sale is scheduled for December 2, 2010. Unless the lender who is foreclosing on this property is paid, the foreclosure will go through and someone new will own this property. The following information applies to you only if you occupy and rent this property as a residential dwelling under a legitimate rental agreement. The information does not apply to you if you own this property or if you are not a residential tenant. If the foreclosure goes through, the business or individual who buys this property at the foreclosure sale has the right to require you to move out. The buyer must first give you an eviction notice in writing that specifies the date by which you must move out. The buyer may not give you this notice until after the foreclosure sale happens. If you do not leave before the move-out date, the buyer can have the sheriff remove you from the property after a court hearing. You will receive notice of the court hearing. FEDERAL LAW REQUIRES YOU TO BE NOTIFIED IF YOU ARE OCCUPYING AND RENTING THIS PROPERTY AS A RESIDENTIAL DWELLING UNDER A LEGITIMATE RENTAL AGREEMENT. FEDERAL LAW REQUIRES THE BUYER TO GIVE YOU NOTICE IN WRITING A CERTAIN NUMBER OF DAYS BEFORE THE BUYER CAN REQUIRE YOU TO MOVE OUT. THE FEDERAL LAW THAT REQUIRES THE BUYER TO GIVE YOU THIS NOTICE IS EFFECTIVE UNTIL DECEMBER 31, 2012. Under federal law, the buyer must give you at least 90 days' notice in writing before requiring you to move out. If you are renting this property under a fixed-term lease (for example, a six- month or one-year lease), you may stay until the end of your lease term. If the buyer wants to move in and use this property as the buyer's primary residence, the buyer can give you written notice and require you to move out after 90 days, even if you have a fixed-term lease with more than 90 days left. STATE LAW NOTIFICATION REQUIREMENTS. IF THE FEDERAL LAW DOES NOT APPLY, STATE LAW STILL REQUIRES THE BUYER TO GIVE YOU NOTICE IN WRITING BEFORE REQUIRING YOU TO MOVE OUT IF YOU ARE OCCUPYING AND RENTING THE PROPERTY AS A TENANT IN GOOD FAITH. EVEN IF THE FEDERAL LAW REQUIREMENT IS NO LONGER EFFECTIVE AFTER DECEMBER 31, 2012, THE REQUIREMENT UNDER STATE LAW STILL APPLIES TO YOUR SITUATION. Under state law, if you have a fixed-term lease (for example, a six-month or one-year lease), the buyer must

give you at least 60 days' notice in writing before requiring you to move out. If the buyer wants to move in and use this property as the buyer's primary residence, the buyer can give you written notice and require you to move out after 30 days, even if you have a fixed-term lease with more than 30 days left. If you are renting under a month-to-month or week-to-week rental agreement, the buyer must give you at least 30 days' notice in writing before requiring you to move out.

IMPORTANT: For the buyer to be required to give you notice under state law, you must prove to the business or individual who is handling the foreclosure sale that you are occupying and renting this property as a residential dwelling under a legitimate rental agreement. The name and address of the business or individual who is handling the foreclosure sale is shown on this notice under the heading 'Trustee.' You must mail or deliver your proof not later than November 2, 2010 (30 days before the date first set for the foreclosure sale). Your proof must be in writing and should be a copy of your rental agreement or lease. If you do not have a written rental agreement or lease, you can provide other proof, such as receipts for rent you paid.

ABOUT YOUR SECURITY DEPOSIT Under state law, you may apply your security deposit and any rent you paid in advance against the current rent you owe your landlord. To do this, you must notify your landlord in writing that you want to subtract the amount of your security deposit or prepaid rent from your rent payment. You may do this only for the rent you owe your current landlord. If you do this, you must do so before the foreclosure sale. The business or individual who buys this property at the foreclosure sale is not responsible to you for any deposit or prepaid rent you paid to your landlord.

