

**AGENCY SALES & POSTING**
A LENDER PROCESSING SERVICES COMPANY

# CERTIFICATE OF POSTPONEMENT

Trustee Sale Number:     10104921

ASAP Number:             3675820

Trustor:                 Kenneth L. Cook and Denise M. Cook

Trustee:                 Shapiro & Sutherland, LLC

LPS - Agency Sales & Posting, certifies that on **12/02/2010,** at the hour of **11:00AM** at the same place as originally fixed by the Trustee in the Notice of Sale, an authorized Agent of LPS - Agency Sales & Posting, postponed the holding of the Sale scheduled for said time and place, at the same place designated in the Notice of Sale in said matter. Such postponement was given by public declaration wherein it was announced that the new date of the sale is **12/17/2010,** the new time of the sale is **11:00AM** and the place of sale is the same place as originally fixed by the Trustee in the Notice of Sale.

3210 El Camino Real Ste 200, Irvine, California 92602

Main Line (714) 724-7500 Toll Free (800) 683-2468

*Exhibit "D"*



**AGENCY SALES & POSTING**
A LENDER PROCESSING SERVICES COMPANY

# CERTIFICATE OF POSTPONEMENT

Trustee Sale Number:   10104921

ASAP Number:   3675820

Trustor:   Kenneth L. Cook and Denise M. Cook

Trustee:   Shapiro & Sutherland, LLC

LPS - Agency Sales & Posting, certifies that on **12/17/2010,** at the hour of **11:00AM** at the same place as originally fixed by the Trustee in the Notice of Sale, an authorized Agent of LPS - Agency Sales & Posting, postponed the holding of the Sale scheduled for said time and place, at the same place designated in the Notice of Sale in said matter. Such postponement was given by public declaration wherein it was announced that the new date of the sale is **01/05/2011,** the new time of the sale is **11:00AM** and the place of sale is the same place as originally fixed by the Trustee in the Notice of Sale.

3210 El Camino Real Ste 200, Irvine, California 92602

Main Line (714) 724-7500 Toll Free (800) 683-2468