

# CERTIFICATE OF SALE AT PUBLIC AUCTION

Trustee Sale Number:     10104921

ASAP Number:     3675820

Trustor:     Kenneth L. Cook and Denise M. Cook

Trustee:     Shapiro & Sutherland, LLC

LPS - Agency Sales & Posting, certifies that on **01/05/2011** at the hour of **11:00 AM, Aaron Crowe**, an authorized agent of LPS - Agency Sales & Posting, did sell at the same place as originally fixed by the Trustee in the Notice of Sale, the property described in the Notice of Sale.

The property (went/was) **Back To Beneficiary**     for the sum of **$146,015.99**

*Exhibit "E"*

3210 El Camino Real Suite 200 . Irvine California 92602     Main Operations (714) 247-7500