1
2
3
4
5

Kelly D. Sutherland, OSB #87357
ksutherland@logs.com
SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662
Telephone: (360) 260-2253
Facsimile : (360) 260-2285
Attorneys for Shapiro & Sutherland, LLC

6
7
8
9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE DISTRICT OF OREGON

11

DENISE and KENNETH COOK,                    )
                                                             )
12                        Plaintiffs,                     )    Case No. 10-cv-3121-PA
                                                             )
13            vs.                                          )    CERTIFICATE OF SERVICE
                                                             )
14                                                          )
BENEFICIAL OREGON, INC. and         )
15  SHAPIO & SUTHERLAND, LLC         )
                                                             )
16                                                          )
                        Defendants.                    )
17

18

        I hereby declare under penalty of perjury of the laws of the State of Washington and the

19

20  United States of America that on March 8, 2011, I served an exact and complete copy of the

21  Motion for Summary Judgment, Memorandum of Law in Support of Summary Judgment,

22  Declaration of Kelly D. Sutherland and Declaration of Richard Magatelli on the following parties

23  by depositing it, or causing it to be deposited, in the U.S. Post Office at Vancouver, Washington,

24  in a sealed envelope with postage paid, addressed to each of the respective parties' last-known

25  address (unless otherwise noted):

26

27

28

1 - NOTICE OF APPEARANCE
REQUEST FOR SPECIAL NOTICE

*SHAPIRO & SUTHERLAND, LLC*
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662
Telephone:(360) 260-2253

1  Denise M. & Kenneth L. Cook
   300 Newt Gulch Road
2  Wilderville, OR 97543

3  David A. Weibel          (By CN/ECF)
   Bishop, White, Marshall & Weibel, P.S.
4  720 Olive Way, Suite 1201
5  Seattle, WA 98101-1803

6

7  _/s/Kelly D. Sutherland____
   Kelly D. Sutherland
8  Shapiro & Sutherland, LLC

9  S&S NO: 10-104921

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
       2 - NOTICE OF APPEARANCE
       REQUEST FOR SPECIAL NOTICE