David A. Weibel, OSB# 082316
dweibel@bwmlegal.com
Bishop, White, Marshall & Weibel, P.S.
720 Olive Way, Suite 1201
Seattle, WA  98101-1803
Telephone – 206/622-5306
Facsimile – 206/622-0354

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DENISE COOK and KENNETH COOK<br><br>                Plaintiffs,<br><br>  v.<br><br>BENEFICIAL OREGON INC., a Delaware Corporation; SHAPIRO & SUTHERLAND, LLC, a Washington State LLC<br><br>                Defendants. | Case No. 10-cv-03121-PA<br><br>CORPORATE DISCLOSURE STATEMENT |

      Pursuant to Fed. R. Civ. P. 7.1(a), Defendant, Beneficial Oregon Inc. by and through its attorneys of record, hereby certifies as follows:

      Beneficial Oregon Inc. is a wholly owned subsidiary of HSBC Finance Corporation (f/k/a Household International, Inc.) which is an indirectly wholly owned subsidiary of HSBC Holdings plc, a United Kingdom corporation. HSBC Holdings shares are traded in the United States as American Depository Shares on the New York Stock Exchange. Additionally, preferred shares and debt

CORPORATE DISCLOSURE
STATEMENT - 1

securities of various HSBC, Household International, Inc., Household Finance Corporation and Beneficial Corporation entities are also publically traded in the United States.

    Dated this 11th day of March, 2011

                                      BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

                                      /s/ David A. Weibel
                                      David A. Weibel, OSB# 082316
                                      Attorney for Defendant
                                      Beneficial HSBC Mortgage Corporation

## DECLARATION OF SERVICE

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States of America that on this 11th of March, 2011, I caused to be delivered a copy of the foregoing Corporate Disclosure Statement to the following in the manner indicated:

| | |
|---|---|
| Denise Cook & Kenneth Cook<br>300 Newt Gulch Road<br>Wilderville OR 97543 | [X] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Federal Express<br>[ ] By Facsimile |

Signed this 11th day of March, 2011, at Seattle, Washington.

/s/ Jackie Lough
Jackie Lough

CORPORATE DISCLOSURE
STATEMENT - 3