1  Denise and Kenneth Cook
2  theshopgp@gmail.com
3  300 Newt Gulch Rd
4  Wilderville, OR 97543
5  541-761-0165

6  # UNITED STATES DISTRICT COURT

7  ## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DENISE and KENNETH COOK,** | ) Case No. 10-CV-3121-PA |
| Plaintiffs, | ) |
| | ) **PLAINTIFFS VERIFIED RESPONSE TO** |
| | ) **DEFENDANT BENEFICIAL'S JOHNSTON** |
| | ) **DECLARATION.** |
| v. | ) |
| | ) |
| **BENEFICIAL OREGON INC., a Delaware** | ) |
| **Corporation;** | ) |
| | ) |
| **SHAPIRO & SUTHERLAND, LLC, a** | ) |
| **Washington State LLC;** | ) |
| | ) |
| Defendants. | ) |

8     Plaintiffs Denise and Kenneth Cook respectfully submit this response to defendant Beneficial's

9  Declaration of Phyllis Johnston (dkt #29).

10                    **I. INTRODUCTION**

11     1.     Plaintiffs primary contention is that defendants were not holder in due course of the

12  security instrument (promissory note) in July, 2010 (at which time defendants started a foreclosure

13  process) for the property commonly known as 300 Newt Gulch Rd., Wilderville OR (NG Property).

14     2.     Defendant Beneficial has failed to comply with this courts order (dkt #22, pg 2) :

15                    "Within 10 days, defendant shall submit a chain of title for the
16                    Promissory Note and Deed of Trust at issue. This chain of title should
17                    include all transfers/assignments/etc of any interest, including the
18                    beneficial interest, in the note and the deed. **Defendant shall also submit**
19                    **information regarding the present location of the original note.**

20      **Defendant shall obtain possession of the original note and produce it**
21      **upon the courts request."**

22                                **II. ANSWER**

23      1.      Without knowledge.

24      2.      Denied. Plaintiffs 1ˢᵗ Amended Complaint (dkt #19) correctly lists defendant Beneficial.

25      3.      Pursuant to LR 56-1(b), Objection: Relevance. Not material to case.

26      4.      Objection: Relevance. Not material to case.

27      5.      Denied. At no time have plaintiffs claimed their loan is a HELOC.

28      6.      Objection: Relevance. Not material to case.

29      7.      Denied. Defendants have not shown they were holder in due course of promissory note

30      and have failed to comply with this courts order (dkt #22, p2).

31      8.      Denied. Defendants have not shown they were holder in due course of promissory note

32      and have failed to comply with this courts order (dkt #22, p2).

33      9.      Denied. Plaintiffs don't believe there was any public sale, Exhibit 19 (plaintiff Kenneth

34      Cook affidavit). In addition, the seller and buyer were one and the same party-defendant Beneficial

35      (dkt #13-3, pg 3 ¶ 2).

36      Submitted this 23 day of march , 2011.

37      _Denise Cook_                    _Kenneth Cook_
38      Denise Cook.                     Kenneth Cook.

1    PLAINTIFFS RESPONSE TO DEF. BENEFICIALS JOHNSTON DECLARATION Final–2    Case No. 10-CV-3121-PA