1  Denise and Kenneth Cook
2  theshopgp@gmail.com
3  300 Newt Gulch Rd
4  Wilderville, OR 97543
5  541-761-0165

FILED'11 MAR 23 13:00USDC-ORM

6                     **UNITED STATES DISTRICT COURT**

7                     **FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **DENISE and KENNETH COOK,** | ) **Case No. 10-CV-3121-PA** |
| Plaintiffs, | ) |
| | ) **PLAINTIFFS VERIFIED RESPONSE TO** |
| | ) **DEFENDANT SUTHERLAND'S** |
| | ) **DECLARATION.** |
| v. | ) |
| | ) |
| **BENEFICIAL OREGON INC., a Delaware** | ) |
| **Corporation;** | ) |
| | ) |
| **SHAPIRO & SUTHERLAND, LLC, a** | ) |
| **Washington State LLC;** | ) |
| | ) |
| Defendants. | ) |
| | ) |

8        Plaintiffs Denise and Kenneth Cook respectfully submit this response to defendant Sutherland's

9  Declaration (dkt #34).

10                          **I. INTRODUCTION**

11        1.        Plaintiffs primary contention is that defendants were not holder in due course of the

12  security instrument (promissory note) in July, 2010 (at which time defendants started a foreclosure

13  process) for the property commonly known as 300 Newt Gulch Rd., Wilderville OR (NG Property).

14        2.        Defendant Beneficial has failed to comply with this courts order (dkt #22, pg 2) :

15                "Within 10 days, defendant shall submit a chain of title for the
16                Promissory Note and Deed of Trust at issue. This chain of title should
17                include all transfers/assignments/etc of any interest, including the
18                beneficial interest, in the note and the deed. **Defendant shall also submit**
19                **information regarding the present location of the original note.**

20      **Defendant shall obtain possession of the original note and produce it**
21      **upon the courts request.**"

22                              **II. ANSWER**

23      1.      Without knowledge.

24      2.      Denied. Defendant Beneficial has not shown they were holder in due course of

25      promissory note in July 2010. Defendants have failed to comply with this courts order (dkt #22, pg 2).

26      Thus any actions without lawful authority are null and void including defendant Beneficial assigning

27      defendant Sutherland as "Successor Trustee".

28      3.      Denied. Defendants have not shown they were holder in due course of promissory note.

29      4.      Denied. Defendants have not shown they were holder in due course of promissory note.

30      5.      Admitted, but unlawfully so since defendant Beneficial was not holder in due course in

31      July 2010 and has failed to comply with this courts order (dkt #22, pg2).

32      6.      Pursuant to LR 56-1(b), Objection: Relevance. Not material to case.

33      2nd No. 6.      Objection: Relevance. Not material to case.

34      7.      Objection: Relevance. Not material to case.

35      8.      Denied. Plaintiff Kenneth Cook affidavit (Offer of Proof: Exhibit 19, True Copy of

36      affidavit).

37      9.      Denied. Plaintiffs don't believe there was any public sale. Plaintiff Kenneth Cook's

38      affidavit (Offer of Proof: Exhibit 19). In addition, the seller and buyer were one and the same party-

39      defendant Beneficial (dkt #13-3, pg 3 ¶ 2).


40      Submitted this 23 day of March , 2011.

41      *Denise Cook*                          *Kenneth Cook*
42      Denise Cook.                           Kenneth Cook.


1    PLAINTIFFS RESPONSE TO DEFENDANT SUTHERLAND DECLARATION Final-2      Case No. 10-CV-3121-PA

# CERTIFICATE OF SERVICE

FILED'11 MAR 23 13:00USDC-ORM

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by U.S. Mail on this 23 day of March , 2011 to:

Bishop, White, marshall, & weibel ATToeneys
720 Olive way Suite1201
Seattle WA 98101-1801


LawOFFices oF
Shapiro & Sutherland LLC
550 NE 109th Court, Suite N
Vancouver, Wa 98662


Denise Cook, *pro se*
300 Newt Gulch Rd.
Wilderville, OR 97543
541-761-0165


STATE OF OREGON, COUNTY OF JOSEPHINE

BEFORE ME personally appeared Denise Cook who, being by me first duly sworn and identified in accordance with Oregon law, did execute the foregoing in my presence this 23 day of March 2011.


Notary Public
My Commission expires:
May 20, 2014



OFFICIAL SEAL
**KELLY M DAVIS**
NOTARY PUBLIC - OREGON
COMMISSION NO. 449359
MY COMMISSION EXPIRES MAY 20, 2014

# VERIFICATION

STATE OF OREGON
COUNTY OF JOSEPHINE

BEFORE ME personally appeared Denise Cook and Kenneth Cook, being by me first duly sworn

and identified in accordance with Oregon law, deposes and says:

1.  Our names are Denise Cook and Kenneth Cook, plaintiffs herein.

2.  We hereby declare under penalty of perjury that we have read and understood the documents

    listed below and filed herein, and each fact alleged therein is true and correct of my own

    personal knowledge.

Plaintiffs Motion for Summary Judgment

Plaintiffs Concise statement of Material Facts in Support of Motion for Summary Judgment

Plaintiffs Opposition to Defendant Beneficial's Motion for Summary Judgment

Plaintiffs Response to Defendant Beneficial's Concise Statement of Facts

Plaintiffs Response to Defendant Beneficial's Phyllis Johnston Declaration

Plaintiffs Opposition to Defendant Sutherlands Motion for Summary Judgment

Plaintiffs Response to Defendant Sutherland's Motion for Summary Judgment

Denise Cook, Affiant

Kenneth Cook, Affiant

SWORN TO and subscribed before me this 23rd day of March, 2011.

Notary Public

My Commission expires:

May 20, 2014



OFFICIAL SEAL
**KELLY M DAVIS**
NOTARY PUBLIC - OREGON
COMMISSION NO. 449359
MY COMMISSION EXPIRES MAY 20, 2014

VERIFICATION-Final

Case No. 10-CV-3121-PA