Kelly D. Sutherland, OSB #87357
ksutherland@logs.com
SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
Telephone: (360) 260-2253
Facsimile: (360) 260-2285
Attorneys for Shapiro & Sutherland, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENISE and KENNETH COOK, | ) |
| | ) |
| Plaintiffs, | ) Case No. 10-cv-3121-PA |
| | ) |
| vs. | ) REPLY OF DEFENDANT SHAPIRO & |
| | ) SUTHERLAND, LLC TO PLAINTIFF'S |
| | ) VERIFIED OBJECTION TO |
| BENEFICIAL OREGON, INC. and | ) DEFENDANT'S MOITON FOR |
| SHAPIO & SUTHERLAND, LLC | ) SUMMARY JUDGMENT |
| | ) |
| | ) |
| Defendants. | ) |

I. INTRODUCTION

Pursuant to FRCP Rule 56, defendant Shapiro & Sutherland reply to Plaintiff's "Verified Opposition" to Defendant's Shapiro & Sutherland, LLC's Motion for Summary Judgment (Dkt #42). This reply is supported by Declaration of Vena Sen-Crowe and supplemental Declaration of Richard Magatelli.

Plaintiff's opposition to defendant's Motion for Summary Judgment, rest on two grounds First, claim of fraud within the 'Shapiro Attorneys Network" and that the Trustee's agent did not

1 – REPLY TO VERIFIED OBJECTION TO
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT

*SHAPIRO & SUTHERLAND, LLC*
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
Telephone:(360) 260-2253

appear and continue Trustee's Sale by public proclamation on December 17, 2010 to January 5, 2011.

## II. SUMMARY OF ARGUMENT

In order for a genuine issue of material fact to exist, there must be sufficient evidence for a reasonable fact finder to find for the non-moving party. *Anderson v. Liberty Lobby, Inc.* 477 U.S. 242, 248 (1986). In this case, the allegations are false and there is no evidence present by the plaintiffs which a reasonable fact finder could find for the plaintiffs.

Plaintiff's allegation that there is "fraud within the Shapiro Attorney's network" is an unsupported mere allegation that is not relevant to the subject case. There no allegations or any evidence presented that any of the documents prepared and recorded in the subject foreclosure were fraudulently prepared.

Plaintiff Kenneth Cook alleges Richard Magatelli was not at the Josephine County Courthouse on December 17, 2010 at 11:00 AM *Cook Dec. ¶5 & ¶6.* Magatelli has been appearing as Trustee's agent at Trustee's Sale for the last two years *Sen-Crowe Decl. ¶2 and Magatelli Decl. ¶2.* A standard procedure has been established that Magatelli will receive instructions immediately before the scheduled sale and report and will report if any interested parties are at the sale. *Sen-Crowe Decl. ¶2 and Magatelli Decl. ¶2* Confirmation of instructions and confirmation of sale results are keep on a daily log. *Sen-Crowe Decl. ¶3.*

This standard operating procedure was followed on December 17, 2010. Magatelli received sale instructions at 10:57 AM while at the Josephine County Courthouse via a mobile phone. *Sen-Crowe Decl. ¶5 and Magatelli Decl. ¶4* Magatelli search both inside and outside the Courthouse for any interest parties and no other interested persons appeared. *Magatelli Decl. ¶4.* The Trustee's

2 – REPLY TO VERIFIED OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA 98662
Telephone:(360) 260-2253

Sale was continued by public proclamation to January 5, 2011. *Magatelli Decl. ¶4.* Magatelli provided fax confirmation of the continuance at 11:44 on December 17, 2011 and telephonic confirmation of that no other person appears at 3:30 PM on December 17, 2011. *Sen-Crowe Decl. ¶6 and ¶7.* This same procedure was followed by Magatelli at both December 2, 2010 continuance and the January 5, 2011 Sale. *Magatelli Decl. ¶5.*

### III. CONCLUSION

Neither Ms. Sen-Crowe nor Mr. Magatelli has any reason not to be truthful with the Court. A longstanding standard procedure was followed by Magatelli at each sale appearance as the Trustee's Agent. No reasonable fact finder would find for Plaintiff based of the evidence before the Court. Defendant's Motion for summary judgment should be allowed.

Dated this 6th day of April, 2011.

/s/ Kelly D. Sutherland
Kelly D. Sutherland, OSB #87357
Attorneys for Shapiro & Sutherland, LLC
SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662