



**\*249916\***

## NATIONWIDE PROCESS SERVICE, INC.
420 Century Tower . 1201 SW 12th Avenue . Portland, OR 97205
(800) 670-8231

## TRUSTEE'S SALE MANIFEST
## 12/17/2010@11:00 AM

**Agent at Sale Site:**_____

Client Ref#:  3675820              COUNTY:   **JOSEPHINE**
NPS#:         249916               GRANTOR: **COOK**

T.S.No.:   **10104921**
County:    **JOSEPHINE,**
Trustee/Checks Made Payable To: **SHAPIRO & SUTHERLAND, LLC.**

| DATE | TIME | CONTACT | INSTRUCTION |
|------|------|---------|-------------|
| 12/17/10 | 10:37 a.m. | email, Ar Andie | PP to 1/5/11, beneficiary's request |
| | 10:59 a.m. | Rick | Relayed NOP |
| | 3:30 pm. | Rick | NOP |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**EXHIBIT "A"**