1 Kelly D. Sutherland, OSB #87357
ksutherland@logs.com
2 SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N
3 Vancouver, WA  98662
Telephone: (360) 260-2253
4 Facsimile : (360) 260-2285
5 Attorneys for Shapiro & Sutherland, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENISE and KENNETH COOK, ) | |
| ) | |
| Plaintiffs, ) | Case No. 10-cv-3121-PA |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| BENEFICIAL OREGON, INC. and ) | |
| SHAPIO & SUTHERLAND, LLC ) | |
| ) | |
| ) | |
| Defendants. ) | |

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States of America that on April 6, 2011, I served an exact and complete copy of the Reply of Defendant Shapiro & Sutherland, LLC to Plaintiff Verified Objection to Motion for Summary Judgment, Declaration of Vena Sen-Crowe and Supplemental Declaration of Richard Magatelli on the following parties by depositing it, or causing it to be deposited, in the U.S. Post Office at Vancouver, Washington, in a sealed envelope with postage paid, addressed to each of the respective parties' last-known address (unless otherwise noted):

1 – Proof of Service

*SHAPIRO & SUTHERLAND, LLC*
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662
Telephone:(360) 260-2253

1  Denise M. & Kenneth L. Cook
2  300 Newt Gulch Road
   Wilderville, OR 97543

3  David A. Weibel            (By CM/ECF)
4  Bishop, White, Marshall & Weibel, P.S.
   720 Olive Way, Suite 1201
5  Seattle, WA 98101-1803

6
7  \_/s/ Kelly D. Sutherland_____
   Kelly D. Sutherland
8  Shapiro & Sutherland, LLC

9  S&S NO: 10-104921

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2 – Proof of Service

*SHAPIRO & SUTHERLAND, LLC*
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662
Telephone:(360) 260-2253