David A. Weibel, OSB# 082316
dweibel@bwmlegal.com
Bishop, White, Marshall & Weibel, P.S.
720 Olive Way, Suite 1201
Seattle, WA  98101-1803
Telephone – 206/622-5306
Facsimile – 206/622-0354

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DENISE COOK and KENNETH COOK<br><br>                    Plaintiffs,<br><br>     v.<br><br>BENEFICIAL OREGON INC., a Delaware Corporation; SHAPIRO & SUTHERLAND, LLC, a Washington State LLC<br><br>                    Defendants. | Case No. 10-cv-03121-PA<br><br>CERTIFICATE OF SERVICE |

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States of America that on this 8th day of March, 2011, I caused to be delivered a copy of the following: (1) Defendant Beneficial Oregon Inc.'s Reply in Support of Motion for Summary Judgment and (2) this Certificate of Service to the following in the manner indicated:

Denise Cook & Kenneth Cook             [ ] By United States Mail
300 Newt Gulch Road                    [ ] By Legal Messenger
Wilderville OR 97543                   [X] By Federal Express
                                       [ ] By Facsimile

CERTIFICATE OF SERVICE - 1

|  |  |
|---|---|
| Kelly D. Sutherland | [ ] By United States Mail |
| Shapiro & Sutherland | [X] By CM/ECF |
| 5501 NE 109th Ct Suite N | [ ] By Federal Express |
| Vancouver, WA 98662 | [ ] By Facsimile |
| ksutherland@logs.com | |

Signed this 6th day of April, 2011, at Seattle, Washington.

/s/Darla Trautman
Darla Trautman

CERTIFICATE OF SERVICE - 2