FILED'11 APR 8 11:09USDC-ORM

Denise and Kenneth Cook
theshopgp@gmail.com
300 Newt Gulch Rd
Wilderville, OR 97543
541-761-0165

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**DENISE and KENNETH COOK,**

Plaintiffs,

v.

**BENEFICIAL OREGON INC., a Delaware Corporation;**

**SHAPIRO & SUTHERLAND, LLC, a Washington State LLC;**

Defendants.

**Case No. 10-CV-3121-PA**

**MOTION TO EXTEND TIME FOR DISCOVERY AND SCHEDULING**

Persuant to Fed. R. Civ. P. 16(b)(4) plaintiffs Denise and Kenneth Cook respectfully submit this motion to the court and ask for an extension of time for discovery and the original trial management order (dkt #23) overall including the current preliminary injunction (dkt #22) by at least 2 weeks.

Plaintiffs have made a good faith effort to comply within the deadline but in responding to defendant's motions as well as filing our own have fallen behind and feel we would be irreparably harmed by not having sufficient time to prepare for discovery *et al.* We further feel that this delay will have a positive impact on defendants since they already expressed a need for more time at the March 2 hearing and thus would further the interests of justice for all parties.

Dated this 8th day of April, 2011.

Denise Cook
Denise Cook.

Kenneth L Cook
Kenneth Cook.

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by U.S. Mail on this 9 day of APRIL, 2011 to: Beneficial of OREGON INC. SHAPIRO & SUTHERLAND LLC.

Kenneth Cook, *pro se*
300 Newt Gulch Rd.
Wilderville, OR 97543
541-761-0165

STATE OF OREGON, COUNTY OF JOSEPHINE

BEFORE ME personally appeared Kenneth Cook who, being by me first duly sworn and identified in accordance with Oregon law, did execute the foregoing in my presence this 8th day of April 2011.

Notary Public
My Commission expires: 10-6-13

