David A. Weibel, OSB# 082316
dweibel@bwmlegal.com
Bishop, White, Marshall & Weibel, P.S.
720 Olive Way, Suite 1201
Seattle, WA  98101-1803
Telephone – 206/622-5306
Facsimile – 206/622-0354

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DENISE COOK and KENNETH COOK<br><br>                    Plaintiffs,<br><br>     v.<br><br>BENEFICIAL OREGON INC., a Delaware Corporation; SHAPIRO & SUTHERLAND, LLC, a Washington State LLC<br><br>                    Defendants. | Case No. 10-cv-03121-PA<br><br>CERTIFICATE OF SERVICE |

   I hereby declare under penalty of perjury of the laws of the State of Washington and the United States of America that on this 13th day of April, 2011, I caused to be delivered a copy of the following: (1) Defendant Beneficial Oregon Inc.'s Opposition to Plaintiffs' Motion for Summary Judgment; (2) Defendant Beneficial Oregon Inc.'s Opposition to Plaintiffs' Concise Statement of Facts and (3) this Certificate of Service to the following in the manner indicated:

Denise Cook & Kenneth Cook            [ ] By United States Mail
300 Newt Gulch Road                         [ ] By Legal Messenger
Wilderville OR 97543                          [X] By Federal Express
                                                             [ ] By Facsimile

CERTIFICATE OF SERVICE - 1

| | |
|---|---|
| Kelly D. Sutherland<br>Shapiro & Sutherland<br>5501 NE 109th Ct Suite N<br>Vancouver, WA 98662<br>ksutherland@logs.com | [ ] By United States Mail<br>[X] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile |

Signed this 13th day of April, 2011, at Seattle, Washington.

/s/Jackie Lough
Jackie Lough

CERTIFICATE OF SERVICE - 2