Kelly D. Sutherland, OSB #87357
ksutherland@logs.com
SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662
Telephone: (360) 260-2253
Facsimile: (360) 260-2285
Attorneys for Shapiro & Sutherland, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENISE and KENNETH COOK, ) | |
| ) | |
| Plaintiffs, ) | Case No. 10-cv-3121-PA |
| ) | |
| vs. ) | DEFENDANT SHAPIRO & |
| ) | SUTHERLAND, LLC'S OPPOSITION |
| ) | TO PLAINTIFF'S CONCISE |
| BENEFICIAL OREGON, INC. and ) | STATEMENT OF FACTS |
| SHAPIO & SUTHERLAND, LLC ) | |
| ) | |
| ) | |
| Defendants. ) | |

Defendant Shapiro & Sutherland, LLC joins in Defendant Beneficial Oregon Inc.'s Opposition to Plaintiff's Concise Statement of Facts (Dkt #54).  Furthermore, Plaintiffs did not make any representations in their Concise Statement of Facts that Defendant Shapiro & Sutherland engaged in any wrongful conduct with respect to the foreclosure sale on the subject property.

Dated this 13th day of April, 2011.

/s/ Kelly D. Sutherland
Kelly D. Sutherland, OSB #87357
Attorneys for Shapiro & Sutherland, LLC
SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662

*SHAPIRO & SUTHERLAND, LLC*
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662
Telephone:(360) 260-2253