FILED'11 APR 14 10:40USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DENISE AND KENNETH COOK,

        Plaintiffs,        Civ. No. 10-3121-PA

                                 **PRELIMINARY INJUNCTION**

    v.

BENEFICIAL HSBC MORT. CORP,
SHAPIRO & SUTHERLAND, LLC,
a Washington State LLC,

        Defendants.

---

**PANNER, J.**

    Plaintiffs move to continue (#51) all dates. Plaintiffs' motion is GRANTED. On 11:00 a.m. May 17, 2011, the court will conduct in person oral argument on the pending motions for summary judgment. If necessary, the court will conduct a pretrial conference on June 8, 2011 and a trial on June 14, 2011. The circumstances justify a continuation of the preliminary injunction. Therefore, defendant, and its officers, agents, etc..., and other persons in active concert or participation with defendant, who receive actual notice of this order, continue to

1  - ORDER

be restrained from evicting plaintiffs from the following property: 300 Newt Gulch Road, Wilderville, Oregon, 97543 from this day until June 16, 2011, at 5:00 p.m.

IT IS SO ORDERED.

DATED this 14 day of April, 2011.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER