David A. Weibel, OSB# 082316
dweibel@bwmlegal.com
Bishop, White, Marshall & Weibel, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101-1803
Telephone – 206/622-5306
Facsimile – 206/622-0354

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DENISE COOK and KENNETH COOK<br><br>                              Plaintiffs,<br><br>        v.<br><br>BENEFICIAL OREGON INC., a Delaware Corporation; SHAPIRO & SUTHERLAND, LLC, a Washington State LLC<br><br>                              Defendants. | Case No. 10-CV-03121-PA<br><br>BENEFICIAL OREGON INC.'S MOTION TO APPEAR AT THE SUMMARY JUDGMENT HEARING BY PHONE |

MOTION

COMES NOW defendant Beneficial Oregon, Inc. ("Beneficial"), by and through its attorneys of record David A. Weibel and Bishop, White, Marshall & Weibel, P.S., and hereby submits this Motion to Appear by Phone at the Summary Judgment hearing scheduled for May 17, 2011 at 11:00 a.m.

DEFENDANT BENEFICIAL OREGON'S
MOTION TO APPEAR BY PHONE - 1

Defendant, Beneficial's counsel is located in Seattle, Washington. Its attorneys have no office in the State of Oregon.

Dated this 21st day of April, 2011.

/s/ David A. Weibel
David A. Weibel, OSB #082316
Attorney for Beneficial Oregon, Inc.
dweibel@bwmlegal.com
Bishop, White, Marshall & Weibel, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101


CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington and the United States of America that on this 21st day of April, 2011, I caused to be delivered a copy of the foregoing to the following in the manner indicated:

Denise Cook & Kenneth Cook          [X] By United States Mail
300 Newt Gulch Road                 [  ] By Legal Messenger
Wilderville OR 97543                [  ] By Federal Express
                                    [  ] By Facsimile


Kelly D. Sutherland                 [  ] By United States Mail
Shapiro & Sutherland               [X] By CM/ECF
5501 NE 109th Ct Suite N            [  ] By Federal Express
Vancouver, WA 98662                 [  ] By Facsimile
ksutherland@logs.com

Signed this 21st day of April, 2011, at Seattle, Washington.

/s/ Jackie Lough
Jackie Lough