# Exhibit 25
## True Copy

1

1  IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
   CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
2         GENERAL JURISDICTION DIVISION

3         CASE NO. 1-2008-CA-055313

4
   HSBC BANK USA, NA AS TRUSTEE
5  FOR NOMURA ASSET ACCEPTANCE
   CORPORATION, MORTGAGE
6  PASS-THROUGH CERTIFICATES
   SERIES 2006-ARI,
7
        Plaintiff,
8
        vs.
9
   ORLANDO ESLAVA; THE UNKNOWN
10 SPOUSE OF ORLANDO ESLAVA f/k/a
   PATRICIA DIAZ; GFI MORTGAGE
11 BANKERS, INC., ELDORADO TOWERS
   CONDOMINIUM ASSOCIATION, INC.,
12
        Defendants.
13 _____

14           Miami-Dade County Courthouse
             73 West Flagler Street
15           Miami, Florida
             Thursday, 8:50 a.m. - 9:10 a.m.
16           May 6, 2010

17

18

19

20

21

22    This cause came on for hearing before the

23 Honorable Jennifer Bailey, Circuit Court Judge, in

24 Chambers, pursuant to notice.

25

**CERTIFIED
TRANSCRIPT**

2 (Pages 2 to 5)

**Page 2**

APPEARANCES

For the Plaintiff

    WILLIAM WARD HUFFMAN, III, ESQ.
    Florida Default Law Group
    Suite 300
    9119 Corporate Lake Drive
    Tampa, Florida 33634
    813-342-2200

For the Defendant
    SHELEEN G. KHAN, ESQ.
    Sheleen G. Khan, P.A.
    Suite T-3
    13499 Biscayne Boulevard
    Miami, Florida 33181
    305-454-9126

For the Florida Default Law Group:

    SUZANNE HILL, ESQ.
    Rumberger, Kirk & Caldwell, P.A.
    Suite 3000
    80 Southwest 8th Street
    Miami, Florida 33130
    305-358-5577

**Page 3**

THEREUPON --
    MS. HILL: My name is Suzanne Hill. I'm with Rumberger, Kirk & Caldwell.
    We are here today on an order to show cause that was entered against the plaintiff in this matter.
    THE COURT: Okay.
    MS. HILL: And also with me is Bill Huffman. He's with Florida Default Law Group and the attorney representing the plaintiff.
    THE COURT: Do you have a copy of the order to show cause?
    MS. HILL: I do. It's in my notebook. If you don't mind, I can give you that.
    THE COURT: That's fine.
    Okay. The question is why the bond wasn't posted.
    MS. HILL: Yes, your Honor. First of all, on behalf of Mr. Huffman and Florida Default Law Group, as well as the plaintiff, the firm apologizes to this Court for the failure to follow this Court's orders.
    What happened in this case is right after summary judgment was entered, the firm received notification from the lender to put the case on

**Page 4**

hold because the lender was engaged in loss mitigation with the borrower.
    The hold status remained throughout the case, and as we got closer to the sale date, the firm attempted to have the sale canceled. I believe that there was initially a motion filed by defense counsel to have the sale canceled, the hearing was held and that was denied.
    THE COURT: Which was, if I recall correctly, opposed -- right?
    MS. KHAN: Yes, your Honor.
    THE COURT: -- at the hearing. I mean, what this truly, fundamentally is about is about the level of disorganization and the needless consumption of judicial resources.
    Because truthfully, if they're going to work it out, I don't want to work it out, I don't want to sell the property at a foreclosure sale. I want people to stay in their houses if they can stay in their houses.
    But the problem is that at the same time, banks and lenders are prevailing over the court system in the delays in the court system on foreclosures.

**Page 5**

I have -- you know, I have a hearing because they want to cancel the sale because it's in loss mitigation, which the bank actively opposes, and I rule in favor of the bank. So now at least ten minutes, in all candor, of judicial time has been consumed.
    It doesn't sound like much, but there are 60,000 foreclosures filed last year. Every single one of them -- which almost every single one of them does -- represents a situation where the bank's position is constantly shifting and changing because they don't know what the Sam Hill is going on in their files. Then we have a problem. That's A.
    B, the more fundamental problem on that is I don't care if the file is on hold or not. That does not authorize a plaintiff to ignore a court order.
    MS. HILL: I agree.
    THE COURT: The court order was post the bond. So you post the bond and you get your money back. And I'm sorry you have to post the bond, but the reason why you're posting a bond is because you lost the note. Why did you lose the note? Because you're operating at the same

6

1  level of chaos and disorganization that caused
2  you to oppose the motion to cancel the sale
3  when you're in loss mitigation hold.
4       I'm not yelling at you because you're
5  just the messenger.
6       MS. HILL: I understand.
7       THE COURT: But I understand the
8  situation and in over a year and a half of
9  trying to work with firms and saying you folks
10 have got to get this together if we're going to
11 get through this, to have a court order just
12 simply blown off with the response, well, we
13 filed a loss mitigation hold is not a
14 compelling response.
15      MS. HILL: In all candor, your Honor, and
16 I understand and I agree and I do understand
17 the frustration, Mr. Huffman was concerned
18 about moving the case forward.
19      THE COURT: And so then you know what you
20 do? You file -- if you have a problem with the
21 court order and you get inconsistent directions
22 from your client, you file a motion for
23 extension of time to file the bond, you come
24 forth and say to the Court the case is in loss
25 mit hold, can we postpone the filing of the

