David A. Weibel, OSB# 082316
dweibel@bwmlegal.com
Bishop, White, Marshall & Weibel, P.S.
720 Olive Way, Suite 1201
Seattle, WA  98101-1803
Telephone – 206/622-5306
Facsimile – 206/622-0354

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DENISE COOK and KENNETH COOK<br><br>                              Plaintiffs,<br><br>     v.<br><br>BENEFICIAL OREGON INC., a Delaware Corporation; SHAPIRO & SUTHERLAND, LLC, a Washington State LLC<br><br>                              Defendants. | Case No. 10-CV-03121-PA<br><br>BENEFICIAL OREGON INC.'S MOTION TO CONTINUE SUMMARY JUDGMENT HEARING |

MOTION

COMES NOW defendant Beneficial Oregon, Inc. ("Beneficial"), by and through its attorneys of record David A. Weibel and Bishop, White, Marshall & Weibel, P.S., and hereby submits this Motion to Continue the Summary Judgment hearing scheduled for May 17, 2011 at 11:00 a.m. to any of the following dates: May 20, 2011, May 23-27, 2011, or May 30, 2011 through June 3, 2011.  This request is made due to an existing conflict with the presently scheduled hearing date.

DEFENDANT BENEFICIAL OREGON'S
MOTION TO CONTINUE SUMMARY
JUDGMENT HEARING - 1

Prior to the court's setting the May 17, 2011, summary judgment hearing date, counsel of record for Defendant Beneficial, David Weibel, arranged to attend the Mortgage Banker Association's Legal Issues Conference, May 15-18, 2011. The conference attendance fee and transportation costs were paid for in advance.

Dated this 29th day of April, 2011.

/s/ David A. Weibel
David A. Weibel, OSB #082316
Attorney for Beneficial Oregon, Inc.
dweibel@bwmlegal.com
Bishop, White, Marshall & Weibel, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington and the United States of America that on this 29th day of April, 2011, I caused to be delivered a copy of the foregoing to the following in the manner indicated:

| | |
|---|---|
| Denise Cook & Kenneth Cook<br>300 Newt Gulch Road<br>Wilderville OR 97543 | [X] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Federal Express<br>[ ] By Facsimile |
| Kelly D. Sutherland<br>Shapiro & Sutherland<br>5501 NE 109th Ct Suite N<br>Vancouver, WA 98662<br>ksutherland@logs.com | [ ] By United States Mail<br>[X] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile |

Signed this 29th day of April, 2011, at Seattle, Washington.

/s/ Jackie Lough
Jackie Lough

DEFENDANT BENEFICIAL OREGON'S
MOTION TO CONTINUE SUMMARY
JUDGMENT HEARING - 2