Kelly D. Sutherland, OSB #87357
ksutherland@logs.com
SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662
Telephone: (360) 260-2253
Facsimile : (360) 260-2285
Attorneys for Shapiro & Sutherland, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DENISE and KENNETH COOK, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 10-cv-3121-PA |
| | ) | |
| vs. | ) | SHAPIRO & SUTHERLAND, LLC'S |
| | ) | MOTION FOR CONTINUE |
| | ) | SUMMARY JUDGMENT HEARING |
| BENEFICIAL OREGON, INC. and | ) | |
| SHAPIO & SUTHERLAND, LLC | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Comes, Now defendant Shapiro & Sutherland, LLC, by and through its attorney of record, Kelly D. Sutherland, Shapiro & Sutherland, LLC, herby submits this motion to Continue the Summary Judgment Hearing re-scheduled for May 25, 2011 at 10:00 AM to any of the following dates May 20, 2011, May 23, 2011 and May 26, 2011 or May 30, 2011 through June 3, 2011.  This request is made due an existing conflict with the presently scheduled hearing date.  I did not receive a copy of Defendant's Beneficial Oregon, Inc'c Motion to Continue the Summary Judgment hearing until I was out of the office on Friday afternoon.  Due to prior commitments, I

1 – MOTION TO CONTINUE SUMMARY
JUDGMENT HEARING

was not able to file a notice of available dates with the Court prior to arriving back in the office today, Monday, May 2, 2011.  I am not available on either May 24-25, 2011 or May 27, 2011. I have a bankruptcy hearing scheduled at the Eugene Bankruptcy Court for 1:30 PM on May 24, 2011.  I have family commitment on May 25, 2011 that will cause me to be out of the office for the entire day.  This commitment has been in place since January of this year.  I have trial scheduled in Vancouver, Washington on May 27, 2011.

Dated this 2nd day of May, 2011.

/s/ Kelly D. Sutherland_____
Kelly D. Sutherland, OSB #87357
Attorneys for Shapiro & Sutherland, LLC
SHAPIRO & SUTHERLAND, LLC
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662

2 – MOTION TO CONTINUE SUMMARY
JUDGMENT HEARING

*SHAPIRO & SUTHERLAND, LLC*
5501 N.E. 109th Court, Suite N
Vancouver, WA  98662
Telephone:(360) 260-2253