Denise and Kenneth Cook
theshopgp@gmail.com
300 Newt Gulch Rd
Wilderville, OR 97543
541-761-0165

FILED'11 MAY 23 11:40USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

**DENISE and KENNETH COOK,**

        Plaintiffs,

v.

**BENEFICIAL OREGON INC., a Delaware Corporation;**

**SHAPIRO & SUTHERLAND, LLC, a Washington State LLC;**

        Defendants.

Case No. 10-CV-3121-PA

**Plaintiff's Verified
MOTION FOR SANCTIONS
Against defendant Beneficial
Pursuant to Fed. R. Civ. P. 11(c)**

## I. CERTIFICATION

Pursuant to Local Rule 7-1(a), Plaintiffs certify that they have made a good faith effort through telephone conference to resolve the dispute and have been unable to do so.

## II. MOTION

Pursuant to Fed. R. Civ. P. 11(c), Plaintiffs Kenneth and Denise Cook move this court for an order of sanctions against defendant Beneficial.

Defendant Beneficial has made numerous pleadings (including most recent document sent directly by council David A. Weibel to presiding Judge Panner of the court for this case dated May 9, 2011, hereinafter "*Claim of Note*") which are contradictory and unverified, and otherwise shown to be

false. Most recently, the *"Claim of Note"* just submitted by defendant Beneficial contradicts defendant's previous "Phyllis Johnston declaration" (dkt #29 and dkt #29-1).

Plaintiff's contend that by defendant Beneficial's consistent and repeated mis-representations to the court defendant is perpetrating fraud upon the record and fraud upon the court.

Plaintiff's motion is supported by its Memorandum of Law which is attached.

Dated this 21 day of May, 2011.

_____          _____
Denise Cook.                                                         Kenneth Cook.