JAMES N. ESTERKIN - OSB #81017
Attorney at Law
210 SW Morrison, Suite 600
Portland, OR 97204
Telephone: 503-222-4850
Facsimile: 503-273-8591
Email:   jamese@easystreet.net
Attorney for Defendant Shapiro & Sutherland LLC

FILED'11 MAY 26 11:09USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DENISE AND KENNETH COOK,           )
                                   )
              Plaintiffs,          )   CASE NO. 10-3121-PA
                                   )
    vs.                            )
                                   )
BENEFICIAL OREGON, INC. and        )   EXHIBIT LIST OF SHAPIRO AND
SHAPIRO & SUTHERLAND, LLC          )   SUTHERLAND
              Defendants.          )

201.   Substitution of Trustee form recorded in Josephine County Official Records, Document #210-009268, July 27, 2010.

202.   Notice of Default and Election to Sell form recorded in Josephine County Official Records, Document #210-009269, July 27, 2010.

203.   Affidavit of Mailing of Notice of Sale form recorded in Josephine County Official Records, Document #210-016491, December 15, 2010.

204.   LPS Certificate of Postponement, Trustee Sale Number 10104921, Dated December 2, 2010.

205.   LPS Certificate of Postponement, Trustee Sale Number 10104921, Dated December 17, 2010.

206.   LPS Certificate of Sale at Public Auction, Trustee Sale Number 10104921, Dated

Page1 - EXHIBIT LIST OF SHAPIRO & SUTHERLAND LLC

JAMES N. ESTERKIN
Attorney at Law
210 SW Morrison, Suite 600
Portland, OR 97204
Telephone 503-222-4850
Facsimile 503-273-8591
jamese@easystreet.net

January 5, 2011.

1    207.    Trustee's Deed recorded in Josephine County Official Records, Document #2011-000455, January 12, 2011.

3    208.    Trustee's Sale script and sale results dated January 5, 2011.

4    209.    Postponement of Trustee's Sale, dated December 2, 2010.

5    210.    Postponement of Trustee's Sale, dated December 17, 2010.

7    211.    Nationwide Process Service, Inc. Trustee's Sale Manifest, dated December 17, 2010.

DATED this 25 day of May 2011.

Attorney James Esterkin

Page 2 - WITNESS LIST OF SHAPIRO & SUTHERLAND LLC

JAMES N. ESTERKIN
Attorney at Law
210 SW Morrison, Suite 600
Portland, OR 97204
Telephone 503-222-4850
Facsimile 503-273-8591
jamese@easystreet.net

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing WITNESS LIST, EXHIBIT LIST and EXHIBITS 201-211 to:

David A. Weibel, OSB #082316
BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101-1803
Of Attorneys for Defendant Beneficial Oregon, Inc.

Denise and Kenneth Cook            (By Overnight Mail)
300 Newt Gulch Road
Wilderville, OR 97543
Plaintiffs

_X_ by mailing a true copy thereof, certified by me as such, in a sealed, overnight postage prepaid envelope, addressed to each person at their last known address, and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

___ by causing a true copy thereof, certified by me as such, to be hand-delivered to said person(s) on the date set forth below;

___ by faxing a true copy thereof, certified by me as such, to each person at their last known facsimile number on the date set forth below.

DATED this 25th day of May, 2011.

JAMES N. ESTERKIN - OSB #81017
Attorney for Shapiro & Sutherland, LLC

Page

JAMES N. ESTERKIN
Attorney at Law
210 SW Morrison, Suite 600
Portland, OR 97204
Telephone 503-222-4850
Facsimile 503-273-8591
jamese@easystreet.net