FILED'11 JUN 1 11:31USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENISE AND KENNETH COOK,

        Plaintiffs,        Civ. No. 10-3121-PA

                                            **JUDGMENT**

    v.

BENEFICIAL HSBC MORT. CORP,
et al.,

        Defendants.

**PANNER**, District Judge:

    Based on the record, judgment is for the defendants.

    IT IS SO ORDERED.

    DATED this  /  day of June, 2011.

                                           */s/ Owen M. Panner*

                                           OWEN M. PANNER
                                           U.S. DISTRICT JUDGE

1- JUDGMENT