ABOUT YOUR TENANCY AFTER THE FORECLOSURE SALE The business or individual who buys this property at the foreclosure sale may be willing to allow you to stay as a tenant instead of requiring you to move out. You should contact the buyer to discuss that possibility if you would like to stay. Under state law, if the buyer accepts rent from you, signs a new residential rental agreement with you or does not notify you in writing within 30 days after the date of the foreclosure sale that you must move out, the buyer becomes your new landlord and must maintain the property. Otherwise, the buyer is not your landlord and is not responsible for maintaining the property on your behalf and you must move out by the date the buyer specifies in a notice to you. YOU SHOULD CONTINUE TO PAY RENT TO YOUR LANDLORD UNTIL THE PROPERTY IS SOLD TO ANOTHER BUSINESS OR INDIVIDUAL OR UNTIL A COURT OR A LENDER TELLS YOU OTHERWISE. IF YOU DO NOT PAY RENT, YOU CAN BE EVICTED. AS EXPLAINED ABOVE, YOU MAY BE ABLE TO APPLY A DEPOSIT YOU MADE OR PREPAID RENT YOU PAID AGAINST YOUR CURRENT RENT OBLIGATION. BE SURE TO KEEP PROOF OF ANY PAYMENTS YOU MAKE AND OF ANY NOTICE YOU GIVE OR RECEIVE CONCERNING THE APPLICATION OF YOUR DEPOSIT OR YOUR PREPAID RENT. IT IS UNLAWFUL FOR ANY PERSON TO TRY TO FORCE YOU TO LEAVE YOUR HOME WITHOUT FIRST GOING TO COURT TO EVICT YOU. FOR MORE INFORMATION ABOUT YOUR RIGHTS, YOU MAY WISH TO CONSULT A LAWYER. If you believe you need legal assistance, contact the Oregon State Bar and ask for the lawyer referral service. Contact information for the Oregon State Bar is included with this notice. If you do not have enough money to pay a lawyer and are otherwise eligible, you may be able to receive legal assistance for free. Information about whom to contact for free legal assistance is included with this notice. OREGON STATE BAR, 16037 S.W. Upper Boones Ferry Road, Tigard, Oregon 97224, Phone (503) 620-0222, Toll-free 1-800-452-8260 Website: http://www.osbar.org Directory of Legal Aid Programs: http://www.oregonlawhelp.org

The Fair Debt Collection Practice Act requires that we state the following: This is an attempt to collect a debt, and any information obtained will be used for that purpose. If a discharge has been obtained by any party through bankruptcy proceedings: This shall not be construed to be an attempt to collect the outstanding indebtedness or hold you personally liable for the debt.

Dated: 7/29/2010

By: KELLY D. SUTHERLAND Successor Trustee SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N Vancouver, WA 98662 www.shapiroattorneys.com/wa
Telephone: (360) 260-2253 Toll-free: 1-800-970-5647 S&S 10-104921 ASAP# 3675820

No. 00218119 - September 8, 15, 22 and 29, 2010

16

AFTER RECORDING RETURN TO:
Shapiro & Sutherland, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
Telephone: (360) 260-2253
10-104921

# CERTIFICATE OF NON-MILITARY SERVICE

STATE OF __WASHINGTON__    )
                           ) SS.
County of __CLARK__         )

      THIS IS TO CERTIFY THAT I, Kelly D. Sutherland, am the Successor Trustee of that certain trust deed serviced by Beneficial Oregon, Inc.,, the current beneficiary, in which Kenneth L. Cook and Denise M. Cook,, as grantor, conveyed to Regional Trustee Services, as trustee, certain real property in Josephine County, Oregon; which said trust deed was dated March 8, 2007, and recorded March 12, 2007, in the mortgage records of said county, is Instrument No. 2007-004995; thereafter a Notice of Default with respect to said trust deed was recorded July 27, 2010, as Instrument No. 2010-009269, of said mortgage records; thereafter the said trust deed was duly foreclosed by advertisement and sale and the real property covered by said trust deed is scheduled to be sold at the trustee's sale on December 17, 2010. I reasonably believe at no time during the period of three months and one day immediately preceding the day of said sale and including the day thereof, was the real property described in and covered by said trust deed, or any interest therein, owned by a person in the military service as defined in Article I of the "Soldiers' and Sailor's Civil Relief Act of 1940," as amended, as evidenced by the attached Department of Defense certificate(s), or legally incompetent under the laws of the State of Oregon.

In construing this certificate, the masculine includes the feminine, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor, the word "trustee" includes any successor trustee, and the word "beneficiary" includes any successor in interest to the beneficiary named in said trust deed.

Kelly D. Sutherland
Successor Trustee

STATE OF WASHINGTON        )
                           ) SS.
COUNTY OF CLARK            )

SUBSCRIBED AND SWORN to before me this ___ day of _____, 20 10, by Kelly D. Sutherland, Successor Trustee.