7

1  bond? Can we give up the sale date so that I
2  can give it to somebody else who really needs
3  to sell a piece of property on the courthouse
4  steps? Instead of just ignoring a court order,
5  because that's what happened here.
6       MS. HILL: I don't disagree that it could
7  have been handled much better. I do agree to
8  that.
9       THE COURT: I appreciate your diplomatic
10 response, but is there any reason why the Court
11 should not issue sanctions in this case? I
12 mean, the court order was simply, based on what
13 you're telling me, ignored because the client
14 took the file in loss mit hold.
15      MS. HILL: Well, it was not complied
16 with, that is correct, your Honor. And it was
17 because it was on hold.
18      And Mr. Huffman honestly believed that if
19 the case was still on hold, he had no objection
20 to having the case dismissed.
21      As far as opposition at that hearing,
22 Mr. Huffman believed he conveyed instructions
23 to the local counsel that the case was on hold
24 and there was no opposition.
25      I can't speak to what was said at that

8

1  hearing --
2       THE COURT: Let me just be clear. I'm
3  not going to sanction Mr. Huffman.
4  Mr. Huffman, you know, he's just doing what the
5  e-mails tell him to do. I know that.
6       At some level there is responsibility on
7  the part of the lawyer as an officer of this
8  court to make sure that notwithstanding
9  whatever kind of sloppy operation the plaintiff
10 is running, that court orders are complied
11 with.
12      And Mr. Huffman, at the end of the day,
13 this trust is going to be over and at the end
14 of the day some day this foreclosure crisis is
15 going to be over. And you need to decide what
16 kind of lawyer you're going to be. Because at
17 the end of the day, you're responsible for your
18 client's compliance with court orders.
19      And saying, oh, well, my client told me
20 this, is not a defensible position because you
21 swore an oath to follow the Rules of Civil
22 Procedure and to follow the rule of law. And
23 at the end of the day when they bury you, the
24 words "HSBC Bank USA, NA as Trustee for Nomura
25 Asset Acceptance Corporation, Mortgage

9

1  Pass-through Certificates Series 2006-ARI will
2  probably appear nowhere in your obituary.
3       So, you know, the bottom line -- and I'm
4  not giving you a lecture that I am not
5  routinely delivering to foreclosure lawyers at
6  this point in my career, which is, all lawyers
7  have is your reputations. We don't make
8  widgets, we don't built clocks, we don't build
9  cars. We have nothing but the pleadings we
10 file and sign our name to to evidence the
11 quality and integrity of who we are.
12      And when you get a court order that says
13 post a bond -- and you're being required to
14 post a bond for a very logical reason. It's a
15 trust. It's going to expire by its terms.
16 It's not the Bank of America, I don't know if
17 it's going to be there in six years. And
18 you've lost the note and you're required to
19 indemnify the defendant and therefore you have
20 to post a bond.
21      When that order is simply ignored and
22 further motions for clarification with the
23 Court are not sought, you know, yes, do I
24 understand completely that this is the client
25 not knowing the left hand from the right hand,

4 (Pages 10 to 13)

**10**

1  yes; but at the end of the day, you're the
2  lawyer, you're responsible.
3  MR. HUFFMAN: Yes, your Honor.
4  THE COURT: How many people currently
5  work in your office?
6  MR. HUFFMAN: Attorneys or --
7  THE COURT: Attorneys.
8  MR. HUFFMAN: Fifty.
9  THE COURT: How many files are you
10  currently responsible for?
11  MR. HUFFMAN: I don't have that number,
12  I'm not sure.
13  THE COURT: How many cases can you tell
14  me that you know anything in detail about the
15  loss mitigation status of the file?
16  MR. HUFFMAN: Well, the way it's set up,
17  the bank handles the loss mitigation
18  separately.
19  THE COURT: So the answer is zero.
20  You're filing pleadings in court every day and
21  you don't even know what's going on with the
22  case.
23  And see, the really interesting thing to
24  me as a judge is in no other species or kind of
25  law would that be remotely acceptable or,

**11**

1  frankly, anything short of malpractice. But
2  somehow in Foreclosure World everybody thinks
3  that that's just fine, that you all can know
4  absolutely nothing about your files and walk in
5  here and ask judges for things left and right
6  without even knowing what's going on.
7  And, you know, ultimately, the law firms
8  are going to start doing that at their pearl.
9  MS. HILL: Your Honor, if I may just
10  respectfully respond very quickly.
11  The law firm does know when a file was
12  put on hold, and that is recorded in their
13  files. And when they look it up, they do see
14  that. And they know that when a client puts a
15  file on hold, that it is primarily due to loss
16  mitigation. They're not necessarily directly
17  involved in those loss mitigation discussions,
18  but they are aware that they're occurring.
19  THE COURT: Believe me, my knowledge of
20  loss mitigation is far more intimate than I
21  ever wanted it to be. And I am acutely aware
22  that this occurs in the corporate setting
23  outside the law firm's sphere of knowledge.
24  Having said that, the point of time at
25  which that knowledge really needs to be

**12**

1  acquired is the point of time where it
2  intersects and interferes with the smooth
3  operation of the judicial system, which is like
4  walking in the day of the sale, the canceled
5  sale because you've had the file on hold for
6  90 days, 120 days, 180 days, and somehow
7  operating under the assumption that you have
8  the right to walk into the Dade County
9  Courthouse and find a judge at any time, day or
10  night, to cancel a sale simply because your
11  client has not paid attention to it. And it's
12  a huge problem.
13  And I'm not trying to crucify Mr. Huffman
14  just because he happens to be the guy that I
15  hauled in here today, but the upshot of it is
16  the bond was not posted.
17  How much was the amount of the final
18  judgment?
19  MS. KHAN: Judge, if I may look in the
20  file?
21  MS. HILL: 207,238.72.
22  THE COURT: Did the plaintiff acquire
23  title at sale?
24  MS. HILL: Yes, your Honor.
25  THE COURT: What's status of the

**13**

1  property? Does anybody know?
2  MS. KHAN: Your Honor, Sheleen Khan for
3  the defendant.
4  The defendant is paying on direct debit
5  from his account every month. This will be his
6  fifth payment under the HAMP program, your
7  Honor.
8  THE COURT: Okay. I think as a sanction
9  what would be appropriate is to direct HSBC,
10  who failed to comply with the Court's order,
11  the only -- there's nobody here from HSBC to
12  offer any --
13  MS. HILL: Well, Mr. Huffman is here on
14  behalf of HSBC today, as well.
15  THE COURT: But he doesn't know anything
16  about the loss mitigation status. I just asked
17  him.
18  MS. HILL: It's our understanding in this
19  case that it is still under loss mitigation, it
20  is being reviewed by HAMP for permanent
21  modification.
22  THE COURT: Mr. Huffman, please raise
23  your right hand.
24  (Thereupon, William Ward Huffman, III,
25  Esq. was duly sworn by the Court.)