Notary Public for Washington
My commission expires _____

MELISSA MARIE COX
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
OCTOBER 29, 2012

Request for Military Status

**18**

Department of Defense Manpower Data Center                                      Jul-13-2010 10:22:41

 Military Status Report
Pursuant to the Service Members Civil Relief Act

| ⟵ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| COOK | DENISE | | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

———————————————————
Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the

President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

### Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
**Report ID:A9AVLCJD7H**

Request for Military Status

*20*

Department of Defense Manpower Data Center

Jul-13-2010 10:23:22



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| COOK | KENNETH | | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

***More information on "Active Duty Status"***
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the

President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

### Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
**Report ID:1NCJSF4N8C**

*22*

AFTER RECORDING RETURN TO:
Shapiro & Sutherland, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
10-104921

## TRUSTEE'S AFFIDAVIT AS TO COMPLIANCE TO ORS 86.737

| | |
|---|---|
| State of Washington | ) |
| | ) |
| County of Clark | ) |

I, Kelly D. Sutherland, being first duly sworn, depose, say and certify that:

I am the Successor trustee in that certain trust deed executed and delivered by Kenneth L. Cook and Denise M. Cook, as grantor to Regional Trustee Services as trustee, in which Beneficial Oregon, Inc., is beneficiary, recorded on March 12, 2007, in the mortgage records of Josephine County, Oregon as Instrument No. 2007-004995, covering the following described real property situated in said county:

      See complete Legal Description attached hereto as Exhibit "A"

      Commonly known as: 300 Newt Gulch Road, Wilderville, OR 97543

I hereby certify that on July 28, 2010, the notice required by ORS 86.737 ("Notice") was furnished by mailing a copy of the notice by registered or certified mail, return receipt requested, and first class mail to each of the following named persons:

| | | |
|---|---|---|
| Denise M. Cook | Kenneth L. Cook | Occupant(s) |
| 300 Newt Gulch Road | 300 Newt Gulch Road | 300 Newt Gulch Road |
| Wilderville, OR 97543 | Wilderville, OR 97543 | Wilderville, OR 97543 |

The word "trustee' as used in this affidavit means any successor-trustee to the trustee named in the trust deed first mentioned above.

                                                  Kelly D. Sutherland

| | |
|---|---|
| State of Washington | ) |
| | ) |
| County of Clark | ) |

On this 14 day of December in the year 2010, before me the undersigned, a Notary Public in and for said County and State, personally appeared Kelly D. Sutherland personally known to me to be the person whose name is subscribed to this instrument and acknowledged that he executed.

Witness my hand and official seal

Notary Public
My Commission Expires_____10/29/12

MELISSA MARIE COX
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
OCTOBER 29, 2012

23

# EXHIBIT "A"

Beginning at the West quarter corner of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon; thence North 89°36'45" East 2664.34 feet to the center of said Section; thence North 0°51'20" East 334.25 feet to the point of beginning; thence South 89°36'45" West 1332.17 feet to the West line of the East half of the Northwest quarter of said Section; thence North 00°49'30" East 500.46 feet; thence North 89°36'45" East 1332.17 feet to the North-South centerline of said Section; thence South 00°51'20" West 500.46 feet along said centerline to the true point of beginning.  EXCEPTING THEREFROM any portion lying within the boundaries of a parcel of land in the Northwest quarter of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon, described as follows: beginning at the center point of said Section 9 and running North 0°21' East along the North-South centerline of said Section, 334.25 feet to the point of beginning; thence North 0°21' East along the North-South centerline of said Section, 1002.75 feet to the South line of the North half of the Northwest quarter of said Section; thence along said South line of the North half of the Northwest quarter, South 89°37' West 572.20 feet to the approximate centerline of the public roadway; thence along said public roadway centerline, South 22°39' East 1095.35 feet; thence North 89°37' East 188.05 feet to the North-South centerline of said Section 9 to the true point of beginning.



## NOTICE:

## YOU ARE IN DANGER OF LOSING YOUR PROPERTY IF YOU DO NOT TAKE ACTION IMMEDIATELY

This notice is about your mortgage loan on your property at 300 Newt Gulch Road, Wilderville, OR 97543

Your lender has decided to sell this property because the money due on your mortgage loan has not been paid on time or because you have failed to fulfill some other obligation to your lender. This is sometimes called 'foreclosure'.

In order to bring your mortgage loan current, the amount you need to pay as of today, July 28, 2010 is $14,945.87.