14

1    THE COURT: What's your name?
2    MR. HUFFMAN: Bill Huffman.
3    THE COURT: What was the loss mitigation
4  status on March 4, 2010?
5    MR. HUFFMAN: It was on hold for --
6    THE COURT: Tell me what was going on.
7  How much had the defendant paid in? Had the
8  defendant made any HAMP payments? Was the
9  defendant formally enrolled in a HAMP program?
10  Was the defendant in a HAMP trial period for
11  HAMP?
12    MR. HUFFMAN: I knew the defendant was in
13  a trial period for HAMP.
14    THE COURT: When was the defendant put
15  into a trial period for HAMP?
16    MR. HUFFMAN: My file went on hold
17  November 6 of 2009, so I knew they had been in
18  the trial period since that time. I didn't
19  know the exact date.
20    THE COURT: December what?
21    MR. HUFFMAN: It was November 6, I
22  believe, 2009.
23    THE COURT: What was the date of the
24  final judgment? December 9, 2009.
25    MR. HUFFMAN: The hearing was, I believe,

15

1  November 5 and the judgment was signed
2  December 9.
3    THE COURT: So you have a final judgment
4  hearing on November 5 and the file went on hold
5  November 6?
6    MR. HUFFMAN: Correct.
7    THE COURT: When was the file HAMP
8  approved?
9    MR. HUFFMAN: It hasn't been fully
10  approved at this time.
11    THE COURT: When was the file HAMP
12  approved for trial modification?
13    MR. HUFFMAN: From my knowledge, it was
14  November 6.
15    THE COURT: But I'm not asking you about
16  your knowledge. I'm asking about your client's
17  knowledge. Because you're here to testify on
18  behalf of your client.
19    MR. HUFFMAN: Okay.
20    THE COURT: So on behalf of HSBC Bank
21  USA, NA as Trustee for Nomura Asset Acceptance
22  Corporation, Mortgage Pass-through Certificates
23  Series 2006-AR1, when was Mr. Eslava's -- start
24  with this, when was Mr. Eslava's HAMP
25  documentation accepted?

16

1    MR. HUFFMAN: I don't have -- I didn't
2  see the doc to see when he actually signed the
3  preliminary mods. I don't know the exact date.
4  I just know that I was notified on November 6
5  to place my file on hold.
6    THE COURT: Mr. Huffman, respectfully,
7  can't answer the questions I have because --
8  I'm going to sanction the bank. I'm not going
9  to sanction Mr. Huffman. I could because I
10  think Mr. Hoffman's conduct was contemptuous of
11  a court order. But I'm also keenly aware that
12  a contempt finding from a judge has
13  ramifications throughout the rest of a lawyer's
14  career, and I'm really trying to avoid that.
15    What I'm trying to give is, for lawyers
16  that handle these cases, a wake-up call to say
17  this is your life, this is your career on the
18  hook and you guys better wake up and smell the
19  coffee.
20    But he cannot answer the questions for me
21  to tell me the nature of the contempt.
22    Why wasn't a bond posted in this case
23  pursuant to the court order?
24    MR. HUFFMAN: When I saw the order from
25  March 4, I kind of read it --

17

1    THE COURT: Why wasn't the order -- the
2  bond was ordered posted -- when did I order the
3  bond? March 4. Okay.
4    Why wasn't a bond posted by April 4?
5    MR. HUFFMAN: When I saw the language, I
6  thought it had two options, either post the
7  bond by April 4 or have the case dismissed.
8  Because our file was still on hold April 4, I
9  just chose to allow the case to be dismissed.
10    Instead of posting the bond, I thought
11  that was an option I had. I thought it would
12  be in the best interest of all parties. I
13  didn't want to incur any more fees for the
14  defendant in this case by moving the case
15  forward.
16    THE COURT: Okay. Then as a sanction,
17  the Court will follow the path chosen by
18  Mr. Huffman. I will dismiss the case. I will
19  dismiss the case with prejudice.
20    The note, which was cancelled by this
21  Court pursuant to a final judgment is null and
22  void. Mr. Eslava is relieved of the debt.
23    The title shall be conveyed back to
24  Mr. Eslava by the bank -- by the trust, as the
25  legal liability for the note no longer exists.

6 (Pages 18 to 21)

18

1    The basis for this sanction is the
2  contemptuous noncompliance with the Court's
3  order to post the bond.
4    Should, however, any claim ever be
5  pursued against Mr. Eslava on the note which
6  was the subject of this case, since the note
7  was lost, HSBC Bank USA, NA, as Trustee for
8  Nomura Asset Acceptance Corporation, Mortgage
9  Pass-through Certificates Series 2006-ARI shall
10  jointly and liablely (sic) with Florida Default
11  Law Group, PL, and any successor law firm, be
12  responsible to hold harmless and indemnify
13  Mr. Eslava from any liability should the
14  original appear in the context of another case.
15    MS. HILL: Your Honor, if I may just
16  briefly respond?
17    I believe under the case law that in
18  order to award sanctions, there has to be a
19  finding of willfulness and bad faith on the
20  part of Mr. Huffman.
21    THE COURT: No; this is on behalf of
22  HSBC. I'm finding willfulness because -- I'm
23  not making Mr. Huffman responsible for the
24  $207,238.72. I'm saying HSBC has been offered
25  an opportunity to come and testify to this