**By law, your lender has to provide you with details about the amount you owe, if you ask. You may call this office at (360) 260-2253, or toll-free 1-800-970-5647, extension 278, to find out the exact amount you must pay to bring your mortgage loan current and to get other details about the amount you owe. You may also get these details by sending a request by certified mail to:**

Shapiro & Sutherland, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
Our File #: 10-104921

## THIS IS WHEN AND WHERE
## YOUR PROPERTY WILL BE SOLD
## IF YOU DO NOT TAKE ACTION:

December 2, 2010, at the hour of 11:00 AM PT, at the main entrance of the Josephine County Courthouse, located at 500 N.W. 6th Street, in the City of Grants Pass, OR

*25*

## THIS IS WHAT YOU CAN DO TO STOP THE SALE:

1. You can pay the amount past due or correct any other default, up to five days before the sale.

2. You can refinance or otherwise pay off the loan in full anytime before the sale.

3. You can call the Loss Mitigation department of HSBC Consumer Lending Mortgage Servicing at 800-365-6730 to find out if your lender is willing to give you more time or change the terms of your loan.

4. You can sell your home, provided the sale price is enough to pay what you owe.

There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call the statewide phone contact number at **1-800-SAFENET (1-800-723-3638)**. You may also wish to talk to a lawyer. If you need help finding a lawyer, you may call the Oregon State Bar's Lawyer Referral Service at **(503) 684-3763**, or toll-free in Oregon at **1-800-452-7636** or you may visit its website at: www.osbar.org. Legal assistance may be available if you have a low income and meet federal poverty guidelines. For more information and a directory of legal aid programs, go to http://www.oregonlawhelp.org.

Your lender may be willing to modify your loan to reduce the interest rate, reduce the monthly payments or both. You can get information about possible loan modification programs by contacting your lender at 800-365-6730. If you can't reach your lender, you may contact the trustee at the telephone number at the bottom of this notice. If you have already entered into a loan modification with your lender, it is possible that you will not be able to modify your loan again unless your circumstances have changed. Your lender is not obligated to modify your loan.

You may request to meet with your lender to discuss options for modifying your loan. During discussions with your lender, you may have the assistance of a lawyer, a housing counselor or another person of your choosing. To receive a referral to a housing counselor or other assistance available in your community, call this toll-free consumer mortgage foreclosure information number 1-800-SAFENET (1-800-723-3638). Many lenders participate in new federal loan

26

modification programs. You can obtain more information about these programs at: http://www.makinghomeaffordable.gov/.

IF YOU WANT TO APPLY TO MODIFY YOUR LOAN, YOU MUST FILL OUT AND MAIL BACK THE ENCLOSED "MODIFICATION REQUEST FORM." YOUR LENDER MUST RECEIVE THE FORM BY AUGUST 30, 2010, WHICH IS MORE THAN 30 DAYS AFTER THE DATE SHOWN BELOW.

WARNING: You may get offers from people who tell you they can help you keep your property. You should be careful about those offers.  Make sure you understand any papers you are asked to sign. If you have any questions, talk to a lawyer or one of the organizations mentioned above before signing.

DATED: July 28, 2010

Kelly D. Sutherland, Shapiro & Sutherland, LLC

Trustee signature: _____
Trustee telephone number: (360) 260-2253 or 1-800-970-5647

27

# LOAN MODIFICATION REQUEST FORM

Denise M. Cook                              Kenneth L. Cook
300 Newt Gulch Road                         300 Newt Gulch Road
Wilderville, OR 97543                       Wilderville, OR 97543

RE:    Loan#: 0016617474
       Property Address: 300 Newt Gulch Road, Wilderville, OR 97543

Pursuant to Oregon law, we are providing you with this Modification Request Form. HSBC Consumer Lending Mortgage Servicing is interested in helping you stay in your home. HSBC Consumer Lending Mortgage Servicing wants you to know there are payment assistance programs available that may help you. If you qualify under the programs, HSBC Consumer Lending Mortgage Servicing may be able to bring be able to bring your loan current and /or decrease the monthly payment so that you can avoid foreclosure.

**If you want to apply to modify you must fill out this form and provide all the documentation to the address shown in Step 2 of this form.** Please make sure to provide your current address, phone number and electronic mail address (Email). **The form must be received by the mortgage servicer no later than August 30, 2010 at the address shown in Step 2 of this form.** Please indicate by checking the applicable location whether or not you would like your Loan Modified, whether you would like to meet the mortgage servicer, or both

_____ I would like to have my loan modified.

_____ I would like to meet with the mortgage servicer.

_____        _____
Borrower's signature                        Borrower's signature

_____        _____
Borrower's Printed Name                     Borrower's Printed Name

_____        _____

_____        _____
Borrower's Address                          Borrower's Address

_____        _____
Borrower's Phone Number                     Borrower's Phone Number

_____        _____
Borrower's E-mail Address                   Borrower's E-mail Address

## STEP 1: GATHER THE INFORMATION NEEDED TO HELP YOU

*28*

Detailed Instructions on what you need to do to take advantage of this program are set forth below. Generally, you will need to:

• Explain the financial hardship that makes it difficult for you to pay your mortgage loan.
• Submit the required documentation of your income.