19

1  Court about why all this confusion erupted.
2  They have given me Mr. Huffman. Mr. Huffman,
3  respectfully, can't answer very many of my
4  questions in detail because all he knows is
5  that the file was put on hold. It was put on
6  hold the day after a final judgment was entered
7  at the behest of the bank.
8    Now, I would like to know why the bank
9  came in here one day to get a final judgment
10  and the next day to put a file on hold. But
11  that's really a sideshow. Really the big
12  question is why didn't they comply with the
13  order of March 9? Why did they simply ignore
14  it?
15    And that answer is we put the file on
16  hold. That's a contemptuous answer. A bank
17  does not have the authority or a trust does not
18  have the authority to ignore a court order
19  simply because they are making business
20  decisions on a file. And that's really where
21  we're at.
22    MS. HILL: Respectfully, I understand,
23  your Honor.
24    In this case, Florida Default Law Group
25  is taking responsibility for its actions. And

20

1  I would respectfully submit that canceling the
2  underlying indebtedness would not seem to fit
3  the failure of Florida Default in this case on
4  behalf of the bank in complying with the order.
5  Florida Default is more than willing to stand
6  before you and apologize.
7    THE COURT: No. No. No. This is way
8  beyond -- you know, look, I don't want
9  apologies. I want performance. I want
10  responsible attorneys who meet the basic
11  standards of knowing what the Sam Hill is going
12  on in their files.
13    I want acknowledgment that says, look, we
14  understand that the court system is facing a
15  massive number of foreclosures and we are not
16  going to contribute to that burden by causing
17  useless work by the Court.
18    Which is really what I just got told.
19  What I got told is, Judge, the guy was already
20  approved for HAMP by November 6, so the hearing
21  on November 5, you really didn't need to do
22  that.
23    Because for every hearing that I do on
24  these cases, the reason why I get this packet
25  is I check service on every defendant, I look

21

1  at the note; I make sure there's an
2  endorsement. The fastest I can do one of these
3  is about seven minutes. The slowest I can do
4  it, if it's out of order, if it's disorganized,
5  if there's things missing, which may well be
6  the case in this case because the hearing was
7  November 5 and the order wasn't entered until
8  December, which means that there may have been
9  missing items, it can take as much as
10  15 minutes or a half an hour. So the bank
11  wasted my time on that.
12    They wasted my time -- and I don't care
13  about my time because I'm paid the enormously
14  high sum of $144,000 to be here every day.
15    But the second waste of time was then
16  they come in and oppose the defendant's motion
17  to cancel the sale. And we had a hearing and
18  we talked about that. And I would imagine that
19  took somewhere between 12 to 17 minutes,
20  depending on how it went.
21    And then they come in and walk in a
22  motion to cancel the sale.
23    That's three useless, completely idiotic
24  events. And if Florida Default wants to make
25  HSBC whole in this, then that's between them

**Page 22**

1  and their carrier.
2      But the bottom line is that's the
3  sanction that the Court has ordered. Mortgage
4  foreclosure is an equitable remedy. The
5  plaintiff in this instance, whether it's
6  through its own conduct -- because, frankly, I
7  can't -- what Florida Default is telling me is
8  we're just doing what they're telling us to do.
9  They told us to put the file on hold.
10     If this is how a bank is going to conduct
11  its business, then the bank should be bearing
12  the sanctions. Florida Default can cut
13  whatever deal it wants to cut with them, but at
14  the end of the day, the bank is responsible for
15  this.
16     Thank you.
17     MS. HILL: Thank you, your Honor.
18     THE COURT: I need the transcript
19  ordered, please, and a simple order attached
20  that adopts the transcript as my order, because
21  I think that's going to be the cleanest way to
22  do that. And I will direct that the transfer
23  of title occur within 30 days.
24     MS. KHAN: Your Honor, if I may add, I
25  have an affidavit in support of fees, attorneys

**Page 23**

1  fees, reasonable fees.
2      THE COURT: How much?
3      MS. KHAN: 1,222, your Honor.
4  6.11 hours.
5      THE COURT: Okay. That's for the
6  motion -- the appearance at the attempted
7  cancelation?
8      MS. KHAN: Yes, your Honor, on March 4.
9      THE COURT: And then did I attempt to
10  call you on the motion to cancel sale or -- no,
11  I don't have it. When the bank came in at the
12  last minute?
13     MS. KHAN: No, your Honor, I did not get
14  a call. That's why I filed an emergency
15  motion.
16     THE COURT: Usually I just deny those.
17  Okay. Then you had to file the emergency
18  motion.
19     And what's your hourly rate?
20     MS. KHAN: Two hundred, your Honor.
21     THE COURT: Is there an objection to the
22  hourly rate?
23     MS. HILL: No, your Honor.
24     THE COURT: The Court finds the hourly
25  rate is appropriate. So it's 6.1 hours.

**Page 24**

1      MS. KHAN: 6.11, your Honor.
2      THE COURT: Is there an objection to the
3  hours?
4      MS. HILL: Your Honor, I reviewed her
5  affidavit and I don't believe that they're
6  unreasonable.
7      THE COURT: So I'll grant fees in the
8  amount of 1,221 --
9      MS. KHAN: 1,222.
10     THE COURT: 1,222.28?
11     MS. KHAN: No, it's just 1,222.
12     THE COURT: 1,222, payable within
13  30 days.
14     And I need a copy of everything.
15     (Thereupon, the hearing was concluded at
16  9:10 a.m.)
17     ----------
18
19
20
21
22
23
24
25

25

## HEARING CERTIFICATE

I, STACEY STOKES, Registered Merit Reporter,
Registered Diplomate Reporter, certify that I was
authorized and did stenographically report the
foregoing proceedings and that this transcript is a
true record of the proceedings before the Court.