If you meet the eligibility criteria, you may be offered either a temporary or permanent payment assistance program with a decreased monthly payment. The monthly payments will be based on the Income documentation that you provide.

## STEP 2: COMPLETE AND SUBMIT

Please submit all the required income documentation by no later than August 30, 2010.  If you have any questions, please contact HSBC Consumer Lending Mortgage Servicing at (800) 365-6730.

## Act Now!

To see if you qualify for this program, send the items listed below to HSBC Consumer Lending Mortgage Servicing no later than August 30, 2010 to the address provided below:

***HSBC Consumer Lending Mortgage Servicing***
***P.O. Box 3437***
***Buffalo, NY 14240-9734***

Documentation to verify all of the income of each borrower. (Including any alimony or child support that you choose to rely upon to qualify). This documentation should include:

The most recent paystubs for all account holders, or
If self-employed, one (1) current month, of the complete bank statements, or
If you're not currently employed, your social security/unemployment benefit letters
 or denial letter, or
If you're disabled, your disability benefits letters denial letter, or
If you're retired, a pension or retirement letter

Additional Information on your expenses:

Medical bills (if applicable)
Childcare (if applicable)
Copy of court order for child support and/or alimony (if applicable)

If you have other types of Income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 365-6730.

**You must send in all required documentation by no later than August 30, 2010.**

29

Keep a copy of documents for records. Don't send original income documents, as copies are acceptable.

## NEXT STEPS: HERE'S WHAT WILL HAPPEN:

Once the mortgage servicer receives all of your documentation and verifies your information, the mortgage servicer will determine whether you qualify for a payment assistance program. The mortgage servicer will contact you, as reasonably practical but not less than 45 days after receiving the form, to notify you whether the mortgage servicer approves or denies your request, or requires additional information. During this period, the mortgage servicer may require additional information to determine whether the loan can be modified. IF you do not qualify, the mortgage servicer will discuss other alternative with you that may help you keep your home or ease your transition to another home.

DATED: July 28, 2010

Kelly D. Sutherland, Shapiro & Sutherland, LLC

Trustee signature: _____

Trustee telephone number: (360) 260-2253 or 800-970-5647

30

AFTER RECORDING RETURN TO:
Shapiro & Sutherland, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
10-104921

## TRUSTEE'S AFFIDAVIT AS TO COMPLIANCE TO ORS 86.737

State of Washington      )
                             )
County of Clark           )

I, Kelly D. Sutherland, being first duly sworn, depose, say and certify that:

I am the Successor trustee in that certain trust deed executed and delivered by Kenneth L. Cook and
Denise M. Cook, as grantor to Regional Trustee Services as trustee, in which Beneficial Oregon, Inc., is
beneficiary, recorded on March 12, 2007, in the mortgage records of Josephine County, Oregon as
Instrument No. 2007-004995, covering the following described real property situated in said county:

       See complete Legal Description attached hereto as Exhibit "A"

       Commonly known as: 300 Newt Gulch Road, Wilderville, OR 97543

I hereby certify that on July 30, 2010, the notice required by ORS 86.737 ("Notice") was furnished by
mailing a copy of the notice by registered or certified mail, return receipt requested, and first class mail to
each of the following named persons:

| Denise M. Cook | Kenneth L. Cook |
|---|---|
| 139 Runny Meade Ests. | 139 Runny Meade Ests. |
| O'Fallon, MO 63366 | O'Fallon, MO 63366 |

The word "trustee' as used in this affidavit means any successor-trustee to the trustee named in the trust
deed first mentioned above.

_____
Kelly D. Sutherland

State of Washington      )
                             )
County of Clark           )

On this _14_ day of _December_, in the year 2010, before me the undersigned, a Notary Public in and for
said County and State, personally appeared Kelly D. Sutherland personally known to me to be the person
whose name is subscribed to this instrument and acknowledged that he executed.