I further certify that I am not a relative,
employee, attorney, or counsel for any of the parties
nor am I a relative or employee of any of the
parties' attorney or counsel connected with the
action, nor am I financially interested in the
action.

Dated this 7th day of May 2010.


STACEY STOKES, RDR
Registered Diplomate Reporter

26

**A**

absolutely 11:4
acceptable 10:25
Acceptance 1:5 8:25
  15:21 18:8
accepted 15:25
account 13:5
acknowledgment
  20:13
acquire 12:22
acquired 12:1
action 25:12,13
actions 19:25
actively 5:4
acutely 11:21
add 22:24
adopts 22:20
affidavit 22:25 24:5
agree 5:19 6:16 7:7
allow 17:9
America 9:16
amount 12:17 24:8
answer 10:19 16:7,20
  19:3,15,16
anybody 13:1
apologies 20:9
apologize 20:6
apologizes 3:21
appear 9:2 18:14
appearance 23:6
APPEARANCES 2:1
appreciate 7:9
appropriate 13:9
  23:25
approved 15:8,10,12
  20:20
April 17:4,7,8
asked 13:16
asking 15:15,16
Asset 1:5 8:25 15:21
  18:8
ASSOCIATION
  1:11
assumption 12:7
attached 22:19
attempt 23:9
attempted 4:5 23:6

attention 12:11
attorney 3:10 25:9,11
attorneys 10:6,7
  20:10 22:25
authority 19:17,18
authorize 5:17
authorized 25:5
avoid 16:14
award 18:18
aware 11:18,21 16:11
a.m 1:15,15 24:16

**B**

B 5:15
back 5:22 17:23
bad 18:19
Bailey 1:23
bank 1:4 5:3,5 8:24
  9:16 10:17 15:20
  16:8 17:24 18:7
  19:7,8,16 20:4
  21:10 22:10,11,14
  23:11
BANKERS 1:11
banks 4:23
bank's 5:11
based 7:12
basic 20:10
basis 18:1
bearing 22:11
behalf 3:19 13:14
  15:18,20 18:21 20:4
behest 19:7
believe 4:6 11:19
  14:22,25 18:17 24:5
believed 7:18,22
best 17:12
better 7:7 16:18
beyond 20:8
big 19:11
Bill 3:8 14:2
Biscayne 2:9
blown 6:12
bond 3:16 5:21,21,23
  5:23 6:23 7:1 9:13
  9:14,20 12:16 16:22
  17:2,3,4,7,10 18:3

borrower 4:2
bottom 9:3 22:2
Boulevard 2:9
briefly 18:16
build 9:8
built 9:8
burden 20:16
bury 8:23
business 19:19 22:11

**C**

Caldwell 2:13 3:3
call 16:16 23:10,14
cancel 5:2 6:2 12:10
  21:17,22 23:10
cancelation 23:7
canceled 4:5,8 12:4
  17:20
canceling 20:1
candor 5:6 6:15
care 5:16 21:12
career 9:6 16:14,17
carrier 22:1
cars 9:9
case 1:3 3:23,25 4:4
  6:18,24 7:11,19,20
  7:23 10:22 13:19
  16:22 17:7,9,14,14
  17:18,19 18:6,14,17
  19:24 20:3 21:6,6
cases 10:13 16:16
  20:24
cause 1:22 3:5,12
caused 6:1
causing 20:16
CERTIFICATE 25:1
Certificates 1:6 9:1
  15:22 18:9
certify 25:4,8
Chambers 1:24
changing 5:12
chaos 6:1
check 20:25
chose 17:9
chosen 17:17
Circuit 1:1,1,23
Civil 8:21

claim 18:4
clarification 9:22
cleanest 22:21
clear 8:2
client 6:22 7:13 8:19
  9:24 11:14 12:11
  15:18
client's 8:18 15:16
clocks 9:8
closer 4:4
coffee 16:19
come 6:23 18:25
  21:16,21
compelling 6:14
completely 9:24
  21:23
compliance 8:18
complied 7:15 8:10
comply 13:10 19:12
complying 20:4
concerned 6:17
concluded 24:15
CONDOMINIUM
  1:11
conduct 16:10 22:6
  22:10
confusion 19:1
connected 25:11
constantly 5:11
consumed 5:6
consumption 4:16
contempt 16:12,21
contemptuous 16:10
  18:2 19:16
context 18:14
contribute 20:16
conveyed 7:22 17:23
copy 3:11 24:14
corporate 2:5 11:22
Corporation 1:5 8:25
  15:22 18:8
correct 7:16 15:6
correctly 4:11
counsel 4:7 7:23 25:9
  25:11
County 1:1,14 12:8
court 1:1,23 3:7,11

27

**3: 1** 5,21 4:10,13,23
4: 2 4 5:18,20,20 6:7
6: 1 1,19,21,24 7:4,9
7: 1 0,12 8:2,8,10,18
9: 1 2,23 10:4,7,9,13
10 :19,20 11:19
12 :22,25 13:8,15,22
13 :25 14:1,3,6,14
14 :20,23 15:3,7,11
15 :15,20 16:6,11,23
17 :1,16,17,21 18:21
19 :1,18 20:7,14,17
22 :3,18 23:2,5,9,16
23 :21,24,24 24:2,7
24 :10,12 25:7
**courthouse** 1:14 7:3
12 :9
**Court's** 3:22 13:10
18 :2
**crisis** 8:14
**crucify** 12:13
**currently** 10:4,10
**cut** 22:12,13

——————
**D**
——————
**Dade** 12:8
**date** 4:4 7:1 14:19,23
16 :3
**Dated** 25:14
**day** 8:12,14,14,17,23
10 :1,20 12:4,9 19:6
19 :9,10 21:14 22:14
25 :14
**days** 12:6,6,6 22:23
24 :13
**deal** 22:13
**debit** 13:4
**debt** 17:22
**December** 14:20,24
15 :2 21:8
**decide** 8:15
**decisions** 19:20
**Default** 2:4,11 3:9,20
18 :10 19:24 20:3,5
21 :24 22:7,12
**defendant** 2:7 9:19
13 :3,4 14:7,8,9,10