Witness my hand and official seal

_____
Notary Public
My Commission Expires _10/29/12_

MELISSA MARIE COX
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
OCTOBER 29, 2012

31

# EXHIBIT "A"

Beginning at the West quarter corner of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon; thence North 89°36'45" East 2664.34 feet to the center of said Section; thence North 0°51'20" East 334.25 feet to the point of beginning; thence South 89°36'45" West 1332.17 feet to the West line of the East half of the Northwest quarter of said Section; thence North 00°49'30" East 500.46 feet; thence North 89°36'45" East 1332.17 feet to the North-South centerline of said Section; thence South 00°51'20" West 500.46 feet along said centerline to the true point of beginning. EXCEPTING THEREFROM any portion lying within the boundaries of a parcel of land in the Northwest quarter of Section 9, Township 37 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon, described as follows: beginning at the center point of said Section 9 and running North 0°21' East along the North-South centerline of said Section, 334.25 feet to the point of beginning; thence North 0°21' East along the North-South centerline of said Section, 1002.75 feet to the South line of the North half of the Northwest quarter of said Section; thence along said South line of the North half of the Northwest quarter, South 89°37' West 572.20 feet to the approximate centerline of the public roadway; thence along said public roadway centerline, South 22°39' East 1095.35 feet; thence North 89°37' East 188.05 feet to the North-South centerline of said Section 9 to the true point of beginning.

*32*

## NOTICE:

## YOU ARE IN DANGER OF LOSING YOUR PROPERTY IF YOU DO NOT TAKE ACTION IMMEDIATELY

This notice is about your mortgage loan on your property at 300 Newt Gulch Road, Wilderville, OR 97543

Your lender has decided to sell this property because the money due on your mortgage loan has not been paid on time or because you have failed to fulfill some other obligation to your lender. This is sometimes called 'foreclosure'.

In order to bring your mortgage loan current, the amount you need to pay as of today, July 30, 2010 is $14,945.87.

**By law, your lender has to provide you with details about the amount you owe, if you ask. You may call this office at (360) 260-2253, or toll-free 1-800-970-5647, extension 278, to find out the exact amount you must pay to bring your mortgage loan current and to get other details about the amount you owe. You may also get these details by sending a request by certified mail to:**

Shapiro & Sutherland, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
Our File #: 10-104921

## THIS IS WHEN AND WHERE YOUR PROPERTY WILL BE SOLD IF YOU DO NOT TAKE ACTION:

December 2, 2010, at the hour of 11:00 AM PT, at the main entrance of the Josephine County Courthouse, located at 500 N.W. 6th Street, in the City of Grants Pass, OR

33

## THIS IS WHAT YOU CAN DO TO STOP THE SALE:

1. You can pay the amount past due or correct any other default, up to five days before the sale.

2. You can refinance or otherwise pay off the loan in full anytime before the sale.

3. You can call the Loss Mitigation department of HSBC Consumer Lending Mortgage Servicing at 800-365-6730 to find out if your lender is willing to give you more time or change the terms of your loan.

4. You can sell your home, provided the sale price is enough to pay what you owe.

There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call the statewide phone contact number at **1-800-SAFENET (1-800-723-3638)**. You may also wish to talk to a lawyer. If you need help finding a lawyer, you may call the Oregon State Bar's Lawyer Referral Service at **(503) 684-3763**, or toll-free in Oregon at **1-800-452-7636** or you may visit its website at: www.osbar.org. Legal assistance may be available if you have a low income and meet federal poverty guidelines. For more information and a directory of legal aid programs, go to http://www.oregonlawhelp.org.

Your lender may be willing to modify your loan to reduce the interest rate, reduce the monthly payments or both. You can get information about possible loan modification programs by contacting your lender at 800-365-6730. If you can't reach your lender, you may contact the trustee at the telephone number at the bottom of this notice. If you have already entered into a loan modification with your lender, it is possible that you will not be able to modify your loan again unless your circumstances have changed. Your lender is not obligated to modify your loan.

You may request to meet with your lender to discuss options for modifying your loan. During discussions with your lender, you may have the assistance of a lawyer, a housing counselor or another person of your choosing. To receive a referral to a housing counselor or other assistance available in your community, call this toll-free consumer mortgage foreclosure information number 1-800-SAFENET (1-800-723-3638). Many lenders participate in new federal loan

34

modification programs. You can obtain more information about these programs at: http://www.makinghomeaffordable.gov/.

IF YOU WANT TO APPLY TO MODIFY YOUR LOAN, YOU MUST FILL OUT AND MAIL BACK THE ENCLOSED "MODIFICATION REQUEST FORM." YOUR LENDER MUST RECEIVE THE FORM BY SEPTEMBER 1, 2010, WHICH IS MORE THAN 30 DAYS AFTER THE DATE SHOWN BELOW.