14:12,14 17:14
20 :25
**Defendants** 1:12
**defendant's** 21:16
**defense** 4:7
**defensible** 8:20
**delays** 4:24
**delivering** 9:5
**denied** 4:9
**deny** 23:16
**depending** 21:20
**detail** 10:14 19:4
**DIAZ** 1:10
**Diplomate** 25:4,19
**diplomatic** 7:9
**direct** 13:4,9 22:22
**directions** 6:21
**directly** 11:16
**disagree** 7:6
**discussions** 11:17
**dismiss** 17:18,19
**dismissed** 7:20 17:7,9
**disorganization** 4:15
6 :1
**disorganized** 21:4
**DIVISION** 1:2
**doc** 16:2
**documentation** 15:25
**doing** 8:4 11:8 22:8
**Drive** 2:5
**due** 11:15
**duly** 13:25

——————
**E**
——————
**either** 17:6
**ELDORADO** 1:11
**ELEVENTH** 1:1
**emergency** 23:14,17
**employee** 25:9,10
**endorsement** 21:2
**engaged** 4:1
**enormously** 21:13
**enrolled** 14:9
**entered** 3:5,24 19:6
21 :7
**equitable** 22:4
**erupted** 19:1

**Eslava** 1:9,10 17:22
17 :24 18:5,13
**Eslava's** 15:23,24
**Esq** 2:3,8,12 13:25
**events** 21:24
**everybody** 11:2
**evidence** 9:10
**exact** 14:19 16:3
**exists** 17:25
**expire** 9:15
**extension** 6:23
**e-mails** 8:5

——————
**F**
——————
**facing** 20:14
**failed** 13:10
**failure** 3:22 20:3
**faith** 18:19
**far** 7:21 11:20
**fastest** 21:2
**favor** 5:4
**fees** 17:13 22:25 23:1
23 :1 24:7
**fifth** 13:6
**Fifty** 10:8
**file** 5:16 6:20,22,23
7 :14 9:10 10:15
11 :11,15 12:5,20
14 :16 15:4,7,11
16 :5 17:8 19:5,10
19 :15,20 22:9 23:17
**filed** 4:7 5:8 6:13
23 :14
**files** 5:13 10:9 11:4
11 :13 20:12
**filing** 6:25 10:20
**final** 12:17 14:24
15 :3 17:21 19:6,9
**financially** 25:12
**find** 12:9
**finding** 16:12 18:19
18 :22
**finds** 23:24
**fine** 3:15 11:3
**firm** 3:21,24 4:5
11 :11 18:11
**firms** 6:9 11:7

**firm's** 11:23
**First** 3:18
**fit** 20:2
**Flagler** 1:14
**Florida** 1:1,15 2:4,5
2 :10,11,14 3:9,19
18 :10 19:24 20:3,5
21 :24 22:7,12
**folks** 6:9
**follow** 3:22 8:21,22
17 :17
**foreclosure** 4:20 8:14
9 :5 11:2 22:4
**foreclosures** 4:25 5:8
20 :15
**foregoing** 25:6
**formally** 14:9
**forth** 6:24
**forward** 6:18 17:15
**frankly** 11:1 22:6
**frustration** 6:17
**fully** 15:9
**fundamental** 5:15
**fundamentally** 4:14
**further** 9:22 25:8
**f/k/a** 1:10

——————
**G**
——————
**G** 2:8,8
**GENERAL** 1:2
**GFI** 1:10
**give** 3:14 7:1,2 16:15
**given** 19:2
**giving** 9:4
**going** 4:17 5:13 6:10
8 :3,13,15,16 9:15
9 :17 10:21 11:6,8
14 :6 16:8,8 20:11
20 :16 22:10,21
**grant** 24:7
**Group** 2:4,11 3:9,20
18 :11 19:24
**guy** 12:14 20:19
**guys** 16:18

——————
**H**
——————
**half** 6:8 21:10
**HAMP** 13:6,20 14:8

14:9,10,11,13,15
15:7,11,24 20:20
hand 9:25,25 13:23
handle 16:16
handled 7:7
handles 10:17
happened 3:23 7:5
happens 12:14
harmless 18:12
hauled 12:15
hearing 1:22 4:8,13
5:1 7:21 8:1 14:25
15:4 20:20,23 21:6
21:17 24:15 25:1
held 4:8
high 21:14
Hill 2:12 3:2,2,8,13
3:18 5:13,19 6:6,15
7:6,15 11:9 12:21
12:24 13:13,18
18:15 19:22 20:11
22:17 23:23 24:4
Hoffman's 16:10
hold 4:1,3 5:16 6:3
6:13,25 7:14,17,19
7:23 11:12,15 12:5
14:5,16 15:4 16:5
17:8 18:12 19:5,6
19:10,16 22:9
honestly 7:18
Honor 3:18 4:12 6:15
7:16 10:3 11:9
12:24 13:2,7 18:15
19:23 22:17,24 23:3
23:8,13,20,23 24:1
24:4
Honorable 1:23
hook 16:18
hour 21:10
hourly 23:19,22,24
hours 23:4,25 24:3
houses 4:21,21
HSBC 1:4 8:24 13:9
13:11,14 15:20 18:7
18:22,24 21:25
Huffman 2:3 3:9,19
6:17 7:18,22 8:3,4

8:12 10:3,6,8,11,16
12:13 13:13,22,24
14:2,2,5,12,16,21
14:25 15:6,9,13,19
16:1,6,9,24 17:5,18
18:20,23 19:2,2
huge 12:12
hundred 23:20