WARNING: You may get offers from people who tell you they can help you keep your property. You should be careful about those offers.  Make sure you understand any papers you are asked to sign. If you have any questions, talk to a lawyer or one of the organizations mentioned above before signing.

 DATED: July 30, 2010

Kelly D. Sutherland, Shapiro & Sutherland, LLC

Trustee signature:_____
Trustee telephone number: (360) 260-2253 or 1-800-970-5647

**PAGE 3 OF 3**

*35*

# LOAN MODIFICATION REQUEST FORM

Denise M. Cook                                    Kenneth L. Cook
300 Newt Gulch Road                          300 Newt Gulch Road
Wilderville, OR 97543                          Wilderville, OR 97543

RE:    Loan#: 0016617474
        Property Address: 300 Newt Gulch Road, Wilderville, OR 97543

Pursuant to Oregon law, we are providing you with this Modification Request Form. HSBC Consumer Lending Mortgage Servicing is interested in helping you stay in your home. HSBC Consumer Lending Mortgage Servicing wants you to know there are payment assistance programs available that may help you. If you qualify under the programs, HSBC Consumer Lending Mortgage Servicing may be able to bring be able to bring your loan current and /or decrease the monthly payment so that you can avoid foreclosure.

**If you want to apply to modify you must fill out this form and provide all the documentation to the address shown in Step 2 of this form.** Please make sure to provide your current address, phone number and electronic mail address (Email). **The form must be received by the mortgage servicer no later than September 1, 2010 at the address shown in Step 2 of this form.** Please indicate by checking the applicable location whether or not you would like your Loan Modified, whether you would like to meet the mortgage servicer, or both

_____ I would like to have my loan modified.

_____ I would like to meet with the mortgage servicer.

_____       _____
Borrower's signature                               Borrower's signature

_____       _____
Borrower's Printed Name                           Borrower's Printed Name

_____       _____

_____       _____
Borrower's Address                                   Borrower's Address

_____       _____
Borrower's Phone Number                       Borrower's Phone Number

_____       _____
Borrower's E-mail Address                     Borrower's E-mail Address

## STEP 1: GATHER THE INFORMATION NEEDED TO HELP YOU

*36*

Detailed Instructions on what you need to do to take advantage of this program are set forth below. Generally, you will need to:

• Explain the financial hardship that makes it difficult for you to pay your mortgage loan.
• Submit the required documentation of your income.

If you meet the eligibility criteria, you may be offered either a temporary or permanent payment assistance program with a decreased monthly payment. The monthly payments will be based on the Income documentation that you provide.

## STEP 2: COMPLETE AND SUBMIT

Please submit all the required income documentation by no later than September 1, 2010.  If you have any questions, please contact HSBC Consumer Lending Mortgage Servicing at (800) 365-6730.

## Act Now!

To see if you qualify for this program, send the items listed below to HSBC Consumer Lending Mortgage Servicing no later than September 1, 2010 to the address provided below:

### *HSBC Consumer Lending Mortgage Servicing*
### *P.O. Box 3437*
### *Buffalo, NY 14240-9734*

Documentation to verify all of the income of each borrower. (Including any alimony or child support that you choose to rely upon to qualify). This documentation should include:

The most recent paystubs for all account holders, or
If self-employed, one (1) current month, of the complete bank statements, or
If you're not currently employed, your social security/unemployment benefit letters
 or denial letter, or
If you're disabled, your disability benefits letters denial letter, or
If you're retired, a pension or retirement letter

Additional Information on your expenses:

Medical bills (if applicable)
Childcare (if applicable)
Copy of court order for child support and/or alimony (if applicable)

If you have other types of Income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 365-6730.

**You must send in all required documentation by no later than September 1, 2010.**

**37**

Keep a copy of documents for records.  Don't send original income documents, as copies are acceptable.

## NEXT STEPS: HERE'S WHAT WILL HAPPEN:

Once the mortgage servicer receives all of your documentation and verifies your information, the mortgage servicer will determine whether you qualify for a payment assistance program.  The mortgage servicer will contact you, as reasonably practical but not less than 45 days after receiving the form, to notify you whether the mortgage servicer approves or denies your request, or requires additional information.   During this period, the mortgage servicer may require additional information to determine whether the loan can be modified.  IF you do not qualify, the mortgage servicer will discuss other alternative with you that may help you keep your home or ease your transition to another home.