**I**

idiotic 21:23
ignore 5:17 19:13,18
ignored 7:13 9:21
ignoring 7:4
III 2:3 13:24
imagine 21:18
inconsistent 6:21
incur 17:13
indebtedness 20:2
indemnify 9:19 18:12
initially 4:6
instance 22:5
instructions 7:22
integrity 9:11
interest 17:12
interested 25:12
interesting 10:23
interferes 12:2
intersects 12:2
intimate 11:20
involved 11:17
issue 7:11
items 21:9

**J**

Jennifer 1:23
jointly 18:10
judge 1:23 10:24 12:9
12:19 16:12 20:19
judges 11:5
judgment 3:24 12:18
14:24 15:1,3 17:21
19:6,9
judicial 1:1 4:16 5:6
12:3
JURISDICTION 1:2

**K**

keenly 16:11
Khan 2:8,8 4:12
12:19 13:2,2 22:24
23:3,8,13,20 24:1,9
24:11
kind 8:9,16 10:24
16:25
Kirk 2:13 3:3
knew 14:12,17
know 5:1,12 6:19 8:4
8:5 9:3,16,23 10:14
10:21 11:3,7,11,14
13:1,15 14:19 16:3
16:4 19:8 20:8
knowing 9:25 11:6
20:11
knowledge 11:19,23
11:25 15:13,16,17
knows 19:4

**L**

Lake 2:5
language 17:5
law 2:4,11 3:9,20
8:22 10:25 11:7,11
11:23 18:11,11,17
19:24
lawyer 8:7,16 10:2
lawyers 9:5,6 16:15
lawyer's 16:13
lecture 9:4
left 9:25 11:5
legal 17:25
lender 3:25 4:1
lenders 4:23
level 4:15 6:1 8:6
liability 17:25 18:13
liablely 18:10
life 16:17
line 9:3 22:2
local 7:23
logical 9:14
longer 17:25
look 11:13 12:19 20:8
20:13,25
lose 5:24
loss 4:1 5:3 6:3,13,24

7:14 10:15,17 11:15
11:17,20 13:16,19
14:3
lost 5:24 9:18 18:7

**M**

making 18:23 19:19
malpractice 11:1
March 14:4 16:25
17:3 19:13 23:8
massive 20:15
matter 3:6
mean 4:13 7:12
means 21:8
meet 20:10
Merit 25:3
messenger 6:5
Miami 1:15 2:10,14
Miami-Dade 1:1,14
mind 3:14
minute 23:12
minutes 5:5 21:3,10
21:19
missing 21:5,9
mit 6:25 7:14
mitigation 4:2 5:3 6:3
6:13 10:15,17 11:16
11:17,20 13:16,19
14:3
modification 13:21
15:12
mods 16:3
money 5:22
month 13:5
Mortgage 1:5,10 8:25
15:22 18:8 22:3
motion 4:6 6:2,22
21:16,22 23:6,10,15
23:18
motions 9:22
moving 6:18 17:14

**N**

name 3:2 9:10 14:1
nature 16:21
necessarily 11:16
need 8:15 20:21
22:18 24:14

needless 4:16
needs 7:2 11:25
night 12:10
Nomura 1:5 8:24
    15:21 18:8
non-compliance 18:2
note 5:24,25 9:18
    17:20,25 18:5,6
    21:1
notebook 3:13
notice 1:24
notification 3:25
notified 16:4
notwithstanding 8:8
November 14:17,21
    15:1,4,5,14 16:4
    20:20,21 21:7
null 17:21
number 10:11 20:15

O

oath 8:21
obituary 9:2
objection 7:19 23:21
    24:2
occur 22:23
occurring 11:18
occurs 11:22
offer 13:12
offered 18:24
office 10:5
officer 8:7
oh 8:19
Okay 3:7,16 13:8
    15:19 17:3,16 23:5
    23:17
operating 5:25 12:7
operation 8:9 12:3
opportunity 18:25
oppose 6:2 21:16
opposed 4:11
opposes 5:4
opposition 7:21,24
option 17:11
options 17:6
order 3:4,12 5:18,20
    6:11,21 7:4,12 9:12

9:21 13:10 16:11,23
    16:24 17:1,2 18:3
    18:18 19:13,18 20:4
    21:4,7 22:19,20
ordered 17:2 22:3,19
orders 3:22 8:10,18
original 18:14
ORLANDO 1:9,10
outside 11:23

P

packet 20:24
paid 12:11 14:7
    21:13
part 8:7 18:20
parties 17:12 25:9,11
Pass-through 1:6 9:1
    15:22 18:9
path 17:17
PATRICIA 1:10
payable 24:12
paying 13:4
payment 13:6
payments 14:8
pearl 11:8
people 4:20 10:4
performance 20:9
period 14:10,13,15
    14:18
permanent 13:20
piece 7:3
PL 18:11
place 16:5
plaintiff 1:7 2:2 3:5
    3:10,20 5:17 8:9
    12:22 22:5
pleadings 9:9 10:20
please 13:22 22:19
point 9:6 11:24 12:1
position 5:11 8:20
post 5:20,21,22 9:13
    9:14,20 17:6 18:3
posted 3:17 12:16
    16:22 17:2,4
posting 5:23 17:10
postpone 6:25
prejudice 17:19

preliminary 16:3
prevailing 4:23
primarily 11:15
probably 9:2
problem 4:22 5:14,15
    6:20 12:12
Procedure 8:22
proceedings 25:6,7
program 13:6 14:9
property 4:19 7:3
    13:1
pursuant 1:24 16:23
    17:21
pursued 18:5
put 3:25 11:12 14:14
    19:5,5,10,15 22:9
puts 11:14
P.A. 2:8,13