DATED: July 30, 2010

Kelly D. Sutherland, Shapiro & Sutherland, LLC

Trustee signature:
Trustee telephone number: (360) 260-2253 or 800-970-5647

AFTER RECORDING RETURN TO:
Shapiro & Sutherland, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
10-104921

### Affidavit of Compliance with Oregon SB 628 (2009)

**County Clerk Recording Info:  Instrument No. 2007-004995**
**Grantor (name): Kenneth L. Cook and Denise M. Cook,**
**Trustee (name): Regional Trustee Services**
**Original Beneficiary (name): Beneficial Oregon Inc.**
**Assignee(s), if any (name(s)): Beneficial Oregon Inc.**
**Original Loan Amount: $210,720.35**
**Borrower name(s): Cook, Denise M. & Kenneth L.**
**Property Address: 300 Newt Gulch Road, Wilderville, OR 97543**

The undersigned, on behalf of Beneficial Oregon Inc., on information and belief, declare under penalty of perjury that the following is true and correct:

That Beneficial Oregon Inc. ("Beneficiary") is a party to a Deed of Trust under a certain Deed of Trust recorded on March 12, 2007, as Instrument No. 2007-004995, in the office of the County Recorder of Josephine County, Oregon, which Deed of Trust serves as security for a promissory note in the original principal amount of $210,720.35,  dated March 8, 2007, entered into by Kenneth L. Cook and Denise M. Cook, ("Borrower") in favor of Beneficial Oregon Inc., for the property located at 300 Newt Gulch Road, Wilderville, OR 97543.

**Please select applicable option(s) below.**

The undersigned beneficiary or authorized agent for the beneficiary hereby represents and declares under the penalty of perjury that [check the applicable box and fill in any blanks so that the trustee can insert, on the beneficiary's behalf, the applicable affidavit of compliance required under Oregon SB 628]:

The foreclosure trustee has sent the borrower a Modification Request Form with the Foreclosure Notice required under ORS 86.737(1) (contact provision to "assess the borrower's financial ability to pay the debt secured by the deed of trust and explore options for the borrower to avoid foreclosure").

(1) [X] Neither the beneficiary nor its agent received the required Loan Modification Request Form from the borrower that was sent by the borrower within 30 days of the date the Trustee signed the notice required by Section 20, Chapter 19, Oregon Laws 2008.

(2) [   ] The beneficiary or beneficiary's authorized agent has exercised due diligence to by either speaking to or meeting with the borrower to determine whether the borrower's loan could be modified:

    1. Spoke with the borrower on _____ and/or,

    2. Met with the borrower on _____



(3) [  ] The beneficiary or beneficiary's authorized agent was unable to contact the borrower.

(4) [ ✗ ] The beneficiary or beneficiary's authorized agent has exercised due diligence to contact the borrower, however the borrower was not eligible for a loan modification due to:

1. LACK OF DOCUMENTATION

2. _____

(5) [  ] The borrower has surrendered the secured property as evidenced by either a letter confirming the surrender or by delivery of the keys to the secured property to the beneficiary, the beneficiary's authorized agent or to the trustee.

(6) [  ] The beneficiary or the beneficiary's authorized agent has verified information that, on or before the date of this affidavit, the borrower(s) has filed for bankruptcy, and the bankruptcy stay remains in place, or the borrower has filed for bankruptcy and the bankruptcy court has granted relief from the bankruptcy stay allowing the enforcement of the deed of trust.

If the borrower's loan modification request was denied, the beneficiary or beneficiary's agent provided the grantor with the information described in subsection (1)(b) of (c) of Section 3, Chapter 864, Oregon Laws 2009.

By: _____Maria Vadney_____

Name: _____Maria Vadney_____

Title: _____VP_____

STATE OF ____OH___ )
                          ) ss.
County of _Hillsborough_ )

On this 13 day of October, 2010, before me, the undersigned a Notary Public in and for the State of _____, duly commissioned and sworn, personally appeared _Maria Vadney_ to me known to be the _____ of Beneficial Oregon Inc., the corporation that executed the foregoing instrument, and acknowledge the said therein instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein, mentioned, and on oath stated that (s)he is authorized to execute the said instrument and that the seal affixed is the corporate seal of said corporation. Witness my hand and official seal hereto affixed the day and year first above written.

_____
Notary Public in and for the State of _____
My commission expires: _____

MICHELLE M. LASTER
MY COMMISSION # DD 699256
EXPIRES: July 26, 2011
Bonded Thru Notary Public Underwriters