Q

quality 9:11
question 3:16 19:12
questions 16:7,20
    19:4
quickly 11:10

R

raise 13:22
ramifications 16:13
rate 23:19,22,25
RDR 25:18
read 16:25
really 7:2 10:23
    11:25 16:14 19:11
    19:11,20 20:18,21
reason 5:23 7:10 9:14
    20:24
reasonable 23:1
recall 4:10
received 3:24
record 25:7
recorded 11:12
Registered 25:3,4,19
relative 25:8,10
relieved 17:22
remained 4:3
remedy 22:4
remotely 10:25

report 25:5
Reporter 25:3,4,19
representing 3:10
represents 5:10
reputations 9:7
required 9:13,18
resources 4:16
respectfully 11:10
    16:6 19:3,22 20:1
respond 11:10 18:16
response 6:12,14
    7:10
responsibility 8:6
    19:25
responsible 8:17 10:2
    10:10 18:12,23
    20:10 22:14
rest 16:13
reviewed 13:20 24:4
right 3:23 4:11 9:25
    11:5 12:8 13:23
routinely 9:5
rule 5:4 8:22
Rules 8:21
Rumberger 2:13 3:3
running 8:10

S

sale 4:4,5,7,20 5:2 6:2
    7:1 12:4,5,10,23
    21:17,22 23:10
Sam 5:13 20:11
sanction 8:3 13:8
    16:8,9 17:16 18:1
    22:3
sanctions 7:11 18:18
    22:12
saw 16:24 17:5
saying 6:9 8:19 18:24
says 9:12 20:13
second 21:15
see 10:23 11:13 16:2
    16:2
sell 4:19 7:3
separately 10:18
Series 1:6 9:1 15:23
    18:9

30

service 20:25
set 10:16
setting 11:22
seven 21:3
Sheleen 2:8,8 13:2
shifting 5:12
short 11:1
show 3:4,12
sic 18:10
sideshow 19:11
sign 9:10
signed 15:1 16:2
simple 22:19
simply 6:12 7:12 9:21
   12:10 19:13,19
single 5:9,9
situation 5:10 6:8
six 9:17
sloppy 8:9
slowest 21:3
smell 16:18
smooth 12:2
somebody 7:2
sorry 5:22
sought 9:23
sound 5:7
Southwest 2:14
speak 7:25
species 10:24
sphere 11:23
SPOUSE 1:10
STACEY 25:3,18
stand 20:5
standards 20:11
start 11:8 15:23
status 4:3 10:15
   12:25 13:16 14:4
stay 4:20,21
stenographically
   25:5
steps 7:4
STOKES 25:3,18
Street 1:14 2:14
subject 18:6
submit 20:1
successor 18:11
Suite 2:4,9,13

sum 21:14
summary 3:24
support 22:25
sure 8:8 10:12 21:1
Suzanne 2:12 3:2
swore 8:21
sworn 13:25
system 4:24,24 12:3
   20:14

T
take 21:9
talked 21:18
Tampa 2:5
tell 8:5 10:13 14:6
   16:21
telling 7:13 22:7,8
ten 5:5
terms 9:15
testify 15:17 18:25
Thank 22:16,17
thing 10:23
things 11:5 21:5
think 13:8 16:10
   22:21
thinks 11:2
thought 17:6,10,11
three 21:23
Thursday 1:15
time 4:22 5:6 6:23
   11:24 12:1,9 14:18
   15:10 21:11,12,13
   21:15
title 12:23 17:23
   22:23
today 3:4 12:15 13:14
told 8:19 20:18,19
   22:9
TOWERS 1:11
transcript 22:18,20
   25:6
transfer 22:22
trial 14:10,13,15,18
   15:12
true 25:7
truly 4:14
trust 8:13 9:15 17:24

19:17
Trustee 1:4 8:24
   15:21 18:7
truthfully 4:17
trying 6:9 12:13
   16:14,15
two 17:6 23:20
T-3 2:9

U
ultimately 11:7
underlying 20:2
understand 6:6,7,16
   6:16 9:24 19:22
   20:14
understanding 13:18
UNKNOWN 1:9
unreasonable 24:6
upshot 12:15
USA 1:4 8:24 15:21
   18:7
useless 20:17 21:23
Usually 23:16

V
void 17:22
vs 1:8

W
wake 16:18
wake-up 16:16
walk 11:4 12:8 21:21
walking 12:4
want 4:18,19,20 5:2
   17:13 20:8,9,9,13
wanted 11:21
wants 21:24 22:13
Ward 2:3 13:24
wasn't 3:17 16:22
   17:1,4 21:7
waste 21:15
wasted 21:11,12
way 10:16 20:7 22:21
went 14:16 15:4
   21:20
West 1:14
we're 6:10 19:21 22:8
widgets 9:8

willfulness 18:19,22
William 2:3 13:24
willing 20:5
words 8:24
work 4:18,18 6:9
   10:5 20:17
World 11:2

Y
year 5:8 6:8
years 9:17
yelling 6:4

Z
zero 10:19

$
$144,000 21:14
$207,238.72 18:24

1
1,221 24:8
1,222 23:3 24:9,11,12
1,222.28 24:10
1-2008-CA-055313
   1:3
12 21:19
120 12:6
13499 2:9
15 21:10
17 21:19
180 12:6

2
2006-ARI 1:6 9:1
   15:23 18:9
2009 14:17,22,24
2010 1:16 14:4 25:14
207,238.72 12:21

3
30 22:23 24:13
300 2:4
3000 2:13
305-358-5577 2:15
305-454-9126 2:10
33130 2:14
33181 2:10

31

**3363-4** 2:5

**4**

**4** 14:4 16:25 17:3,4,7
    17:8 23:8

**5**

**5** 15:1,4 20:21 21:7

**6**

**6** 1:1 6 14:17,21 15:5
    15:14 16:4 20:20
**6.1** 23:25
**6.11** 23:4 24:1
**60,000** 5:8

**7**

**7th** 25:14
**73** 1:14

**8**

**8th** 2:14
**8:50** 1:15
**80** 2:14
**813-342-2200** 2:6

**9**

**9** 14:24 15:2 19:13
**9:10** 1:15 24:16
**90** 12:6
**9119** 2:5